**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Heritage Home Group LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **Broyhill Furniture; Drexel Heritage; FBN Acquisition Holdings, LLC; FBN Acquisition Parent, LLC; Henredon; Heritage Home Group OpCo LLC; HH Group; Hickory Chair; La Barge; Lane; Lane Home Furniture; Lane Venture; Maitland-Smith; Pearson Company; Royal Development; Thomasville & Co.; Thomasville Furniture** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **46-4099506** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1925 Eastchester Drive**<br>**High Point, NC 27265**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Guilford County**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.heritagehome.com/** |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Heritage Home Group LLC**                                         Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3371__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☒ Yes.

Debtor    __Please see attached Schedule 1__                Relationship _____

District _____    When _____    Case number, if known _____

---

Debtor    **Heritage Home Group LLC**                                    Case number (*if known*) _____
          Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☒ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Heritage Home Group LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/29/2018**
                MM / DD / YYYY

X    **/s/ Robert D. Albergotti**                          **Robert D. Albergotti**
     Signature of authorized representative of debtor       Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X    **/s/ Pauline K. Morgan**                          Date    **7/29/2018**
     Signature of attorney for debtor                           MM / DD / YYYY

**Pauline K. Morgan**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 North King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-571-6600**    Email address    **pmorgan@ycst.com**

**3650**
Bar number and State

**SCHEDULE 1**

Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, each of the related entities listed below (collectively, the "Debtors"), including the debtor in this chapter 11 case, filed a petition in the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532.[1]   Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that the Court jointly administer their chapter 11 cases for administrative purposes only.

1.    Heritage Home Group LLC
2.    HH Global II B.V.
3.    HH Group Holdings US, Inc.
4.    HHG Real Property LLC
5.    HHG Global Designs LLC

---

[1] On September 9, 2013, Furniture Brands International, Inc. ("Furniture Brands") and certain of its affiliates commenced bankruptcy proceedings before the Court under the cases captioned, *In re FBI Wind Down, Inc. (f/k/a Furniture Brands Int'l, Inc.)*, Case No. 13-12329 (CSS) (the "Furniture Brands Chapter 11 Cases").  On November 22, 2013, the Court approved the sale of Furniture Brands' assets to Debtor Heritage Home Group LLC.  The Furniture Brands Chapter 11 Cases are currently pending before this Court.

# HERITAGE HOME GROUP LLC

Written Consent of the Sole Member

The undersigned, being the sole member (the "Member"), with full management authority, of Heritage Home Group LLC, a Delaware limited liability company ("HHG LLC"), hereby consents in lieu of a meeting, pursuant to Section 18-302(d) of the Delaware Limited Liability Company Act, to the adoption of the resolutions attached hereto as Annex A, taking or authorizing the actions specified therein.

Dated:  July 29, 2018

HH GROUP HOLDINGS US, INC.

By:    /s/ Pierre de Villeméjane
          Name:  Pierre de Villeméjane
          Title:  Chief Executive Officer

Annex A

**Resolutions of the Sole Member of HHG LLC**

**Commencement of Chapter 11 Case by HHG LLC**

WHEREAS, the Board of Directors of the Member has had the opportunity to consult with management and the advisors of the Member, and to consider fully the strategic alternatives available to the Member and the liabilities and liquidity situation of the Member, and has determined that it is desirable and in the best interests of the Member, its creditors, and other interested parties that petitions be filed by the Member and certain of the Member's affiliates, including HHG LLC, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**Chapter 11 Case**

NOW, THEREFORE, BE IT RESOLVED, that HHG LLC be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the case commenced as a result of such voluntary petition, the "Chapter 11 Case") in a court of proper jurisdiction (the "Bankruptcy Court"); and it is

FURTHER RESOLVED, that any officer of HHG LLC (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of them individually, in the name and on behalf of HHG LLC, is hereby appointed as HHG LLC's authorized representative and is hereby authorized and empowered, in such capacity, acting alone or together, with power of delegation, to execute and, as appropriate, file on behalf of HHG LLC all petitions, schedules, lists, applications, pleadings, and other motions, papers, agreements, consents, or documents, and to take any and all action that such Authorized Officer deems necessary or proper to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of HHG LLC's business.

**Retention of Professionals**

RESOLVED, that each Authorized Officer be, and hereby is, authorized and directed to employ the law firm of Young Conaway Stargatt & Taylor, LLP as bankruptcy counsel to represent and assist HHG LLC in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance HHG LLC's rights and obligations, including filing any pleadings, and in connection therewith each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Young Conaway Stargatt & Taylor, LLP; and it is

FURTHER RESOLVED, that each Authorized Officer be, and hereby is, authorized and directed to employ the firm of Houlihan Lokey Capital, Inc. as investment banker to represent and assist HHG LLC in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance HHG LLC's rights and obligations, and in connection therewith each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be

filed appropriate applications for authority to retain the services of Houlihan Lokey Capital Inc.; and it is

FURTHER RESOLVED, that each Authorized Officer be, and hereby is, authorized and directed to employ the firm of Kurtzman Carson Consultants LLC as notice and claims agent and administrative advisor to represent and assist HHG LLC in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance HHG LLC's rights and obligations, and in connection therewith each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Kurtzman Carson Consultants LLC; and it is

FURTHER RESOLVED, that each Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist HHG LLC in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance HHG LLC's rights and obligations, and in connection therewith each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary; and it is

FURTHER RESOLVED, that each Authorized Officer be, and hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds that each of the Authorized Officers deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

**DIP Financing**

RESOLVED, that, in connection with the commencement of the Chapter 11 Case, each of the Authorized Officers is authorized and directed, to the extent necessary, to obtain and/or guarantee postpetition financing and/or use of cash collateral according to the terms negotiated, or to be negotiated, by, or on behalf of, HHG LLC or otherwise approved by the Bankruptcy Court, and HHG LLC is hereby authorized and directed to take all actions necessary in connection therewith, including, without limitation (i) the use of cash collateral and the incurrence of debtor-in-possession financing in such amounts and on such terms as such Authorized Officer deems necessary or advisable (collectively, the "DIP Financing"), (ii) the execution and delivery of any documents to evidence the DIP Financing, including, without limitation, all term sheets, credit agreements, and notes, (iii) the incurrence and payment of fees, (iv) the execution and delivery of real property and personal property (including intellectual property) security agreements (and amendments, supplements, and/or modifications thereto, as appropriate), (v) the granting of liens on and/or security interests in any and all assets of HHG LLC, (vi) the authorization of filing and/or recording, as applicable, of financing statements, agreements, mortgages, or any other documents evidencing and/or perfecting such liens or security interests and amendments to such financing statements, agreements, mortgages, or other documents, and (vii) the execution and delivery of deposit, securities, and/or other account

control agreements (and amendments, supplements, and/or other modifications thereto, as appropriate), and each of the Authorized Officers is hereby authorized and directed to execute any appropriate agreements and related ancillary documents on behalf of HHG LLC in connection with the foregoing.

**General**

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and such Authorized Officer's designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of HHG LLC, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents, and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's (or such designee's or delegate's) judgment shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name and on behalf of HHG LLC, which acts would have been authorized by the foregoing resolutions except that such acts were taken before the adoption of such resolutions, are hereby in all respects authorized, approved, adopted, and ratified as the true acts and deeds of HHG LLC with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Member.

**Fill in this information to identify the case:**

Debtor name _____Heritage Home Group LLC, et al._____

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): _____18-_____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FBI Wind Down, Inc. Liquidating Trust c/o Hahn & Hessen LLP 488 Madison Avenue Attn: Mark S. Indelicato and Janine M. Figueiredo New York, NY 10022 | Mark S. Indelicato / Janine M. Figueiredo p: 212-478-7200 f: 212-478-7400 e: mindelicato@hahnhessen.com; jfigueiredo@hahnhessen.com | Asset Purchase Price Reconciliation | Contingent, Unliquidated, Disputed | | | $ 14,000,000 |
| 2 | KPS Cayman Mgmt III Ltd 485 Lexington Ave Fl 31 New York, NY 10017 | Chris Anderson p: 212-338-5100 f: 646-307-7100 e: canderson@kpsfund.com | Expense Reimbursement, Management Fees | | | | $ 4,488,220 |
| 3 | Ernst & Young US LLP 5 Times Square New York, NY 10036-6530 | Anthony Caterino, Vice Chair and Regional Managing Partner – Financial Services Organization (FSO), Ernst & Young LLP p: 212-773-3000 / 704-331-1851 f: 212-773-6350 | Professional Services | | | | $ 1,026,043 |
| 4 | United Furniture Industries In 5380 Hwy 145 South Tupelo, MS 38801 | Doug Hanby p: 662-447-0103 f: 662-566-1046 e: d.hanby@ufifurniture.com | Purchase Price Adjustment | Contingent, Unliquidated, Disputed | | | $ 990,859 |
| 5 | HSM Solutions 235 2nd Ave NW Hickory, NC 28601 | Leslie Vue p: 828-328-2213 ext. 3399 f: 828-322-4914 e: lvue@hsmsolutions.com | Trade | | | | $ 874,951 |
| 6 | Green River Furniture Corp Lot 3 Uyen Hung Hamlet Taan Uyen District Binh Duong Province Vietnam, Vietnam | Anna-GRF p: +84-2743641588 e: sa-01@grf.com.vn | Trade | | | | $ 681,665 |
| 7 | Grant Thornton LLP 171 N. Clark Street Suite 200 Chicago, IL 60601 | Kenneth Cunningham. Chief Legal Officer p: 312-602-8404 f: 312-565-3473 e: ken.cunningham@us.gt.com | Professional Services | | | | $ 635,960 |
| 8 | Paul Weiss Rifkind Wharton 1285 Avenue Of The Americas New York, NY 10019-6064 | Sean Mcnamara, Chief Financial Officer p: 212-373-2678 f: 212-492-0978 e: smcnamara@paulweiss.com | Professional Services | | | | $ 482,362 |

Debtor ___Heritage Home Group LLC, et al.___          Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Wood Win Furniture Limited No 07 Li Yuan Road Guangdong, 523416 China | Eric Yang p: +86-769-83226211 / +86-138-26908786 e: ericyang@woodwin.cn | Trade | | | | $ 476,800 |
| 10 | Alpha Choice Ltd #29 7F-3 Lin Nan St Kaohsiung, 80261 Vietnam | Maple Wang,  Toc Enterprise (Vietnam) Co.,Ltd p: +886-222-8235 f: 886-222-8235 | Trade | | | | $ 463,058 |
| 11 | Snyder Paper Corporation 250 26Th Street Dr SE Hickory, NC 27602 | Gary Franklin, Treasurer p: 828-328-2501 f: 828-328-6972 e: gfranklin@snyderpaper.com | Trade | | | | $ 447,270 |
| 12 | EKH Furniture Industries SA De CV Crescencio Garin #5035 Col. Benito Juarez Zapopan, Jalisco,  45199 Mexico | Alejandro Tovar p: +52-3660-6005 e: atovar@ekhfurniture.com | Trade | | | | $ 385,809 |
| 13 | Longleaf Forest Products LLC 110 W Washington Street Houston, MS 38851 | Joseph E Ferguson p: 662-456-4444 f: 662-448-1002 | Trade | | | | $ 367,940 |
| 14 | Wayne Industries Inc 4107 Cheyenne Drive Archdale, NC 27263 | William D. Connor, President p: 336-434-5017 f: 336-861-6633 | Trade | | | | $ 343,769 |
| 15 | The Lomax Brothers 4346 Garner Lane Denton, NC 27239 | J. Kelly Lomax p: 336-859-3771 f: 336-858-5570 | Trade | | | | $ 336,487 |
| 16 | Piedmont Packaging Inc 1141 Foust Avenue High Point, NC 27264-7025 | Edward L. Lee, President p: 336-886-4187 f: 336-886-4549 e: mj@ppihp.com | Trade | | | | $ 333,173 |
| 17 | Latitude Tree Vietnam Stock Co No29 Road Dt743 Song Than 2 Industrial Zone Tan Dong Hiep Ward Di An Town, BINH Duong Province Vietnam | Jessica Lin p: +84-0274-373-1386 f: +84-0274-373-1389 | Trade | | | | $ 327,165 |
| 18 | Watkins Shepard Trucking 1500 Blaine St Helena, MT 59601 | Paul Kardish, General Counsel, Schneider National Incorporated p: 920-592-2000 f: 920-592-2188 | Trade | | | | $ 316,397 |
| 19 | Server Suites LLC 6281 Tri-Ridge Blvd #10 Loveland, OH 45140 | Michael S. Moorman, CEO ERP Suites p: 513-831-5528 f: 513-583-6303 e: Sales@erpsuites.com | Trade | | | | $ 300,000 |
| 20 | CIRCA 1801 (Valdese Weavers) 1000 Perkins Road Valdese, NC 28690 | Valdese Weavers, Janet Kuck, CFO p: 828-874-2181 f: 828-874-3920 e: jskuck@valdeseweavers.com | Trade | | | | $ 284,671 |
| 21 | Pingyuan County Oak Tianhe Industrial District Dazhe Pingyuan Maizhou, Guangdong 514600 China | Mr. Lin p: +86-13502373311 e: pylin2014@163.com | Trade | | | | $ 262,233 |

Debtor ___Heritage Home Group LLC, et al.___          Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | Market Square AC IV, LLC; International Market Centers, LP 209 S. Main Street; Attn: General Counsel High Point, NC 27260 | International Market Centers, Kim Rieck, General Counsel p: 702-599-3305 f: 702-599-9649 e: Krieck@imcenters.com | Rent | | | | $ 247,056 |
| 23 | Barrow Industries Inc 3 Edgewater Dr Norwood, MA 02062 | Jeffrey L Barrow p: 800-496-8367 f: 781-440-2683 | Trade | | | | $ 230,606 |
| 24 | Group Associates Inc 30800 Telegraph Rd Ste 3800 Bingham Farms, MI 48025 | Felicia Steil - Director, Relationship Management p: 248-594-2615 e: fsteil@maestrohealth.com | Trade | | | | $ 215,777 |
| 25 | Software AG USA Inc 11700 Plaza America Drive Suite 700 Reston, VA 20190 | Arnd Zinnhardt, CFO p: 703-860-5050 f: 703-391-6975 e: sales@softwareagusa.com | Trade | | | | $ 211,585 |
| 26 | Ostyn-Newman Inc 62 W El Indio Green Valley, AZ 85614 | Daniel Newman p: 888-387-8782 f: 520-399-7575 e: Gov@Ostyn-Newman.com | Trade | | | | $ 201,600 |
| 27 | Fengshun Changxu Wood Products No 151St Jinghua St, Tangkeng Town Fengshun County Meizhou City, 190, 514300 China | Betty p: +86-18819955577 e: changxu6623832@163.com | Trade | | | | $ 190,438 |
| 28 | Leggett & Platt No. 1 Leggett Road Catharage, MO 64836 | Matthew C. Flanigan, CFO p: 417-358-8131 f: 417-358-6996 | Trade | | | | $ 189,537 |
| 29 | Yash Technologies Pvt Ltd 605 17th Ave East Moline, IL 61244 | Sourabh Mittal - Director, Customer Service p: 704-491-9957 f: 309-796-1242 e: sourabh.mittal@yash.com | Trade | | | | $ 188,090 |
| 30 | Carroll Companies Inc 1226 Fedex Dr SW Conover, NC 28613 | Jo Evelyn Miller, CFO p: 828-465-5489 f: 828-264-2521 | Trade | | | | $ 175,982 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
HERITAGE HOME GROUP LLC, et al.,        :    Case No. 18 - _____ (_____)
                                        :
                    Debtors.¹           :    (Joint Administration Requested)
                                        :
------------------------------------------------------------x
```

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO**
**BANKRUPTCY RULES 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") hereby state as follows:

1.  Debtor HH Global II B.V. is 100% owned by non-Debtor HH Global I B.V.

2.  Debtor HH Group Holdings US, Inc. is 100% owned by Debtor HH Global II B.V.

3.  The following Debtors are each 100% owned by Debtor HH Group Holdings US, Inc.:

    - Heritage Home Group, LLC
    - HHG Real Property LLC
    - HHG Global Designs LLC

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are:  Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150).  The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

Fill in this information to identify the case and this filing:

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                                                                    (State)

Case number (*If known*):  _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____          ✘ _____
                      MM / DD / YYYY                        Signature of individual signing on behalf of debtor


                                                            _____
                                                            Printed name

                                                            _____
                                                            Position or relationship to debtor