# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| **HERITAGE HOME GROUP LLC,** | Case No. 18-11736 (\_\_\_\_) |
| Debtor. | |

---

| | |
|---|---|
| In re: | Chapter 11 |
| **HH GLOBAL II B.V.,** | Case No. 18-11737 (\_\_\_\_) |
| Debtor. | |

---

| | |
|---|---|
| In re: | Chapter 11 |
| **HH GROUP HOLDINGS US, INC.,** | Case No. 18-11738 (\_\_\_\_) |
| Debtor. | |

---

| | |
|---|---|
| In re: | Chapter 11 |
| **HHG REAL PROPERTY LLC,** | Case No. 18-11739 (\_\_\_\_) |
| Debtor. | |

---

| | |
|---|---|
| In re: | Chapter 11 |
| **HHG GLOBAL DESIGNS LLC,** | Case No. 18-11740 (\_\_\_\_) |
| Debtor.[1] | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

**DEBTORS' MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

The above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") submit this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A**, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the joint administration of the Debtors' chapter 11 cases for procedural purposes only. In support of this Motion, the Debtors respectfully represent as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory and legal predicates for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1.

**BACKGROUND**

4. On the date hereof (the "Petition Date"), the Debtors commenced voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their

01:23301562.1

business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases and no official committee has been appointed or designated.

5. The Debtors are hereby requesting that these chapter 11 cases be consolidated for procedural purposes only and jointly administered pursuant to Bankruptcy Rule 1015(b).

6. Information regarding the Debtors' business, capital structure, and the circumstances leading to these chapter 11 cases is set forth in the *Declaration of Robert D. Albergotti in Support of Chapter 11 Petitions and First-Day Motions* (the "First Day Declaration"), filed contemporaneously herewith and incorporated herein by reference.

**RELIEF REQUESTED**

7. By this Motion, the Debtors seek the entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015, and Local Rule 1015-1, consolidating the Debtors' chapter 11 cases for procedural purposes only.  Many of the motions, applications, hearings, and orders that will arise in these chapter 11 cases will affect all of the Debtors jointly.  For this reason, the Debtors respectfully submit that their interests, as well as the interests of their creditors and other parties in interest, would be best served by the joint administration of these chapter 11 cases, albeit for procedural purposes only.

8. The Debtors also request that the Clerk of the Court maintain one file and one docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for Heritage Home Group LLC.

9. The Debtors further request that the caption of these chapter 11 cases be modified as follows to reflect their joint administration:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
**HERITAGE HOME GROUP LLC, *et al.*,**                      :    Case No. 18-11736 (____)
                                                            :
        Debtors.[1]                                         :    Jointly Administered
                                                            :
------------------------------------------------------------x

FN 1:   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are:  Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150).  The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

## BASIS FOR THE RELIEF REQUESTED

10. Bankruptcy Rule 1015(b) provides that, if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).  Local Rule 1015-1 similarly provides for joint administration of chapter 11 cases when the facts demonstrate that joint administration "is warranted and will ease the administrative burden for the Court and the parties." Del. Bankr. L.R. 1015-1.  Here, all of the Debtors are "affiliates," as that term is defined in section 101(2) of the Bankruptcy Code, of Heritage Home Group LLC, and, accordingly, the Court has the authority to grant the relief requested herein.

11. Additionally, the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden on the Court and all parties in interest in these chapter 11 cases.  The joint administration of these chapter 11 cases will permit the Clerk of the Court to utilize a single docket for all of the cases and to combine notices to creditors and other parties in interest in the Debtors' respective cases.  In addition, there likely will be numerous motions, applications, and other pleadings filed in these chapter 11 cases that will affect most or all of the Debtors.  Joint administration will permit counsel for all parties in interest to include all

01:23301562.1

4

of the Debtors' chapter 11 cases in a single caption for the numerous documents that are likely to be filed and served in these cases. Joint administration also will enable parties in interest in each of the chapter 11 cases to stay apprised of all of the various matters before the Court.

12. Joint administration of these chapter 11 cases will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought herein purely is procedural and is not intended to affect substantive rights. Because these chapter 11 cases involve multiple Debtors, joint administration will significantly reduce the volume of paper that otherwise would be filed with the Clerk of the Court, render the completion of various administrative tasks less costly, and minimize the number of unnecessary delays. Moreover, the relief requested by this Motion will simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee.

## NOTICE

13. Notice of this Motion will be provided to: (i) the Office of the United States Trustee for the District of Delaware; (ii) PNC Bank, National Association, in its capacity as Pre-Petition Agent and DIP Agent; (iii) KPS Special Situations Fund III (A), L.P., in its capacity as Pre-Petition Term Agent; (iv) the parties included on the Debtors' consolidated list of thirty (30) largest unsecured creditors, as filed with the Debtors' chapter 11 petitions; and (v) those parties who have filed formal requests for notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002. Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m).

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto, granting the relief requested herein and granting the Debtors such other and further relief as is just and proper.

Dated: July 29, 2018  
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Jaime Luton Chapman*
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Jaime Luton Chapman (No. 4936)
Ashley E. Jacobs (No. 5635)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel to the Debtors and Debtors in Possession*

## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------x
: 
In re: : Chapter 11
: 
**HERITAGE HOME GROUP LLC,** : Case No. 18-11736 (____)
: 
Debtor. :
: 
----------------------------------------------------------------x
: 
In re: : Chapter 11
: 
**HH GLOBAL II B.V.,** : Case No. 18-11737 (____)
: 
Debtor. :
: 
----------------------------------------------------------------x
: 
In re: : Chapter 11
: 
**HH GROUP HOLDINGS US, INC.,** : Case No. 18-11738 (____)
: 
Debtor. :
: 
----------------------------------------------------------------x
: 
In re: : Chapter 11
: 
**HHG REAL PROPERTY LLC,** : Case No. 18-11739 (____)
: 
Debtor. :
: 
----------------------------------------------------------------x
: 
In re: : Chapter 11
: 
**HHG GLOBAL DESIGNS LLC,** : Case No. 18-11740 (____)
: 
Debtor.[1] :
: 
----------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are:  Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150).  The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

# ORDER, PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of the of the Debtors for entry of an order authorizing the joint administration of these chapter 11 cases for procedural purposes only; and upon the First Day Declaration; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution;  and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 18-11736 (___).

3. The caption of the jointly administered chapter 11 cases shall read as follows:

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
::
In re: : Chapter 11
:
**HERITAGE HOME GROUP LLC,** *et al.,* : Case No. 18-11736 (____)
:
Debtors.¹ : Jointly Administered
:
---------------------------------------------------------------x

FN 1:   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are:  Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150).  The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

4.  The consolidated caption set forth above satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

5.  The Clerk of this Court shall make a docket entry in each of the Debtors' chapter 11 cases (except that of Heritage Home Group LLC) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of: Heritage Home Group LLC; HH Global II B.V.; HH Group Holdings US, Inc.; HHG Real Property LLC; and HHG Global Designs LLC.  All further pleadings and other papers shall be filed in, and all further docket entries shall be made in Case No. 18-11736 (___).

6.  The Clerk of this Court shall maintain a single pleadings docket and file for all of the Debtors' chapter 11 cases, which shall be the pleadings docket and file for Heritage Home Group LLC.

7.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

8.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2018
       Wilmington, Delaware

_____
United States Bankruptcy Judge