**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Heritage Home Group, Inc., *et al.* | : | Case No. 18-11736 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **FBI Wind Down Inc. Liquidating Trust**, Attn: Alan Halperin, Halperin Battaglia Raicht, LLP, 40 Wall Street, 37th Floor, New York, NY 10005, Phone: 212-765-9100, Fax: 212-765-0964

2. **Hickory Spring Manufacturing Company**, Attn: Donald Simpson, 235 2nd Avenue, Hickory, NC 28603, Phone: 828-328-2201, Ext. 2261, Fax: 828-328-2103

3. **EKH Furniture Industries**, Attn: Alejandro Tovar, Crescencio Garin #5035, Zapopan, Jalisco, Mexico 45199, Phone: 52-33-3861-9494, Ext. 107

4. **Piedmont Packaging,** Attn: Brad Wallace, 1141 Foust Ave, High Point, NC 27260, Phone: 336-886-4180, Fax: 336-886-4549

5. **International Market Centers, LLC,** Attn: Kim Rieck, 475 S. Grand Central Parkway, Suite 1615, Las Vegas, NV 89106, Phone: 702-599-3305, Fax: 702-599-9549

        ANDREW R. VARA
        Acting United States Trustee, Region 3


        /s/ *Linda Richenderfer* for
        T. PATRICK TINKER
        ASSISTANT UNITED STATES TRUSTEE

DATED: August 8, 2018

Attorney assigned to this Case: Linda Richenderfer, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Kenneth Enos, Esq., Phone: 302-571-6000, Fax: 302-571-1253