**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | Case No. 18-11780 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 29, 2018 AT 1:00 P.M. (ET)**

**RESOLVED MATTERS**

1. Debtors' Motion for Interim and Final Orders Authorizing (A) the Maintenance of the Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims, and (E) Granting Related Relief [D.I. 5; 8/2/18]

Related Pleadings:

a) Interim Order [D.I. 66; 8/3/18]

b) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 77; 8/3/18]

c) Certification of Counsel [D.I. 194; 8/23/18]

d) Final Order [D.I. 228; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

e) Informal Response from the Office of the United States Trustee

Status: An order has been entered by the Court. No hearing is necessary.

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515); and, Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

[2] **Amended items appear in bold.**

2. Debtors' Motion for Entry of Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [D.I. 7; 8/2/18]

Related Pleadings:

a) Interim Order [D.I. 68; 8/3/18]

b) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 77; 8/3/18]

c) Certification of Counsel [D.I. 195; 8/23/18]

d) Final Order [D.I. 227; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

e) Objection of San Diego Gas and Electric Company and Southern Edison Company [D.I. 160; 8/20/18]

f) Notice of Withdrawal of Objection of San Diego Gas and Electric Company and Southern Edison Company [D.I. 190; 8/23/18]

Status: An order has been entered by the Court. No hearing is necessary.

3. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing, but Not Directing, the Debtors to Pay Certain Prepetition Taxes and Obligations, and (B) Granting Related Relief [D.I. 8; 8/2/18]

Related Pleadings:

a) Interim Order [D.I. 69; 8/3/18]

b) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 77; 8/3/18]

c) Certificate of No Objection [D.I. 196; 8/23/18]

d) Final Order [D.I. 226; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses: None.

Status: An order has been entered by the Court. No hearing is necessary.

4. Debtors' Motion for Entry of Interim and Final Orders Authorizing (A) Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With, Various Insurance Policies, Including Payment of Policy Premiums and Broker Fees, (B) Continuation of Insurance Premium Finance Agreements, and (C) Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [D.I. 9; 8/2/18]

Related Pleadings:

a) Interim Order [D.I. 70; 8/3/18]

b) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 77; 8/3/18]

c) Certificate of No Objection [D.I. 197, 8/23/18]

d) Final Order [D.I. 225; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses: None.

Status: An order has been entered by the Court. No hearing is necessary.

5. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Claims for Prepetition Customs, Shipper, Warehousemen, and Common Carrier Obligations [D.I. 11; 8/2/18]

Related Pleadings:

a) Interim Order [D.I. 72; 8/3/18]

b) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 77; 8/3/18]

c) Certification of Counsel [D.I. 199; 8/23/18]

d) Final Order [D.I. 224; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses: None.

Status: An order has been entered by the Court. No hearing is necessary.

6. Debtors' Motion for Entry of Interim and Final Orders (A) Establishing Notice and Objection Procedures for Transfers of Equity Securities and Claims of Worthless Stock Deductions, and (B) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates [D.I. 12; 8/2/18]

Related Pleadings:

a) Interim Order [D.I. 73; 8/3/18]

b) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 77; 8/3/18]

c) Certification of Counsel [D.I. 201; 8/23/18]

d) Final Order [D.I. 223; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses: None.

Status: An order has been entered by the Court. No hearing is necessary.

7. Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors Must File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 91; 8/8/18]

Related Pleadings:

a) Certification of Counsel [D.I. 202; 8/23/18]

b) Order [D.I. 222; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

c) Informal Response from the Office of the United States Trustee

Status: An order has been entered by the Court. No hearing is necessary.

8. Debtors' Motion for an Administrative Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 2016-2, Establishing Procedures for Interim Compensation and Reimbursement of Professionals [D.I. 92; 8/8/18]

Related Pleadings:

a) Certification of Counsel [D.I. 204; 8/23/18]

b) Order [D.I. 219; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

c) Informal Response from the Office of the United States Trustee

Status: An order has been entered by the Court. No hearing is necessary.

9. Debtors' Motion for Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business [D.I. 93; 8/8/18]

Related Pleadings:

a) Certification of Counsel [D.I. 205; 8/23/18]

b) Order [D.I. 221; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

c) Informal Response from the Office of the United States Trustee

Status: An order has been entered by the Court. No hearing is necessary.

10. Debtors' Motion for Order Authorizing (A) Rejection of a Certain Unexpired Lease of Non-Residential Real Property (Store # 376, Coastal Grand) *Nunc Pro Tunc* to August 8, 2018, and (B) Abandonment of Any Remaining Property Located at the Location Covered by Such Lease [D.I. 94; 8/8/18]

Related Pleadings:

a) Certificate of No Objection [D.I. 206; 8/23/18]

b) Order [D.I. 220; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses: None.

Status: An order has been entered by the Court. No hearing is necessary.

11. Debtors' Application for an Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [D.I. 95; 8/8/18]

Related Pleadings:

a) Certification of Counsel [D.I. 207; 8/23/18]

b) Order [D.I. 218; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

c) Informal Response from the Office of the United States Trustee

Status: An order has been entered by the Court. No hearing is necessary.

12. Debtors' Application for Order Authorizing the Retention and Employment of Berkeley Research Group, LLC as Financial Advisors to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 97; 8/8/18]

Related Pleadings:

a) Certification of Counsel [D.I. 208; 8/23/18]

b) Order [D.I. 217; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

c) Informal Response from the Office of the United States Trustee

Status: An order has been entered by the Court. No hearing is necessary.

13. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of GLC Advisors & Co., LLC and GLCA Securities, LLC as Investment Banker for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, *Nunc Pro Tunc* to the Petition Date, (II) Waiving Certain Information Requirements Imposed by Local Rule 2016-2, and (III) Granting Related Relief [D.I. 98; 8/8/18]

Related Pleadings:

a) Certification of Counsel [D.I. 209; 8/23/18]

b) Order [D.I. 216; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

c) Informal Response from the Office of the United States Trustee

Status: An order has been entered by the Court. No hearing is necessary.

14. Debtors' Application for an Order Authorizing Employment and Retention of Omni Management Group, Inc. as Administrative Agent, *Nunc Pro Tunc* to the Petition Date [D.I. 99; 8/8/18]

Related Pleadings:

a) Certification of Counsel [D.I. 210; 8/23/18]

b) Order [D.I. 215; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

c) Informal Response from the Office of the United States Trustee

Status: An order has been entered by the Court. No hearing is necessary.

15. Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 105; 8/8/18]

Related Pleadings:

a) Supplemental Declaration of Sean M. Beach in Support of the Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 156; 8/17/18]

b) Certification of Counsel [D.I. 211; 8/23/18]

c) Order [D.I. 213; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

d) Informal Response from the Office of the United States Trustee

Status: An order has been entered by the Court. No hearing is necessary.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

16. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Honor and Continue Certain Customer Programs and Customer Obligations in the Ordinary Course of Business [D.I. 10; 8/2/18]

Related Pleadings:

a) Interim Order [D.I. 71; 8/3/18]

b) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 77; 8/3/18]

c) Certification of Counsel [D.I. 198; 8/23/18]

d) Final Order [D.I. 245; 8/27/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

e) Informal Response from the Office of the United States Trustee

Status: An order has been entered by the Court. No hearing is necessary.

**CONTESTED MATTERS GOING FORWARD**

17. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing; (II) Authorizing the Debtors' Use of Cash Collateral; (III) Granting Adequate Protection To Prepetition ABL Parties; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [D.I. 19; 8/2/18]

Related Pleadings:

a) Interim Order [D.I. 76; 8/3/18]

b) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 77; 8/3/18]

c) Amended Interim Order [D.I. 122; 8/10/18]

d) Notice of Filing of Proposed Final DIP Order [D.I. 240; 8/27/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors to August 24, 2018 at 4:00 p.m. (ET)]

Objections/Informal Responses:

e) Limited Objection of Galleria Mall Investors LP, Marketplace Philadelphia LP, Starwood Retail Partners, LLC, The Forbes Company, and The Macerich Company [D.I. 176; 8/22/18]

f) Limited Objection of GGP Inc., Jones Lang LaSalle Americas, Inc., and Turnberry Associates [D.I. 180; 8/22/18]

g) Joinder of Tabuman Landlords in the Limited Objection of Certain Landlords [D.I. 189; 8/22/18]

h) Joinder of CBL & Associates Management, Inc. to Limited Objection of GGP Inc., Jones Lang LaSalle Americas, Inc., and Turnberry Associates [D.I. 203; 8/23/18]

i) Objection of the Official Committee of Unsecured Creditors [D.I. 230; 8/24/18] (*Sealed Version*)

Status: The Debtors have reached an agreement in principle which resolves the objection of the Official Committee of Unsecured Creditors. The Debtors intend to submit a form of order in substantially the form filed as Item D above. **Counsel for Wilmington Trust, National Association, as Indenture Trustee, has advised the Debtors' counsel that it has a limited informal objection to the form of order filed on August 27, 2018.** This matter is going forward.

18. Debtors' Motion for Interim and Final Orders (A) Authorizing the Debtors to Assume the Closing Store Agreement, (B) Authorizing and Approving Store Closing Sales Free and Clear of All Liens, Claims and Encumbrances, (C) Authorizing the Implementation of Customary Employee Bonus Program and Payments to Non-Insiders Thereunder, (D) Approving Dispute Resolution Procedures, and (E) Approving the Debtors' Store Closing Plan [D.I. 25; 8/2/18]

Related Pleadings:

a) Declaration of Stephen Coulombe [D.I. 63; 8/3/18]

b) Interim Order [D.I. 75; 8/3/18]

c) Omnibus Notice of Pleadings and Hearing Thereon [D.I. 77; 8/3/18]

d) Brief of Gordon Brothers Retail Partners, LLC and Hilco Merchant Resources, LLC [D.I. 186; 8/22/18]

e) Debtors' Joinder to Brief of Gordon Brothers Retail Partners, LLC and Hilco Merchant Resources, LLC [D.I. 187; 8/22/18]

f) Declaration of Disinterestedness of Ian Fredericks [D.I. 232; 8/24/18]

g) Declaration of Disinterestedness of Mackenzie Shea [D.I. 234; 8/24/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET)

Objections/Informal Responses:

h) Limited Objection of the United States Trustee [D.I. 185; 8/22/18]

Status: This matter is going forward.

19. Debtors' Motion, Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code, Fed. R. Bankr. P. 2002, 6003, 6004, 6006, 9007, 9008 and 9014 and Del. Bankr. L.R. 2002-1, 6004-1 and 9006-1, for Entry of (A) an Order (I) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction for and Hearing to Approve Sale of Assets, (III) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale, (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (V) Approving Form and Manner of Notice Thereof, and (VI) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (III) Related Relief [D.I. 100; 8/8/18]

Related Pleadings:

a) Notice of Filing of Revised Bid Procedures Order [D.I. 239; 8/27/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors to August 24, 2018 at 4:00 p.m. (ET)]

Objections/Informal Responses:

b) Objection of Cigna Health and Life Insurance Company [D.I. 177; 8/22/18]

c) Limited Objection of GGP Inc., Jones Lang LaSalle Americas, Inc., and Turnberry Associates [D.I. 181; 8/22/18]

d) Limited Objection of Galleria Mall Investors LP, Marketplace Philadelphia LP, Starwood Retail Partners, LLC, The Forbes Company, and The Macerich Company [D.I. 183; 8/22/18]

e) Informal Comments from the Official Committee of Unsecured Creditors

f) Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Motion for Entry of an Order Approving Bid Procedures and Request for a Status Conference [D.I. 246; 8/27/18]

Status: The Debtors have resolved a number of informal and formal responses to the form of order, which the Debtors believe are reflected in the form of order listed as Item A above. This matter is going forward.

20. Debtors' Motion for Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 102; 8/8/18] (*Sealed Version*)

Related Pleadings:

a) Debtors' Motion for Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 103; 8/8/18] (*Redacted Version*)

b) Reply in Support of (I) KEIP/KERP Motion and (II) Motion to File KEIP/KERP Under Seal [D.I. 236; 8/27/18]

c) Declaration of Stephen L. Coulombe [D.I. 237; 8/27/18]

d) Motion for Leave to File Reply [D.I. 238; 8/27/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors to August 24, 2018 at 4:00 p.m. (ET)]

Objections/Informal Responses:

e) United States Trustee's Objection [D.I. 182; 8/22/18]

Status: This matter is going forward.

01:23480739.1

21. Debtors' Motion for Order, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), (I) Authorizing the Debtors to File (A) Debtors' Motion for Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention in Redacted Form Publicly, and (B) Unredacted Version Under Seal, and (II) Directing Parties to Redact Confidential Information [D.I. 104; 8/8/18]

Related Pleadings:

a) Debtors' Motion for Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [D.I. 102; 8/8/18] (*Sealed Version*)

b) Reply in Support of (I) KEIP/KERP Motion and (II) Motion to File KEIP/KERP Under Seal [D.I. 236; 8/27/18]

c) Declaration of Stephen L. Coulombe [D.I. 237; 8/27/18]

d) Motion for Leave to File Reply [D.I. 238; 8/27/18]

Objection Deadline: August 22, 2018 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors to August 24, 2018 at 4:00 p.m. (ET)]

Objections/Informal Responses:

e) United States Trustee's Objection [D.I. 184; 8/22/18]

Status: This matter is going forward.

22. Motion of the Official Committee of Unsecured Creditors to File Under Seal the Committee's Objection to Debtors' Motion for Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Secured Financing [D.I. 233; 8/24/18]

Related Pleadings:

a) Objection of the Official Committee of Unsecured Creditors [D.I. 230; 8/24/18] (*Sealed Version*)

Objection Deadline: August 29, 2018 at 1:00 p.m. (ET)

Objections/Informal Responses: None.

Status: This matter is going forward.

Dated: Wilmington, Delaware
August 28, 2018

*/s/ Andrew L. Magaziner*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Michael R. Nestor (No. 3526)
Sean M. Beach (No. 4070)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253
Email: mnestor@ycst.com
sbeach@ycst.com
amagaziner@ycst.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Matthew J. Williams
David M. Feldman
Matthew K. Kelsey
Keith R. Martorana
Jason Zachary Goldstein
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
Email: mjwilliams@gibsondunn.com
dfeldman@gibsondunn.com
mkelsey@gibsondunn.com
kmartorana@gibsondunn.com
jgoldstein@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*