IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                           :   Chapter 11
:
**HERITAGE HOME GROUP LLC,** *et al.*,           :   Case No. 18-11736 (KG)
:
Debtors.[1]                                      :   Jointly Administered
:
:   **Ref. Docket No. 466**
:
------------------------------------------------------------x

**ORDER PURSUANT SECTION 1121(d) OF THE BANKRUPTCY CODE
EXTENDING THE EXCLUSIVE PERIODS FOR THE FILING OF
A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THEREOF**

Upon consideration of the Motion[2] of the above-captioned affiliated debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order extending the Exclusive Periods for the filing of a chapter 11 plan and solicitation of acceptances thereto, all as more fully described in the Motion; and upon consideration of the Motion; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

[2] Capitalized terms used, but not otherwise defined herein, have the meaning given to them in the Motion.

01:23876561.1

the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED, as set forth herein.

2. The Plan Period for each Debtor is extended through and including January 25, 2019, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Solicitation Period for each Debtor is extended through and including April 25, 2019, pursuant to section 1121(d) of the Bankruptcy Code.

4. The relief granted herein shall not prejudice the Debtors from seeking further extensions made pursuant to section 1121(d) of the Bankruptcy Code.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

01:23876561.1    **Dated: December 10th, 2018**    KEVIN GROSS
             **Wilmington, Delaware**    UNITED STATES BANKRUPTCY JUDGE