**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: Heritage Home Group, LLC, et.al.  
Debtors

Case No. 18-11736 (KG)  
Reporting Period: 10/28/18 - 11/24/18

**Monthly Operating Report**
**For the Period October 28, 2018 through November 24, 2018**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
|   Schedule of Retained Professional Fees Paid | MOR-1b | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4a | | X |
| Summary of Unpaid Post Petition Debts | MOR-4b | | X |
| Trade Accounts Receivable Aging and Reconciliation | MOR-5a | X | |
| Debtor Questionnaire | MOR-5b | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____      _____  
Signature of Debtor      Date

_____      _____  
Signature of Joint Debtor      Date

*/s/ Robert D. Albergotti*      January 2, 2019  
Signature of Authorized Individual*      Date

Robert D. Albergotti      Chief Restructuring Officer  
Printed Name of Authorized Individual      Title of Authorized Individual

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**In re: Heritage Home Group, LLC, et.al.**  Case No. 18-11736 (KG)
**Debtors**  Reporting Period: 10/28/18 - 11/24/18

### General Notes

*Debtor-In-Possession Financial Statements*

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. The statements are presented on the basis of a going concern, but there are offers to sell portions of the assets and once complete, the values may differ from those presented. All amounts are in U.S. dollars.

Financial Accounting Standards Board Accounting Standards Codification 852, (Reorganizations) ("ASC 852"), which is applicable to companies in chapter 11, requires that financial statements for periods after the filing of a chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business. The financial statements have been prepared in accordance with ASC 852. The unaudited financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and cash flows of the Debtors in the future. None of the asset values have been adjusted to reflect the sale proceeds or related gains and losses.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.

*Liabilities Subject to Compromise*

As a result of the chapter 11 filings, the payment of prepetition indebtedness is subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. ASC 852 requires prepetition liabilities that are subject to compromise to be reported at the amounts expected to be allowed as claims, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events. The values reflect payments made on account of First Day Orders but do not reflect any liabilities potentially assumed by the buyer.

*Reorganization Items*

ASC 852 requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items. Reorganization items includes expenses related to legal advisory and representation services, other professional consulting and advisory services, expenses associated with the rejection of unexpired leases and changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed as claims.

**In re: Heritage Home Group, LLC, et.al.**  Case No. 18-11736 (KG)
**Debtors**  Reporting Period: 10/28/18 - 11/24/18

## MOR - 1
### Statement of Cash Flows (1) (2)
### For the Period October 28, 2018 through November 24, 2018
### (Unaudited)

*In $'000s USD*

| Debtors | Case # | 18-11736<br>Heritage Home<br>Group LLC | 18-11737<br>HH Global II<br>B.V. | 18-11738<br>HH Group<br>Holdings US,<br>Inc. | 18-11739<br>HHG Real<br>Property LLC | 18-11740<br>HHG Global<br>Designs LLC | Total |
|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | |
| Operating (3) | | 15,156 | - | - | - | - | 15,156 |
| Asset Sales Proceeds (7) | | 42,902 | - | - | - | - | 42,902 |
| Total Receipts | | 58,058 | - | - | - | - | 58,058 |
| **Disbursements** | | | | | | | |
| Operating | | 11,382 | - | - | - | 10 | 11,392 |
| Non-Operating | | 726 | - | - | - | - | 726 |
| International Operations (4) | | 1,403 | - | - | - | - | 1,403 |
| Professional Fees & Expenses | | 3,515 | - | - | - | - | 3,515 |
| U.S. Trustee Quarterly Fees | | 251 | - | - | - | - | 251 |
| Total Disbursements | | 17,276 | - | - | - | 10 | 17,286 |
| **Net Cash Flow** | | **40,782** | **-** | **-** | **-** | **(10)** | **40,772** |
| **Revolver** | | | | | | | |
| Revolver Sweeps (5) | | 15,156 | - | - | - | - | 15,156 |
| **Disbursements for Calculating U.S. Trustee Quarterly Fees (6)** | | **32,181** | **-** | **-** | **-** | **10** | **32,191** |

Notes:

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

(2) The debtors' cash management system processes all cash payments out of Heritage Home Group, LLC. Therefore, Heritage Home Group, LLC may process cash payments on behalf of other debtor legal entities. Allocations have been made in the schedule above where available to align these distributions to the originating legal entity.

(3) Operating receipts are presented on a cash basis and include receipts of cash from royalties and wholesale, retail, and showroom sales of furniture and related home furnishings. Retail credit card sales are processed against the customer account when authorization from the credit card company is received, however, the credit card processor can take up to five days to deposit the cash receipts to the debtors' accounts.

(4) International operations reflects payments to international non-debtor affiliates.

(5) As part of cash dominion implemented under the terms set forth in the DIP financing agreement all receipts are swept to reduce the pre-petition revolving credit facility. The difference in revolver sweeps and total operating receipts is due to timing of sweeps from bank accounts not held with the DIP agent.

(6) Disbursements for calculating U.S. trustee quarterly fees do not include disbursements related to U.S. trustee quarterly fees.

(7) Includes cash collections from the sales of; Intellectual Property assets, Lenoir Case (mechinary and equipment), Lenoir Upholstery (real estate, mechinary and equipment, rolling stock), Equity in HHGroup de Mexico S. de R.L., de C.V., raw materials located in Mexico, and raw materials related to Broyhill located in the United States.

**In re: Heritage Home Group, LLC, et.al.**     **Case No. 18-11736 (KG)**
**Debtors**     **Reporting Period: 10/28/18 - 11/24/18**

## MOR - 1a
### Statement with Respect to Bank Account Reconciliations, Bank Statements, and Cash Disbursements Journal
### November 24, 2018

**Bank Account Reconciliation & Cash Disbursements Journals**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The Debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors. The Debtors also affirm that seven bank accounts were closed and no bank accounts were opened during the current reporting period.

| Debtor Entity | Bank Name | Account Type | (Last 4 digits only) | 11/24/2018 Bank Balance (USD) |
|---|---|---|---|---|
| Heritage Home Group LLC | PNC Bank | Operating Account | ****7064 | $ 366,538.76 |
| Heritage Home Group LLC | PNC Bank | Concentration Account | ****7072 | $ 451,686.94 |
| Heritage Home Group LLC | PNC Bank | A/P Controlled Disbursement | ****8673 | $ 125,598.27 |
| Heritage Home Group LLC | PNC Bank | Payroll Controlled Disbursement | ****8729 | $ 9,885.64 |
| Heritage Home Group LLC | PNC Bank | A/P Controlled Disbursement | ****8745 | $ 318,145.26 |
| Heritage Home Group LLC | PNC Bank | A/P Controlled Disbursement | ****8761 | $ 9,657.48 |
| Heritage Home Group LLC | PNC Bank | A/P Controlled Disbursement | ****8788 | $ - |
| Heritage Home Group LLC | PNC Bank | A/P Controlled Disbursement | ****8809 | $ - |
| Heritage Home Group LLC | PNC Bank | A/P Controlled Disbursement | ****8817 | $ 6,018.59 |
| Heritage Home Group LLC | PNC Bank | A/R Collections | ****8999 | $ - |
| Heritage Home Group LLC | PNC Bank | A/R Collections | ****9019 | $ - |
| Heritage Home Group LLC | PNC Bank | A/R Collections | ****9027 | $ - |
| Heritage Home Group LLC | PNC Bank | Royalty Receipts | ****8833 | $ - |
| Heritage Home Group LLC | PNC Bank | Deposit Account | ****8841 | $ - |
| Heritage Home Group LLC | PNC Bank | Deposit Account | ****8948 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3102 | $ - |
| Heritage Home Group LLC | PNC Bank | Showroom Receipts | ****8921 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****8956 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3452 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3444 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3436 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3428 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3372 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3364 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3356 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3348 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3321 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3313 | $ - |

**In re: Heritage Home Group, LLC, et.al.**  **Case No. 18-11736 (KG)**
**Debtors**  **Reporting Period: 10/28/18 - 11/24/18**

## MOR - 1a
### Statement with Respect to Bank Account Reconciliations, Bank Statements, and Cash Disbursements Journal
### November 24, 2018

| Debtor Entity | Bank Name | Account Type | (Last 4 digits only) | 11/24/2018 Bank Balance (USD) |
|---|---|---|---|---:|
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3305 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3292 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3284 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3276 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3268 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3241 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3233 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3217 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3209 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3196 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3161 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3153 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts | ****3129 | $ - |
| Heritage Home Group LLC | HSBC | Retail Receipts (1) | ****2812 | $ (12.53) |
| Heritage Home Group LLC | Wells Fargo | Retail Receipts (1) | ****4640 | $ 7,386.54 |
| Heritage Home Group LLC | PNC Bank | Utility Cash Deposit | ****2456 | $ 172,698.24 |
| **Closed Accounts** | | | | |
| Heritage Home Group LLC | PNC Bank | A/P Controlled Disbursement (2) | ****8681 | $ - |
| Heritage Home Group LLC | PNC Bank | A/P Controlled Disbursement (2) | ****8702 | $ - |
| Heritage Home Group LLC | PNC Bank | A/P Controlled Disbursement (2) | ****8737 | $ - |
| Heritage Home Group LLC | PNC Bank | Miscellaneous Non-A/R Deposits (2) | ****8825 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts (2) | ****3225 | $ - |
| Thomasville Furn Ind Inc | Wells Fargo | Employee Payroll Activities (2) | ****4175 | $ - |
| Heritage Home Group LLC | PNC Bank | Retail Receipts (2) | ****3188 | $ - |
| Heritage Home Group LLC | PNC Bank | A/R Collections (3) | ****8964 | $ - |
| Heritage Home Group LLC | PNC Bank | A/R Collections (3) | ****8876 | $ - |
| Heritage Home Group LLC | PNC Bank | Showroom Receipts (3) | ****3524 | $ - |
| Heritage Home Group LLC | PNC Bank | Showroom Receipts (3) | ****3516 | $ - |
| Heritage Home Group LLC | PNC Bank | Showroom Receipts (3) | ****3508 | $ - |
| Heritage Home Group LLC | PNC Bank | Showroom Receipts (3) | ****3487 | $ - |
| Heritage Home Group LLC | PNC Bank | Showroom Receipts (3) | ****3479 | $ - |
| | | **Total Bank Account Cash** | | **$ 1,467,603.19** |

Notes:
(1) Balances as of November 30, 2018.
(2) Closed in September 2018.
(3) Closed in November 2018.

**In re: Heritage Home Group, LLC, et.al.**  **Case No. 18-11736 (KG)**
**Debtors**  **Reporting Period: 10/28/18 - 11/24/18**

## MOR - 1b
### Schedule of Retained Professional Fees and Expenses Paid (1) (2)
### For the Period October 28, 2018 through November 24, 2018
### (Unaudited)

| Payee | Role In Case | Period Covered | Payment Date | Amount Paid Fees ($) | Amount Paid Expenses ($) | Filing-To-Date Fees ($) | Filing-To-Date Expenses ($) |
|---|---|---|---|---|---|---|---|
| Houlihan Lokey | Debtor Advisors | | | | | 80,000 | 1,321 |
| Malfitano Partners | Debtor Special Counsel | | | | | 22,501 | 1,499 |
| AP Services, LLC | Debtor Interim Management | 7/30/18-8/31/18 | 11/21/18 | 804,145 | 44,684 | 804,145 | 44,684 |
| Young Conaway Stargatt & Taylor, LLP | Debtor Counsel | 7/29/18-8/31/18 | 11/27/18 | 389,627 | - | 664,800 | 8,827 |
| Young Conaway Stargatt & Taylor, LLP | Debtor Counsel | 9/1/18-9/30/18 | 11/27/18 | 251,176 | 6,570 | 915,976 | 15,397 |
| | | | **Total** | **$ 1,444,947** | **$ 51,254** | **$ 1,822,621** | **$ 62,901** |

Notes:
(1) During the reporting period three payments were made to fund the professionals' escrow account totaling $3,366,625.
(2) Retained professionals are paid from the professional's escrow account in accordance with the final debtor-in possession financing order (Docket #209).

**In re: Heritage Home Group, LLC, et.al.**  **Case No. 18-11736 (KG)**
**Debtors**  **Reporting Period: 10/28/18 - 11/24/18**

**MOR - 2**
**Statement of Operations (1) (2)**
**For the Period October 28, 2018 through November 24, 2018**
**(Unaudited)**

*In $'000s USD*

| Case # | 18-11736 | 18-11737 | 18-11738 | 18-11739 | 18-11740 | |
|---|---|---|---|---|---|---|
| 3564264.51 | Heritage Home Group LLC | HH Global II B.V. | HH Group Holdings US, Inc. | HHG Real Property LLC | HHG Global Designs LLC | Total (3) |
| Net Sales | 21,037 | - | - | - | - | 21,037 |
| Cost of Sales | 26,021 | - | - | - | - | 26,021 |
| Gross Profit (Loss) | (4,985) | - | - | - | - | (4,985) |
| SG&A Expenses | 3,564 | - | - | - | - | 3,564 |
| Income (Loss) From Operations | (8,549) | - | - | - | - | (8,549) |
| Interest Expense | 1,208 | - | - | - | - | 1,208 |
| Reorganization Expense (4) | (2,954) | - | - | - | - | (2,954) |
| Other Expense (Income) (5) | (10,372) | - | - | - | - | (10,372) |
| Income (Loss) Before Income Taxes | 3,569 | - | - | - | - | 3,569 |
| Income Tax | - | - | - | - | - | - |
| **Net Income (Loss)** | **3,569** | **-** | **-** | **-** | **-** | **3,569** |

Notes:

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

(2) These statements do not include certain GAAP adjustments and reclassifications.

(3) Legal entitles are presented on an unconsolidated basis and the total reflected herein does not included intercompany eliminations nor non-debtor international affiliates.

(4) Includes ($4,936) net reclassification of professional and legal fees due to establishment of a prepaid asset account related to payments made to the professional fee escrow account. Adjustment also reflects actual payments made out of the escrow account prepaid account for professional fees.

(5) Includes income from the gain on sale from the Luxury brands business sold on October 12, 2018 and assets sold in the October 18, 2018 Auction. Refer to the order approving the Luxury brands asset purchase agreement (Docket #324) for details of the sales transaction. Refer to Docket #382 for a summary of the Auction results.

| In re: Heritage Home Group, LLC, et.al. | | | | | | Case No. 18-11736 (KG) |
|---|---|---|---|---|---|---|
| Debtors | | | | | | Reporting Period: 10/28/18 - 11/24/18 |

**MOR - 3**
**Balance Sheet (1) (2) (6)**
**November 24, 2018**
**(Unaudited)**

*In $'000s USD*

| | Case # | 18-11736 | 18-11737 | 18-11738 | 18-11739 | 18-11740 | |
|---|---|---|---|---|---|---|---|
| | Debtors | Heritage Home Group LLC | HH Global II B.V. | HH Group Holdings US, Inc. | HHG Real Property LLC | HHG Global Designs LLC | Total (5) |
| **Assets** | | | | | | | |
| Cash (3) | | 8,493 | - | - | - | - | 8,493 |
| Accounts and Notes Receivable | | 16,925 | - | - | - | - | 16,925 |
| Inventory | | 45,486 | - | - | - | - | 45,486 |
| Prepaid Expenses & Other Current Assets | | 7,763 | - | - | - | - | 7,763 |
| Prepaid Professional & Legal Fees | | 4,936 | - | - | - | - | 4,936 |
| Total Current Assets | | 83,603 | - | - | - | - | 83,603 |
| Plant, Property & Equipment, Net | | 8,603 | - | - | 1,265 | - | 9,868 |
| Intellectual Property | | - | - | - | - | 6,125 | 6,125 |
| Unamortized Debt Expense | | 362 | - | - | - | - | 362 |
| Other Assets and Investments | | 2,166 | - | - | - | - | 2,166 |
| Investment in Subsidiaries | | 254,368 | - | - | - | - | 254,368 |
| **Total Assets** | | **349,102** | **-** | **-** | **1,265** | **6,125** | **356,492** |
| **Liabilities & Shareholders' Equity** | | | | | | | |
| **Liabilities** | | | | | | | |
| Accounts Payable - Trade | | 1,924 | - | - | - | - | 1,924 |
| Accounts Payable - Non-Trade | | 1,190 | - | - | - | - | 1,190 |
| Accounts Payable - Other | | (2,993) | - | - | - | - | (2,993) |
| Unmatched Receipts | | 9,417 | - | - | - | - | 9,417 |
| Customer Deposits | | 2,790 | - | - | - | - | 2,790 |
| Accrued Employee Compensation | | 2,247 | - | - | - | - | 2,247 |
| Accrued Expenses | | 10,179 | - | - | - | - | 10,179 |
| Total Current Liabilities | | 24,755 | - | - | - | - | 24,755 |
| DIP Revolving Credit Facility | | 34,215 | - | - | - | - | 34,215 |
| Deferred Rent Expense | | 1,121 | - | - | - | - | 1,121 |
| Other Long-Term Liabilities | | 61 | - | - | - | - | 61 |
| **Total Liabilities Not Subject to Compromise** | | **60,152** | **-** | **-** | **-** | **-** | **60,152** |
| Accounts Payable | | 32,064 | - | - | - | - | 32,064 |
| Long-Term Debt | | 169,590 | - | - | - | - | 169,590 |
| **Total Liabilities Subject to Compromise (4)** | | **201,654** | **-** | **-** | **-** | **-** | **201,654** |
| **Total Liabilities** | | **261,806** | **-** | **-** | **-** | **-** | **261,806** |
| **Shareholders' Deficit** | | | | | | | |
| Preferred Stock | | 75,000 | - | - | - | - | 75,000 |
| Common Stock | | 9,063 | - | - | - | - | 9,063 |
| Paid-In Capital | | 757,115 | 125,000 | - | 1,265 | - | 883,380 |
| Restricted Stock | | (480) | - | - | - | - | (480) |
| (Accum. Deficit) / Retained Earnings | | (473,222) | (295,000) | (1,787) | - | 6,125 | (763,884) |
| Common Stock in Treasury, at Cost | | (98,834) | - | - | - | - | (98,834) |
| Intercompany Transactions | | (182,196) | 170,000 | 1,787 | - | - | (10,408) |
| Intercompany Control Accounts | | 849 | - | - | - | - | 849 |
| **Total Shareholders' Equity** | | **87,296** | **-** | **-** | **1,265** | **6,125** | **94,686** |
| **Total Liabilities & Shareholders' Equity** | | **349,102** | **-** | **-** | **1,265** | **6,125** | **356,492** |

**In re: Heritage Home Group, LLC, et.al.**  **Case No. 18-11736 (KG)**
**Debtors**  **Reporting Period: 10/28/18 - 11/24/18**

**MOR - 3**
**Balance Sheet (1) (2) (6)**
**November 24, 2018**
**(Unaudited)**

Notes:

(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.
(2) Statement does not include certain GAAP adjustments and reclassifications.
(3) Includes both cash and cash in-transit.
(4) Liabilities Subject to Compromise is comprised of pre-petition accounts payable and second-lien secured debt.
(5) Legal entitles are presented on an unconsolidated basis and the total reflected herein does not included intercompany eliminations nor non-debtor international affiliates.
(6) Does not reflect adjusting entries for the Luxury brands assets sold on October 12, 2018 and assets sold in the October 18, 2018 Auction. Adjusting entries are pending confirmation from the buyers as to purchase price allocation. Refer to Docket #382 for a summary of the Auction results.

**In re: Heritage Home Group, LLC, et.al.**                  **Case No. 18-11736 (KG)**
**Debtors**                  **Reporting Period: 10/28/18 - 11/24/18**

**MOR - 4a and 4b**
**Declaration Regarding (I) the Status of Post-Petition Taxes of the Debtors and (II) The Debtors' Post-Petition Accounts Payable**
**For the Period October 28, 2018 through November 24, 2018**

Robert Albergotti hereby declares and states:

I am the Interim Chief Financial Officer and Chief Restructuring Officer of Heritage Home Group LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"). a corporation organized under the laws of the state of Delaware and one of the Debtors and Debtors-In-Possession in the above-captioned chapter 11 case. In this capacity, I am familiar with the day-to-day operations, businesses, financial affairs and books and records.

Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the operations and finances of Heritage Home Group LLC, information learned from my review of relevant documents and information I have received from other members of management or the Debtors' advisors. I am authorized to submit this declaration on behalf of Heritage Home Group LLC and, if I were called upon to testify, I could and would testify to the facts set forth herein. I submit this declaration under penalty of perjury pursuant to 28 U.S.C. Section 1746.

To the best of my knowledge, the Debtors have filed all necessary, federal, state, and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

To the best of my knowledge, the Debtors are currently paying undisputed post-petition invoices in the normal course.

Dated: January 2, 2019                  Respectfully submitted,

                                               */s/ Robert D. Albergotti*
                                               Robert D. Albergotti
                                               Chief Restructuring Officer

**In re: Heritage Home Group, LLC, et.al.**                  **Case No. 18-11736 (KG)**
**Debtors**                  **Reporting Period: 10/28/18 - 11/24/18**

## MOR - 5a
### Debtors Summary of Trade Accounts Receivable Aging & Reconciliation (1) (2)
### November 24, 2018
### (Unaudited)

*In $'000s USD*

| Days Aged | Current | 1 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total |
|---|---|---|---|---|---|---|---|
| Debtors | $ 5,562 | $ 3,192 | $ 1,840 | $ 1,038 | $ 238 | $ 677 | $ 12,547 |
| *Percentage of total* | *44%* | *25%* | *15%* | *8%* | *2%* | *5%* | *100%* |

Notes:

(1) Schedule reflects wholesale receivables only. Retail cash receipts are received at the time of the retail cash sale and retail credit card sales are processed against the customer account when authorization from the credit card company is received. However, the credit card processor can take up to five days to deposit the cash receipts to the debtors' accounts.

(2) The accounts receivable reflected herein exclude allowances for sales returns and doubtful accounts and approximately; $3.8 million in credit card receivables, $467,000 in royalty receivables, and $606,000 in accrued receivables.

**In re: Heritage Home Group, LLC, et.al.**  **Case No. 18-11736 (KG)**
**Debtors**  **Reporting Period: 10/28/18 - 11/24/18**

## MOR - 5b
## Debtor Questionnaire
## November 24, 2018

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | X[1] | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Notes:
(1) On October 18, 2018 the Debtors conducted an Auction to sell the Debtor's intellectual property assets and certain other remaining assets not sold as part of the October 12, 2018 Luxury sales transaction. During the November reporting period the Debtors collected proceeds from the Auction including;
- Intellectual Property assets sold to HHG IPCo, LLC (Docket #395),
- Lenoir Case (mechinary and equipment) sold to Big Shoulders Capital IV, LLC (Docket #394),
- Lenoir Upholstery (real estate, mechinary and equipment, rolling stock) sold to Hamilton Square, LLC (Docket #393),
- HH Global II B.V.'s equity interest in HHGroup de Mexico S. de R.L. de C.V.; raw materials located in Mexico; raw materials related to Broyhill located in the United States sold to VLR, LLC (Docket #392).