# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11736 (KG) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BRADFORD J. SANDLER IN SUPPORT OF APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a), BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO MARCH 15 , 2019**

I, Bradford J. Sandler, Esquire, being duly sworn according to law, hereby declare as follows:

1. I am a partner of Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), which maintains offices for the practice of law at 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801. I am duly admitted and in good standing to practice law in the State of Delaware and the United States District Court for the District of Delaware, among other jurisdictions.

2. I am authorized to submit this declaration (the "Declaration") in support of the *Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for Authority*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

*to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Nunc Pro Tunc to March 15, 2019* (the "Application").[2]

3. Neither I, the Firm, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or any other parties in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

4. Bankruptcy Rule 2014 requires that an application for employment under section 327 disclose all connections with the Debtors, the estates, the professionals and the Office of the Trustee. The Firm, therefore, discloses its known connections herein.

   a. Wayne Industries Inc. ("Wayne") is listed as a creditor of the Debtors. The Firm previously represented Wayne in the Debtors' chapter 11 cases. The Firm's representation of Wayne has concluded. The Firm believes that its prior representation of Wayne has not and will not affect its representation of the chapter 7 trustee in these cases. The Firm has advised the chapter 7 trustee that he may need to retain separate special counsel in connection with any action adverse to Wayne.

   b. Allen Systems Group ("ASG") is listed as a litigation party of the Debtors. The Firm previously represented ASG as Debtors' counsel in its chapter 11 bankruptcy cases captioned, In re Allen Systems Group, Inc., et al., Case No. 15-10332 (KJC) (the "ASG Cases"). The ASG Cases are wholly unrelated to the Debtors' cases. After a reorganization plan was confirmed in March 2015, the ASG Cases were closed on September 21, 2015. The Firm believes that its prior representation of ASG has not and will not affect its representation of the chapter 7 trustee in these cases.

5. The Firm has made the following investigation of disinterestedness prior to submitting this Declaration. The Firm has undertaken a full and thorough review of its computer database, which contains the names of clients and other parties interested in particular matters. The Firm requires all of its professionals, before accepting the representation of a new

---

[2] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

client, or the representation of an existing client in a new matter, to perform a conflicts check through the Firm's database and to enter conflict information regarding new clients or new matters into that database. Thus, a review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation. In particular, an employee of the Firm, under my supervision, entered the names of the parties listed on Schedule 1 attached to this Declaration.

6. Based on the results of the Firm's search of its database, it appears that PSZ&J does not hold or represent any interest adverse to and has no connection, subject to the disclosures set forth below, with the Debtors herein, their creditors, the U.S. Trustee or any party-in-interest herein in the matters upon which PSZ&J is to be retained, and is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

7. The Trustee has selected PSZ&J because of its experience and knowledge and believes that PSZ&J has no disqualifying conflicts of interest. PSZ&J has advised the Trustee that it may have previously represented, may currently represent, and may in the future represent, in matters totally unrelated to the Debtors and these cases, entities that are claimants of the Debtor or other parties-in-interest in these cases.

8. PSZ&J has had no other prior connection with the Debtors, their creditors or any other party-in-interest. Upon information and belief, PSZ&J does not hold or represent any interest adverse to the Debtors' estates.

9. PSZ&J represents many committees in other bankruptcy cases, the members of which (together with other creditors of these cases) may be creditors of the Debtors. However, PSZ&J will not represent any members of those committees with respect to any claims that they may have collectively or individually against the Debtors.

10. Similarly, PSZ&J may represent, or may have represented, debtors, creditors' committees, or trustees in cases or proceedings against creditors of the Debtors that are unrelated to the Debtors and these cases. At this time, PSZ&J is not aware of any adverse interest or other connection with the Debtors, their creditors, the U.S. Trustee or any party-in-interest herein. PSZ&J, however, will be in a better position to identify with specificity any such persons or entities when lists of all creditors of the Debtors have been reviewed and will make any further disclosures as may be appropriate at that time.

11. PSZ&J is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its partners, of counsel and associates:

   a. are not creditors, equity security holders or insiders of the Debtors;

   b. are not and were not, within two (2) years before the Petition Date, a director, officer, or employee of the Debtors;

   c. do not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason, except as disclosed herein.

12. Subject to Court approval in accordance with section 330(a) of the Bankruptcy Code and any applicable orders of this Court, compensation will be payable to PSZ&J on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by PSZ&J. The current hourly rates charged by PSZ&J for professional and paralegals employed in its offices are:

| Partners | $725 - $1,395 |
| Of Counsel | $650 - $1,095 |
| Associates | $575 |
| Paralegals | $375 - $395 |

13. The professionals and paralegals presently designated to represent the Trustee and their current standard hourly rates are:

4

      a.    Bradford L. Sandler    $975.00 per hour

      b.    Colin R. Robinson    $795.00 per hour

      c.    Peter J. Keane    $695.00 per hour

      d.    Paralegals    $375.00 to $395.00 per hour

14. Other attorneys and paralegals may from time to time serve the Trustee in connection with the matters herein described.

15. An hourly fee rate is reasonable and customary for work of this nature. The hourly rate is set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. The Firm will charge the Trustee for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

16. No promises have been received by the Firm or by any partner, of counsel or associate thereof as to compensation in connection with these Cases other than in

5

accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these cases, except among the partners, of counsel and associates of the Firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2019　　　　　　　　　　　　　*/s/ Bradford J. Sandler*
　　　　　　　　　　　　　　　　　　　　　　　Bradford J. Sandler

# **SCHEDULE 1**

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 01_SrLenders_Sec | Blank Rome LLP |
| 01_SrLenders_Sec | KPS CAYMAN MGMT III LTD |
| 01_SrLenders_Sec | PAUL WEISS RIFKIND WHARTON |
| 01_SrLenders_Sec | PNC Bank, National Association |
| 02_LOCs | PNC Bank, National Association |
| 02_LOCs | Sentry Casualty Company |
| 02_LOCs | Westchester Fire Insurance Company |
| 03_Bonds_Unsec | KPS CAYMAN MGMT III LTD |
| 04_Tax | Alabama Department of Revenue |
| 04_Tax | Alameda County Treasurer & Tax Collector |
| 04_Tax | Arizona Department of Revenue |
| 04_Tax | ARKANSAS DEPT OF FINANCE & ADM |
| 04_Tax | BEAUFORT COUNTY TREASURER |
| 04_Tax | California Board of Equalization |
| 04_Tax | California Franchise Tax Board |
| 04_Tax | CATAWBA COUNTY TAX |
| 04_Tax | CITY OF ALEXANDRIA |
| 04_Tax | CITY OF ALPHARETTA |
| 04_Tax | City of Lenoir, NC Property Tax |
| 04_Tax | City of San Francisco |
| 04_Tax | CLARK COUNTY ASSESSOR |
| 04_Tax | Cobb County |
| 04_Tax | COBB COUNTY TAX COMMISSIONER |
| 04_Tax | COLORADO DEPT OF REVENUE |
| 04_Tax | Comptroller of Maryland |
| 04_Tax | Connecticut Commissioner of Revenue Services |
| 04_Tax | Dallas Co, TX Tax Office |
| 04_Tax | Davidson County Tax Collector |
| 04_Tax | DEKALB COUNTY TAX COMMISSIONER |
| 04_Tax | DELAWARE DIVISION OF REVENUE |
| 04_Tax | Duval Co., FL Tax Collector |
| 04_Tax | FLORIDA DEPARTMENT OF REVENUE |
| 04_Tax | FULTON COUNTY TAX COMMISSIONER |
| 04_Tax | Georgia Department of Revenue |
| 04_Tax | Grapevine-Colleyville ISD, TX (GCISD) Tax Office |
| 04_Tax | Guilford County Tax Department |
| 04_Tax | Idaho State Tax Commission |
| 04_Tax | ILLINOIS DEPARTMENT OF REVENUE |
| 04_Tax | Indiana Department of Revenue |
| 04_Tax | Internal Revenue Service (US IRS) |
| 04_Tax | Iowa Department of Revenue |
| 04_Tax | JEFFERSON PARISH SHERIFF'S |
| 04_Tax | Kansas Department of Revenue |
| 04_Tax | KENTUCKY STATE TREASURER |
| 04_Tax | Leslie Anderson, CPA, P.C. |
| 04_Tax | LOUISIANA DEPT OF REVENUE |
| 04_Tax | MAINE REVENUE SERVICES |
| 04_Tax | Massachusetts Department of Revenue |
| 04_Tax | MECKLENBURG COUNTY TAX COLLECTOR |
| 04_Tax | Michigan Department of Treasury |
| 04_Tax | MINNESOTA REVENUE |
| 04_Tax | Mississippi Department of Revenue |
| 04_Tax | MISSISSIPPI STATE TREASURER |
| 04_Tax | Missouri Dept of Revenue |
| 04_Tax | MONTANA DEPT OF REVENUE |
| 04_Tax | MONTGOMERY COUNTY, MARYLAND |
| 04_Tax | Montgomery Township |
| 04_Tax | Nebraska Department of Revenue |
| 04_Tax | Nevada Department of Taxation |
| 04_Tax | New Jersey Division of Taxation |
| 04_Tax | New Mexico Taxation & Revenue Dept |
| 04_Tax | New York City Dept. of Finance |
| 04_Tax | NEW YORK STATE CORPORATION TAX |
| 04_Tax | NEW YORK STATE SALES TAX / NYS TAX |
| 04_Tax | North Carolina Department of Revenue |
| 04_Tax | Ohio Department of Taxation |
| 04_Tax | Ohio Treasurer of State |
| 04_Tax | OKLAHOMA TAX COMMISSION |
| 04_Tax | OREGON DEPARTMENT OF REVENUE |
| 04_Tax | Pennsylvania Department of Revenue |
| 04_Tax | PLACER COUNTY TAX COLLECTOR |
| 04_Tax | PRINCE WILLIAM COUNTY |
| 04_Tax | Rhode Island Division of Taxation |
| 04_Tax | RON WRIGHT TAX |
| 04_Tax | RUTHERFORD COUNTY REVENUE DEPT |
| 04_Tax | SAN FRANCISCO TAX COLLECTOR |
| 04_Tax | South Carolina Department of Revenue |
| 04_Tax | South Dakota Department of Revenue |
| 04_Tax | St. Louis County Treasurer |

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 04_Tax | STATE OF NEW HAMPSHIRE |
| 04_Tax | Tennessee Department of Revenue |
| 04_Tax | Texas State Comptroller |
| 04_Tax | Township of Hempfield |
| 04_Tax | Utah State Tax Commission |
| 04_Tax | Vermont Department of Taxes |
| 04_Tax | Virginia Department of Revenue |
| 04_Tax | WAKE COUNTY REVENUE DEPARTMENT |
| 04_Tax | Washington DC |
| 04_Tax | WASHINGTON STATE |
| 04_Tax | WEST VIRGINIA STATE TAX DEPT |
| 04_Tax | Whitehall Township Tax Office |
| 04_Tax | Wisconsin Department of Revenue |
| 04_Tax | Wyoming Department of Revenue |
| 05_Regulatory | CA Bureau of Electronic & Appliance Repair |
| 05_Regulatory | CA Office of Environmental Health Hazard Assessment (OEHHA) |
| 05_Regulatory | California Air Resources Board |
| 05_Regulatory | California Environmental Protection Agency (CalEPA) |
| 05_Regulatory | Catawba County Waste Management |
| 05_Regulatory | CCPIT Patent and Trademark Law Office |
| 05_Regulatory | City of Hickory, NC - POTW and Utility Services |
| 05_Regulatory | City of Lenoir, North Carolina - City Fire Department |
| 05_Regulatory | Department of the Treasury |
| 05_Regulatory | Deputy Director, Injury Prevention |
| 05_Regulatory | Environmental Protection Agency |
| 05_Regulatory | Hickory City Fire Department (Fire Marshall) |
| 05_Regulatory | Hickory City Police Department |
| 05_Regulatory | Hickory City Public Works (utilities) |
| 05_Regulatory | Norfolk Southern Railroad |
| 05_Regulatory | North Carolina Department of Agriculture and Consumer Services (Structural Pest Control) |
| 05_Regulatory | North Carolina Department of Environmental Quality |
| 05_Regulatory | North Carolina Department of Environmental Quality (formerly NCDENR) |
| 05_Regulatory | NORTH CAROLINA DEPARTMENT OF LABOR |
| 05_Regulatory | North Carolina Department of Motor Vehicles |
| 05_Regulatory | North Carolina Department of Transportation |
| 05_Regulatory | North Carolina Division of Emergency Management |
| 05_Regulatory | North Carolina of Health and Human Services ( Div of Public Health/asbestos) |
| 05_Regulatory | North Carolina State Board of Examiners of Plumbing, Heating and Fire Sprinkler Contractors |
| 05_Regulatory | Thomasville Fire Rescue |
| 05_Regulatory | Thomasville Utilities |
| 05_Regulatory | U.S. Consumer Product Safety Commission |
| 05_Regulatory | U.S. Department of Transportation |
| 05_Regulatory | U.S. EPA |
| 05_Regulatory | U.S. Fish and Wildlife Service |
| 05_Regulatory | United States Department of Agriculture |
| 05_Regulatory | United States Division of Homeland Security |
| 05_Regulatory | US Consumer Product Safety Commission |
| 05_Regulatory | US CUSTOMS & BORDER PROTECTION |
| 06_Utilities | ATMOS ENERGY |
| 06_Utilities | Beaufort - Jasper Water & Sewer Authority |
| 06_Utilities | CENTERPOINT ENERGY |
| 06_Utilities | CITY OF CHARLOTTE/MECKLEBURG CTY |
| 06_Utilities | CITY OF DALLAS |
| 06_Utilities | CITY OF HICKORY |
| 06_Utilities | CITY OF HIGH POINT |
| 06_Utilities | CITY OF KIRKWOOD |
| 06_Utilities | CITY OF LENOIR |
| 06_Utilities | CITY OF MORGANTON (TAXES) |
| 06_Utilities | CITY OF RALEIGH |
| 06_Utilities | CITY OF ROSEVILLE |
| 06_Utilities | CITY OF TAMPA UTILITIES |
| 06_Utilities | CITY OF THOMASVILLE |
| 06_Utilities | CITY OF WOODBURY |
| 06_Utilities | COMED |
| 06_Utilities | CONSUMERS ENERGY |
| 06_Utilities | CORPORATE SERVICES CONSULTANTS INC |
| 06_Utilities | DELMARVA POWER |
| 06_Utilities | DOMINION VIRGINIA POWER |
| 06_Utilities | DTE ENERGY |
| 06_Utilities | DUKE ENERGY |
| 06_Utilities | FLORIDA POWER & LIGHT COMPANY |
| 06_Utilities | FULTON COUNTY FINANCE DEPARTMENT |
| 06_Utilities | GEORGIA NATURAL GAS (DH RETAIL) |
| 06_Utilities | GEORGIA POWER |
| 06_Utilities | JEA |
| 06_Utilities | KANSAS GAS SERVICE |
| 06_Utilities | KCP&L |
| 06_Utilities | LEVEL 3 COMMUNICATIONS |
| 06_Utilities | METROPOLITAN ST LOUIS SEWER DIST |

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 06_Utilities | MIDWAY SERVICES UTILITIES |
| 06_Utilities | Montgomery Township |
| 06_Utilities | NICOR GAS |
| 06_Utilities | NORTH WALES WATER AUTHORITY |
| 06_Utilities | NORTHERN VIRGINIA ELECRIC COOP (NOVEC) |
| 06_Utilities | PALM BEACH COUNTY SHERIFF'S OFFICE |
| 06_Utilities | Palm Beach County Water Utilities Department (PBCWUD) |
| 06_Utilities | PALMETTO ELECTRIC COOPERATIVE INC |
| 06_Utilities | PECO ENERGY - PAYMENT PROCESSING |
| 06_Utilities | PEOPLES GAS |
| 06_Utilities | PG&E |
| 06_Utilities | PIEDMONT NATURAL GAS CO (DALLAS) |
| 06_Utilities | PINEVILLE ELECTRIC & TELEPHONE |
| 06_Utilities | PPL ELECTRIC UTILITIES |
| 06_Utilities | Prince William County Service Authority (PWCSA) |
| 06_Utilities | PSE&G CO |
| 06_Utilities | PSMC INC |
| 06_Utilities | PSNC ENERGY |
| 06_Utilities | RELIANT ENERGY |
| 06_Utilities | SERVICE AUTHORITY PRINCE WILLIAM COUNTY (PWCSA) |
| 06_Utilities | SHELBY TOWNSHIP |
| 06_Utilities | SPIRE |
| 06_Utilities | SUEZ WATER DELAWARE |
| 06_Utilities | T FARESE & SONS INC |
| 06_Utilities | TAMPA ELECTRIC COMPANY |
| 06_Utilities | THE TOWNSHIP OF MOORESTOWN |
| 06_Utilities | THINK UTILITY SERVICES |
| 06_Utilities | TOG INC |
| 06_Utilities | TOMBIGBEE ELECTRIC POWER ASSN |
| 06_Utilities | TOWN OF PINEVILLE |
| 06_Utilities | TRI-COUNTY ELECTRIC COOPERATIVE |
| 06_Utilities | TUPELO WATER & LIGHT |
| 06_Utilities | UGI UTILITIES INC |
| 06_Utilities | UPPER MERION SEWER REVENUE |
| 06_Utilities | WASHINGTON GAS |
| 06_Utilities | WASTE MANAGEMENT OF ALAMEDA CO. |
| 06_Utilities | WRIGHT-HENNEPIN COOPERATIVE |
| 06_Utilities | XCEL ENERGY |
| 07_Banks | Bank of America |
| 07_Banks | HSBC |
| 07_Banks | PNC Bank, National Association |
| 07_Banks | WELLS FARGO EQUIP FINANCE MFG SVC GROUP |
| 08_Professionals | ALI BUDIARDJO, NUGROHO, |
| 08_Professionals | AvantUSA- NH |
| 08_Professionals | BINSWANGER SOUTHERN OF MISS |
| 08_Professionals | BRADLEY ARANT BOULT CUMMINGS LLP |
| 08_Professionals | CBIZ BENEFITS & INSURANCE |
| 08_Professionals | CERTIFY INC |
| 08_Professionals | Dun & Bradstreet |
| 08_Professionals | ERNST & YOUNG US LLP |
| 08_Professionals | Evans & Dixon |
| 08_Professionals | FMCA- Lyons Credit Reporting |
| 08_Professionals | Friedman Stroffe & Gerard, P.C. |
| 08_Professionals | Galagher Sharp, LLP |
| 08_Professionals | GREATLAND CORPORATION |
| 08_Professionals | HOULIHAN LOKEY CAPITAL INC |
| 08_Professionals | HUSCH BLACKWELL LLP |
| 08_Professionals | Kenny Nachwalter |
| 08_Professionals | Kopka Pinkus Dolin PC |
| 08_Professionals | LOCKE LORD LLP |
| 08_Professionals | MAESTRO HEALTH |
| 08_Professionals | MAPLES AND CALDER |
| 08_Professionals | Mercer HR Services |
| 08_Professionals | MIJARES ANGIOTIA CORTES |
| 08_Professionals | MOWRY & GRIMSON PLLC |
| 08_Professionals | NCS Credit |
| 08_Professionals | Nelson Mullins Riley & Scarborough LLP |
| 08_Professionals | Norris Choplin Schroer LLP |
| 08_Professionals | OGLETREE DEAKINS |
| 08_Professionals | PAUL WEISS RIFKIND WHARTON |
| 08_Professionals | PROSKAUER ROSE LLP |
| 08_Professionals | RICHARDS LAYTON & FINGER PA |
| 08_Professionals | Ryan Ryan Deluca LLP |
| 08_Professionals | Sauir & Asociados, S.C. - Mexico |
| 08_Professionals | SPILMAN THOMAS & BATTLE PLLC |
| 08_Professionals | SyCip Salazar Hernandez & Gatmaitan - Philippines |
| 08_Professionals | WERB & SULLIVAN |
| 10_TradeVendors | AKZO NOBEL COATINGS INC |
| 10_TradeVendors | ALPHA CHOICE LTD |

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 10_TradeVendors | American Express/Travel FC-W |
| 10_TradeVendors | Aon Risk Services Central |
| 10_TradeVendors | AP SERVICES LLC |
| 10_TradeVendors | Blue Cross Blue Shield of NC |
| 10_TradeVendors | BOISE CASCADE COMPANY |
| 10_TradeVendors | BRAZSERVICE WET LEATHER S/A |
| 10_TradeVendors | CARROLL COMPANIES INC |
| 10_TradeVendors | CCA GOVERNMENT FLOORS & INTERIORS |
| 10_TradeVendors | CHEMICAL COATINGS INC |
| 10_TradeVendors | CIRCA 1801 (VALDESE WEAVERS) |
| 10_TradeVendors | CONOVER LUMBER CO |
| 10_TradeVendors | CVS CAREMARK |
| 10_TradeVendors | DAVIS WOOD PRODUCTS INC |
| 10_TradeVendors | DERCHENG FURNITURE SHENZHEN CO LTD |
| 10_TradeVendors | DUKE ENERGY |
| 10_TradeVendors | EKH FURNITURE INDUSTRIES SA DE CV |
| 10_TradeVendors | FOOK YIK FURNITURE |
| 10_TradeVendors | GOLDEN FORTUNE VIETNAM CO LTD |
| 10_TradeVendors | GRANT THORNTON LLP |
| 10_TradeVendors | GREEN HIDES LEATHER STUDIO |
| 10_TradeVendors | GREEN RIVER FURNITURE CORP |
| 10_TradeVendors | GROUP ASSOCIATES INC |
| 10_TradeVendors | HARRIS HOUSE |
| 10_TradeVendors | HSM SOLUTIONS |
| 10_TradeVendors | HUSCH BLACKWELL LLP |
| 10_TradeVendors | JIAMEI INTERNATIONAL TRADING CO LTD |
| 10_TradeVendors | JOHN AND JEFF SCHWARZ LLC |
| 10_TradeVendors | KPMG LLP |
| 10_TradeVendors | Leggett & Platt |
| 10_TradeVendors | LONGLEAF FOREST PRODUCTS LLC |
| 10_TradeVendors | M&S WAREHOUSE |
| 10_TradeVendors | Market Square AC IV, LLC; International Market Centers, LP |
| 10_TradeVendors | MARVIN J PERRY & ASSOC INC |
| 10_TradeVendors | MCGK WOODWORKS INC. |
| 10_TradeVendors | MILLER HILL LENOIR LLC |
| 10_TradeVendors | Onin Staffing |
| 10_TradeVendors | PCB APPS LLC |
| 10_TradeVendors | PIEDMONT NATURAL GAS CO (DALLAS) |
| 10_TradeVendors | PIEDMONT PACKAGING INC |
| 10_TradeVendors | PINGYUAN COUNTY OAK |
| 10_TradeVendors | PZG INC |
| 10_TradeVendors | RDI LOGISTICS INC |
| 10_TradeVendors | RMP ASSOCIATES INC |
| 10_TradeVendors | ROYALE COMFORT SEATING INC |
| 10_TradeVendors | SAMSON INTERNATIONAL ENTERPRISES |
| 10_TradeVendors | SERVER SUITES LLC |
| 10_TradeVendors | SHELBA D JOHNSON TRUCKING INC |
| 10_TradeVendors | SNYDER PAPER CORPORATION |
| 10_TradeVendors | SOFTWARE AG USA INC |
| 10_TradeVendors | STI / Brentwood |
| 10_TradeVendors | THE LOMAX BROTHERS |
| 10_TradeVendors | TRINITY LIGHTING INC |
| 10_TradeVendors | U&I LOGISTICS CORPORATION |
| 10_TradeVendors | UMR, INC |
| 10_TradeVendors | UNITED FURNITURE SERVICES LLC |
| 10_TradeVendors | VISIONARY SLEEP LLC |
| 10_TradeVendors | WATKINS & SHEPARD TRUCKING |
| 10_TradeVendors | WAYNE INDUSTRIES INC |
| 10_TradeVendors | WOOD WIN FURNITURE LIMITED |
| 10_TradeVendors | WOODMAX KY INDUSTRIES CORP |
| 10_TradeVendors | ZHANGZHOU GUOHUI IND & TRADE CO LTD |
| 11_Customers | AFA STORES LLC |
| 11_Customers | AFC ACQUISITION CORP. |
| 11_Customers | ANGELUS FURN THOMASVILLE HOME |
| 11_Customers | B F MYERS |
| 11_Customers | B0YLESFURNITURE & RUGS NC |
| 11_Customers | BAERS FURNITURE ALTAMONTE SPRINGS |
| 11_Customers | BASS PRO LLC |
| 11_Customers | BENJAMIN WEST |
| 11_Customers | BON TON / ACCOUNTS PAYABLE |
| 11_Customers | BOSCOV'S DEPARTMENT STORE LLC |
| 11_Customers | CABOT HOUSE |
| 11_Customers | CAMPBELL & CO INC |
| 11_Customers | CARDIS FURN CO T |
| 11_Customers | CAROL HOUSE FURN |
| 11_Customers | CHANINTR LIVING LTD |
| 11_Customers | CONLINS FURNITURE |
| 11_Customers | CSN LTL/TRUCK FREIGHT |
| 11_Customers | DFAS JAPAN |

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 11_Customers | EATON - YOUNG GALLERIES INC. |
| 11_Customers | ELSO |
| 11_Customers | FARMERS FURNITURE |
| 11_Customers | FIRESIDE LAND DEVELOPMENT L.L.C. |
| 11_Customers | FRONTROOM FURNISHINGS LLC |
| 11_Customers | FURNITURE FACTORY OUTLET |
| 11_Customers | FURNITURELAND SOUTH |
| 11_Customers | GALLERY HOMES |
| 11_Customers | GOODS HOME FURNISHINGS |
| 11_Customers | GREEN FRONT INTERIORS & RUGS LLC |
| 11_Customers | H G BUYING CORP / HOMEGOODS |
| 11_Customers | HAYNES FURNITURE CO INC. (inactive) |
| 11_Customers | HENREDON FURN IND INC |
| 11_Customers | HIGH SPOT INTERNATIONAL CO. LTD |
| 11_Customers | HOME FSHGS OF EAST HANOVER LLC |
| 11_Customers | HUDSON BAY |
| 11_Customers | HUDSONS FURN SPR SHWCSE - DIP |
| 11_Customers | KITTLES |
| 11_Customers | LA MAISON BLANCHE CORP |
| 11_Customers | MARDEN'S |
| 11_Customers | MARRIOTT INTERNATIONAL DESIGN |
| 11_Customers | MARVIN J PERRY & ASSOC INC |
| 11_Customers | MATHIS BROS-INDIO CA |
| 11_Customers | MEREDITH ODONNELL INC |
| 11_Customers | MICHAEL CLEARY LLC |
| 11_Customers | NEBRASKA FURN MART/KC |
| 11_Customers | Nevada Property 1 LLC |
| 11_Customers | PARKER FURNITURE |
| 11_Customers | PORTER STREET PURCHASING |
| 11_Customers | QFI INC |
| 11_Customers | QUALITY FURNITURE LLC GLENDALEAZ |
| 11_Customers | R C WILLEY HOME FURNISHINGS |
| 11_Customers | RAYMOUR & FLANIGAN |
| 11_Customers | RETREAT HOME FURNITURE |
| 11_Customers | SAFAVIEH HOME & CARPETS |
| 11_Customers | SCHNEIDERMANS FURNITURE INC |
| 11_Customers | STAR FURN |
| 11_Customers | THE CAMA GROUP LLC |
| 11_Customers | THE GROVE |
| 11_Customers | the TJX Companies, Inc. (Homegoods) |
| 11_Customers | THE VAN DRESSER COMPANY LLC |
| 11_Customers | THOMASVILLE FURNITURE CORPORATE OFFICE |
| 11_Customers | UNITED FURNITURE INDUSTRIES IN |
| 11_Customers | US DEPARTMENT OF STATE |
| 11_Customers | WALTER E SMITHE-ARLINGTON HEIGHTS |
| 12_Tenants | 26 Fitness |
| 13_Contracts | ADECCO PERSONNEL PTE LTD |
| 13_Contracts | ADOBE SYSTEMS INCORPORATED |
| 13_Contracts | AFPC/SVCHL |
| 13_Contracts | Agencia Control Integral de Seguridad Privada |
| 13_Contracts | Air Force NAF Purchasing Office |
| 13_Contracts | ALARMSOUTH |
| 13_Contracts | ALBERT SACK ENTERPRISES |
| 13_Contracts | ALEXA HAMPTON |
| 13_Contracts | ALL AMERICAN POLY |
| 13_Contracts | ALLIED TRADE GROUP  LLC |
| 13_Contracts | AMAZON FULFILLMENT SERVICES INC |
| 13_Contracts | American Express/Travel FC-W |
| 13_Contracts | ANDREW C GIBSON DBA ACG DESIGN |
| 13_Contracts | ANTHONY BARATTA HOME INC |
| 13_Contracts | ARKADIN INC |
| 13_Contracts | ARMY AIR FORCE EXCH SVC |
| 13_Contracts | ART-TECH FURNITURE DESIGN |
| 13_Contracts | AT&T |
| 13_Contracts | Atlas Computer Resources |
| 13_Contracts | ATOU INT'L FURNISHINGS CO. LTD |
| 13_Contracts | Autodesk, Inc. |
| 13_Contracts | AUTOMATED VOICE & DATA SOL |
| 13_Contracts | AVAYA INC |
| 13_Contracts | AVB, Inc. (now known as Brandsource) |
| 13_Contracts | B2B GATEWAYS.NET |
| 13_Contracts | BARBARA BARRY INC (9526 PICO BLVD) |
| 13_Contracts | BCL-ED NEWCO LLC |
| 13_Contracts | Bed Bath & Beyond Inc. |
| 13_Contracts | BERGELIN CHRISTOPHER S INC |
| 13_Contracts | BERRY & CLARK DESIGN ASSOC LLC |
| 13_Contracts | BILHUBER & ASSOCIATES INC. |
| 13_Contracts | BILL LOVE DESIGN & MARKETING |
| 13_Contracts | BLUE RIDGE ENERGIES |

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 13_Contracts | Bottomline Technologies |
| 13_Contracts | Boyd Specialty Sleep |
| 13_Contracts | BRUCE ANDREWS |
| 13_Contracts | CALDWELL RAILROAD COMMISSION |
| 13_Contracts | Capital Marketing, LLC |
| 13_Contracts | CECILIA KEMBLE INC |
| 13_Contracts | CEO INC |
| 13_Contracts | CHANDLER BROWN & ASSOC MISC & ROYALTIES |
| 13_Contracts | CHARLES HARRIS DESIGN INC |
| 13_Contracts | Chris Auten |
| 13_Contracts | CIMARRON LUMBER AND SUPPLY COM |
| 13_Contracts | CINTAS CORP |
| 13_Contracts | CLASSIC DESIGN SERVICES INC |
| 13_Contracts | COMMERCE TECHNOLOGIES INC |
| 13_Contracts | Construction Company Ltd. |
| 13_Contracts | COPE SERVICES LLC |
| 13_Contracts | COX COMMUNICATIONS INC |
| 13_Contracts | CROWN EQUIPMENT CORP |
| 13_Contracts | CYMAX STORES USA LLC |
| 13_Contracts | DATA SYSTEMS INTL INC |
| 13_Contracts | DAVID KLEINBERG DESIGN |
| 13_Contracts | DAVID PHOENIX INC |
| 13_Contracts | Dell Financial Services |
| 13_Contracts | DIANE C GRANDA |
| 13_Contracts | Dr. Marivic Manzo |
| 13_Contracts | DTI INTEGRATED BUSINESS |
| 13_Contracts | EPS ASSOCIATES INC |
| 13_Contracts | ESP LLC |
| 13_Contracts | Fast Solutions |
| 13_Contracts | Fifth Third Processing Solutions LLC |
| 13_Contracts | Francis James Gonzales Ortega |
| 13_Contracts | Fred Spector |
| 13_Contracts | FURNITURE DESIGN ASSOC LLC |
| 13_Contracts | FURNITURE FIRST |
| 13_Contracts | FURNITURE RETAIL OPERATIONS GROUP |
| 13_Contracts | G. Currie Corp. |
| 13_Contracts | G.A. Gertmenian & Sons |
| 13_Contracts | GLUCKSTEIN HOME INC |
| 13_Contracts | GOMEZ ASSOCIATES |
| 13_Contracts | Good Job General Manpower and Management Services Corporation |
| 13_Contracts | GRANITE TELECOMMUNICATIONS |
| 13_Contracts | H THOMAS KELLER & ASSOC |
| 13_Contracts | HABLE CONSTRUCTION LLC |
| 13_Contracts | Hayneedle, Inc. |
| 13_Contracts | HEMINGWAY LTD |
| 13_Contracts | Heritage Home Group LLC |
| 13_Contracts | HEWLETT-PACKARD FINANCIAL SERV |
| 13_Contracts | HH Group de Mexico S. de R.L. de C.V. |
| 13_Contracts | HH GROUP EXPORT (L) BHD CEBU |
| 13_Contracts | HH Group Hangzhou Co., Ltd. |
| 13_Contracts | Home Depot of Canada, Inc. |
| 13_Contracts | HOUZZ INC. |
| 13_Contracts | IBM CORPORATION |
| 13_Contracts | Insight |
| 13_Contracts | INSIGHT DIRECT USA INC |
| 13_Contracts | INTIRION CORPORATION |
| 13_Contracts | ITP BUSINESS COMMUNICATIONS |
| 13_Contracts | J BLACK DESIGN LLC |
| 13_Contracts | J. Front Design and Construction Company, Ltd |
| 13_Contracts | JENA HALL DESIGNS LLC |
| 13_Contracts | Jiaxing Y. Lim |
| 13_Contracts | JO SAMPSON STUDIO LIMITED |
| 13_Contracts | JOANN BARWICK |
| 13_Contracts | Joseph S Greene, dba Joe Greene Design |
| 13_Contracts | KAP INC |
| 13_Contracts | Kathleen Clements Design, Inc. |
| 13_Contracts | KEEN-SUMMIT CAPITAL PARTNERS |
| 13_Contracts | KELLY SERVICES INC |
| 13_Contracts | KIM SCODRO INTERIORS |
| 13_Contracts | KPMG LLP |
| 13_Contracts | KRONOS INC |
| 13_Contracts | KRUG INC |
| 13_Contracts | LAURENCE VAALER DESIGNS |
| 13_Contracts | LEVEL 3 COMMUNICATIONS |
| 13_Contracts | LF Centennial Ltd. |
| 13_Contracts | LOFTWARE INC |
| 13_Contracts | MAGENTO INC |
| 13_Contracts | Mark D. Sikes Inc. |
| 13_Contracts | MARK HAMPTON LLC |

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 13_Contracts | MasterBrand Cabinents, Inc. |
| 13_Contracts | MCDANIEL & COLEY INC |
| 13_Contracts | MEGA GROUP USA INC |
| 13_Contracts | MGP Consulting |
| 13_Contracts | MICROD INC |
| 13_Contracts | MICROSOFT CORPORATION |
| 13_Contracts | MORRISETTE PAPER COMPANY INC |
| 13_Contracts | MUSEUM OF NEW MEXICO |
| 13_Contracts | National Office Furniture, Inc. c/o Government Contract Sales, Inc. |
| 13_Contracts | Nationwide Marketing Group |
| 13_Contracts | NIERMANN WEEKS CO INC |
| 13_Contracts | NORMAN HECKLER DESIGN INC |
| 13_Contracts | NORTH CAROLINA WIRELESS LLC |
| 13_Contracts | NORTH STATE COMMUNICATIONS |
| 13_Contracts | NOSSAMAN LLP |
| 13_Contracts | Office of Acquisition Management of the US Department of State |
| 13_Contracts | ONE KINGS LANE INC. |
| 13_Contracts | Oracle America Inc |
| 13_Contracts | Orix Rental Corporation |
| 13_Contracts | OTIS ELEVATOR COMPANY |
| 13_Contracts | OTTO-MOORE INC |
| 13_Contracts | OUTWARD INC |
| 13_Contracts | OVERSTOCK.COM |
| 13_Contracts | PACIFIC RUGS |
| 13_Contracts | Parker & Bailey Corporation |
| 13_Contracts | PCB APPS LLC |
| 13_Contracts | PENSKE TRUCK LEASING CO LP |
| 13_Contracts | Phil Rassi |
| 13_Contracts | Phoenix Software International |
| 13_Contracts | PIEDMONT PACKAGING INC |
| 13_Contracts | Price is Right Productions, Inc. |
| 13_Contracts | Probe Security Agency, Inc. |
| 13_Contracts | PROTECH INC |
| 13_Contracts | Prozgroup, Inc. |
| 13_Contracts | Q SOFTWARE GLOBAL LTD |
| 13_Contracts | RAY BOOTH DESIGN LLC |
| 13_Contracts | RAYMOUR & FLANIGAN |
| 13_Contracts | Red Star Macalline Group Corporation Ltd. |
| 13_Contracts | Reliant Medical Alert |
| 13_Contracts | RICOH AMERICAS CORPORATION |
| 13_Contracts | RIMINI STREET INC |
| 13_Contracts | ROBERT RANSOM CULLER |
| 13_Contracts | ROCKTENN CP LLC |
| 13_Contracts | RST SOLUTIONS INC |
| 13_Contracts | Salesforce.com Inc |
| 13_Contracts | SAP AMERICA INC |
| 13_Contracts | SERVER SUITES LLC |
| 13_Contracts | Shanghai Red Star Macalline In |
| 13_Contracts | Silverpop Systems Inc |
| 13_Contracts | Skip Culler, dba Ranson Design |
| 13_Contracts | SMS Cebu, Inc. |
| 13_Contracts | SOFTWARE AG USA INC |
| 13_Contracts | SOVOS COMPLIANCE LLC |
| 13_Contracts | SPATIAL INTEGRATED SYSTEMS INC |
| 13_Contracts | SPENCER-CHURCHILL DESIGN |
| 13_Contracts | Stanton Design LLC |
| 13_Contracts | Stilwell Designs |
| 13_Contracts | Stork Craft (Asia) SRL |
| 13_Contracts | Stork Craft Manufacturing Inc. |
| 13_Contracts | SUMATHI SATAKAM TECHNOLOGIES |
| 13_Contracts | SUPPLYONE |
| 13_Contracts | SUSAN LEIS |
| 13_Contracts | Suzanne Kasler |
| 13_Contracts | Synchrony Bank |
| 13_Contracts | TECHNOLOGY DYNAMICS INC |
| 13_Contracts | the Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints |
| 13_Contracts | The Cosmopolitan of Las Vegas |
| 13_Contracts | The Henry Francis du Pont Winterthur Museum, Inc. |
| 13_Contracts | The Home Depot, Inc. |
| 13_Contracts | The IUOE Training and Education Center, Inc. |
| 13_Contracts | the McGillivray Group |
| 13_Contracts | The Sembler Company (agent for GLL Perimeter Place) |
| 13_Contracts | the TJX Companies, Inc. (Homegoods) |
| 13_Contracts | Thos. McDaniel Design, LLC |
| 13_Contracts | TONY DUQUETTE INC |
| 13_Contracts | TW TELECOM |
| 13_Contracts | TYCO INTEGRATED SECURITY LLC |
| 13_Contracts | US DEPARTMENT OF STATE |
| 13_Contracts | Verizon |

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 13_Contracts | VICENTE WOLF ASSOCIATES INC |
| 13_Contracts | VOLUMES ONLINE SARL |
| 13_Contracts | Wang Xiaofeng |
| 13_Contracts | WAYFAIR MEDIA SOLUTIONS |
| 13_Contracts | Westchester Fire Insurance Company |
| 13_Contracts | WILLIAM E POOLE LLC |
| 13_Contracts | WINSOR D WHITE |
| 13_Contracts | Xander Noori LLC |
| 13_Contracts | Xiang Yijang |
| 13_Contracts | Xiao Deman |
| 13_Contracts | XMC LAWN CARE LLC |
| 13_Contracts | Yash Technologies Pvt Ltd |
| 13_Contracts | Zhou Xiongguang |
| 13_Contracts | ZIMMERMAN DESIGN COLLABORATIVE LLC |
| 15_Litigation | AK Allen Tobia |
| 15_Litigation | Allen Systems Group (ASG) |
| 15_Litigation | CCPIT Patent and Trademark Law Office |
| 15_Litigation | Dennis Serba |
| 15_Litigation | FBI Wind Down, Inc. Liquidating Trust |
| 15_Litigation | Hahn & Hessen LLP |
| 15_Litigation | Jeannia James |
| 15_Litigation | Jennifer Wainwright |
| 15_Litigation | Kathy White |
| 15_Litigation | Kevin S. Joyner, Esquire |
| 15_Litigation | Marion Kiler |
| 15_Litigation | Marvin J. Perry |
| 15_Litigation | Michael Woods |
| 15_Litigation | Pamela Germany |
| 15_Litigation | Patricia Cirigliano |
| 15_Litigation | Pike Place Market |
| 15_Litigation | Rebecca Castillo |
| 15_Litigation | Shaffield's Furniture |
| 15_Litigation | Shannon Armstrong |
| 15_Litigation | Stokes Lawrence |
| 15_Litigation | Tammy White |
| 15_Litigation | U.S. Consumer Product Safety Commission |
| 16_Environmental | CITY OF LENOIR |
| 16_Environmental | North Carolina Department of Environmental Quality (formerly NCDENR) |
| 17_Guarantors | Heritage Home Group LLC |
| 17_Guarantors | HH Global I B.V. |
| 17_Guarantors | HH Group Holdings US, Inc. |
| 17_Guarantors | HH Group Solutions (L) Bhd. |
| 17_Guarantors | HHG Real Property LLC |
| 18_Equity | HH Global I B.V. |
| 19_Partnerships | Bencini Realty Ltd. |
| 19_Partnerships | BROYHILL FURN. IND. INC. |
| 19_Partnerships | High Point Bank and Trust Company, as Trustee |
| 21_Entities | Heritage Home Group Corporate Trust |
| 21_Entities | Heritage Home Group LLC |
| 21_Entities | HH Global I B.V. |
| 21_Entities | HH Group Asia Limited |
| 21_Entities | HH Group de Mexico S. de R.L. de C.V. |
| 21_Entities | HH GROUP EXPORT (L) BHD CEBU |
| 21_Entities | HH Group Export (L) Bhd. |
| 21_Entities | HH Group Hangzhou Co., Ltd. |
| 21_Entities | HH Group Holdings GP Ltd. |
| 21_Entities | HH Group Holdings International B.V. |
| 21_Entities | HH Group Holdings LP |
| 21_Entities | HH Group Holdings US, Inc. |
| 21_Entities | HH Group Intermediate Cooperatief U.A. |
| 21_Entities | HH Group Intermediate Holdings Ltd. |
| 21_Entities | HH Group Management Holdings LP |
| 21_Entities | HH Group Solutions (L) Bhd. |
| 21_Entities | HHG Real Property LLC |
| 21_Entities | MAITLAND SMITH EMPLOYEE |
| 21_Entities | P.T. Maitland-Smith Indonesia |
| 22_Surety | ACE INA Insurance |
| 22_Surety | Bureau of Customs and Border Protection |
| 22_Surety | Her Majesty in Right of the Province of Nova Scotia |
| 22_Surety | Westchester Fire Insurance Company |
| 23_Insurers | Ace American Ins. Co. |
| 23_Insurers | Allianz |
| 23_Insurers | American Bankers |
| 23_Insurers | Aon Premium Finance, LLC |
| 23_Insurers | Aon Risk Services Central |
| 23_Insurers | Atradius |
| 23_Insurers | Continental Ins. |
| 23_Insurers | Endurance |
| 23_Insurers | FM Global |

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 23_Insurers | Hiscox |
| 23_Insurers | Illinois Union (Ace) |
| 23_Insurers | Lloyd's |
| 23_Insurers | Sentry Casualty Company |
| 23_Insurers | Tokio Marine HCC |
| 23_Insurers | Travelers |
| 23_Insurers | XL Catlin |
| 24_BK_Prof | AlixPartners |
| 24_BK_Prof | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| 25_Ds_and_Os | Jay Bernstein |
| 25_Ds_and_Os | Raquel Palmer |
| 25_Ds_and_Os | RICHARD LOZYNIAK |
| 26_Landlords | 7330 FAIR OAKS BLVD LP |
| 26_Landlords | 7730 P.S. COURT ASSOCIATES LP |
| 26_Landlords | A.B./Cobb Place Limited Partnership |
| 26_Landlords | ACADIA REALTY LIMITED PARTNERSHIP |
| 26_Landlords | Acadia Realty Trust |
| 26_Landlords | AnMac Associates, Limited Partnership |
| 26_Landlords | Benchmark Glade Square Associates, LLC, c/o Benchmark Management Corporation |
| 26_Landlords | BERKADIA COMMERCIAL MORTGAGE LLC |
| 26_Landlords | BLDG MANAGEMENT CO INC AS AGENT |
| 26_Landlords | BMK GLADES SQUARE ASSOC LLC |
| 26_Landlords | BRE Retail Residual Owner, LLC, c/o Brixmor Property Group |
| 26_Landlords | c/o Commonwealth Atlantic Land V Inc. |
| 26_Landlords | c/o TRC Operations, Inc, Potomac Yard Retail Center |
| 26_Landlords | CB Richard Ellis |
| 26_Landlords | Commonwealth Atlantic Properties Inc |
| 26_Landlords | CONGRESSIONAL PLAZA ASSOC LLC |
| 26_Landlords | Congressional Plaza Associates, LLC, c/o Federal Realty Investment Trust |
| 26_Landlords | CPT CREEKSIDE TOWN CENTER LLC |
| 26_Landlords | CPT Creekside Town Center, LLC, c/o AEW Capital Management |
| 26_Landlords | DEER CREEK LOT 4 LLC, AFC PROPERTY MANAGEMENT INC. |
| 26_Landlords | DH JAX LLC |
| 26_Landlords | Enea Plaza |
| 26_Landlords | ERH Bluffton, LLC, c/o Excel Trust, Inc. |
| 26_Landlords | ERIC M BLY |
| 26_Landlords | Fowler White Boggs Banker P.A. |
| 26_Landlords | G&I VIII Cobb Place LLC |
| 26_Landlords | GALLERIA ALPHA PLAZA LTD |
| 26_Landlords | GLL PERIMETER PLACE/SEMBLER (DH RETAIL) |
| 26_Landlords | HHP RALEIGH LLC |
| 26_Landlords | Hickory Furniture Mart |
| 26_Landlords | Interface Raleigh, LLC |
| 26_Landlords | John White II, EsquireNason, Eager, Gerson, White & Lioce, P.A. |
| 26_Landlords | Kenneth J. Weber Family, LLC |
| 26_Landlords | Kimco Realty Corporation |
| 26_Landlords | KIR MAPLE GROVE LP |
| 26_Landlords | Laurie A. Carroll, Esq., Bloodworth Caroll, P.C. |
| 26_Landlords | LOYACONA ASSOCIATES |
| 26_Landlords | Market Square AC IV, LLC; International Market Centers, LP |
| 26_Landlords | MERCHANDISE MART LLC |
| 26_Landlords | Michigan Design Center |
| 26_Landlords | MIROMAR DEVELOPMENT CORP |
| 26_Landlords | Moore & Van Allen, PLLC |
| 26_Landlords | Newmark & Co Real Estate Inc |
| 26_Landlords | Peter M. Hartman, Esq, Hardman, Simmons, Spielman & Wood, LLP |
| 26_Landlords | Pritkzer Realty Group, LP |
| 26_Landlords | REAL SUB LLC |
| 26_Landlords | RFLP MABRY LLC |
| 26_Landlords | ROUNDHOUSE ALEXANDRIA DBA CPYR INC |
| 26_Landlords | RPAI OAK BROOK PROMENAD LLC C/O RPAI US MNGMT LLC |
| 26_Landlords | SF Design Center Investors |
| 26_Landlords | ST. MICHAEL INVESTMENTS SPM PROPERTIES INC |
| 26_Landlords | Swann Investments, LLP, c/o Hubert Realty Company |
| 26_Landlords | Taub Partners, LLC |
| 26_Landlords | TERRAMAR RETAIL CENTERS |
| 26_Landlords | The Keith Corporation |
| 26_Landlords | THIRD CREEK, LLC |
| 26_Landlords | Two Guys From Harrison Holding Company, LP |
| 26_Landlords | Urban Edge Properties C/O Urban Edge Harrison LP |
| 26_Landlords | William D. Montgomery. Esq. , Chamberlain, Hrdlicka, White, Williams & Martin |
| 26_Landlords | WMCV Phase 2, LLC; International Market Centers, LP |
| 27_UCC | CROWN CREDIT COMPANY |
| 27_UCC | FASA Antique Rugs & Tapestries, Inc. |
| 27_UCC | General Electric Capital Corporation, as Agent |
| 27_UCC | KPS CAYMAN MGMT III LTD |
| 27_UCC | PNC Bank, National Association |
| 27_UCC | WELLS FARGO EQUIP FINANCE MFG SVC GROUP |
| 28_StaffingCos | ACCOUNTING PRINCIPALS |

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 28_StaffingCos | Ajilon Professional Staffing |
| 28_StaffingCos | JOBS ONE STAFFING, INC. |
| 28_StaffingCos | KELLY SERVICES INC |
| 28_StaffingCos | OFFICE TEAM |
| 28_StaffingCos | Onin Staffing |
| 28_StaffingCos | TRC STAFFING SERVICES INC |
| 30_ConflictsOnly (Clerk of Court and Deputy for the District of Delaware ) | Una O'Boyle |
| 30_ConflictsOnly (Key competitor) | BAKER FURNITURE - RUSSIA |
| 30_ConflictsOnly (Key competitor) | Basset Furniture |
| 30_ConflictsOnly (Key competitor) | CENTURY FURN SERVICES |
| 30_ConflictsOnly (Key competitor) | Ethan Allen |
| 30_ConflictsOnly (Key competitor) | KLAUSNER/SUNNYLAND FURN |
| 30_ConflictsOnly (Key competitor) | Stickley Audi Furniture |
| 30_ConflictsOnly (Key competitor) | UNITED FURNITURE INDUSTRIES IN |
| 30_ConflictsOnly (Pierre de Villemejane affiliated entity) | Matisse Family Advisory Board |
| 30_ConflictsOnly (Pierre de Villemejane: Chair, Capital Campaign) | Franco-American School of New York |
| 30_ConflictsOnly (United States Bankruptcy Judges in the District of Delaware) | Brendan L. Shannon |
| 30_ConflictsOnly (United States Bankruptcy Judges in the District of Delaware) | Christopher S. Sontchi |
| 30_ConflictsOnly (United States Bankruptcy Judges in the District of Delaware) | Kevin Gross |
| 30_ConflictsOnly (United States Bankruptcy Judges in the District of Delaware) | Kevin J. Carey |
| 30_ConflictsOnly (United States Bankruptcy Judges in the District of Delaware) | Laurie Selber Silverstein |
| 30_ConflictsOnly (United States Bankruptcy Judges in the District of Delaware) | Mary F. Walrath |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Andy Vara |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Benjamin Hackman |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Brya Keilson |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | David Buchbinder |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Diane Giordano |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Hannah M. McCollum |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Holly Dice |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Jaclyn Weissgerber |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | James R. O'Malley |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Jane Leamy |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Jeffrey Heck |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Juliet Sarkessian |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Karen Starr |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Linda Casey |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Mark Kenney |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Michael Panacio |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Michael West |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Richard Schepacarter |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | T. Patrick Tinker |
| 30_ConflictsOnly (United States Trustee for the District of Delaware (and Key Staff Members)) | Timothy J. Fox, Jr. |
| 31_OpenAP | ABERCROMBIE TEXTILES LLC |
| 31_OpenAP | ABUNDANT LIFE TOWERS II |
| 31_OpenAP | ALPHA CHOICE LTD |
| 31_OpenAP | AMEC FOSTER WHEELER ENVIRONMENT |
| 31_OpenAP | AMERICAN CUSTOM FINISHING LLC |
| 31_OpenAP | B. DAVIS & CO DBA B. DAVIS DESIGN |
| 31_OpenAP | BOLT & TOOL SUPPLY |
| 31_OpenAP | BRADSHAW RADIO SERVI |
| 31_OpenAP | BRANDSTAND PRODUCTS |
| 31_OpenAP | C H ROBINSON WORLDWIDE |
| 31_OpenAP | CATANIA |
| 31_OpenAP | CHILL RADD INC. |
| 31_OpenAP | CHRISTOPHER MICHAEL LLC |
| 31_OpenAP | CIRCA 1801 (VALDESE WEAVERS) |
| 31_OpenAP | CM DESIGN LLC |
| 31_OpenAP | COMMERCIAL FLOORING |
| 31_OpenAP | Comptroller of Maryland |
| 31_OpenAP | CONNEAUT LEATHER |
| 31_OpenAP | CONTEMPORARY LANDSCAPES |
| 31_OpenAP | CRESSWOOD SHREDDING MACHINERY |
| 31_OpenAP | Da Yi |
| 31_OpenAP | DAMCO CUSTOMS SERVICES |
| 31_OpenAP | DAVIS ROOFING |
| 31_OpenAP | DEITSCH PLASTIC CO INC |
| 31_OpenAP | DERCHENG FURNITURE SHENZHEN CO LTD |
| 31_OpenAP | DONGGUAN CITY BEAUTTER FURNITURE |
| 31_OpenAP | DONJON FURNITURE CO LTD |
| 31_OpenAP | DY HERITAGE INTL HK |
| 31_OpenAP | EAST COAST DIESEL LLC |
| 31_OpenAP | ENVIRO-TOTE INC |
| 31_OpenAP | FACILITY DESIGNS INC. |
| 31_OpenAP | FENGSHUN CHANGXU WOOD PRODUCTS |
| 31_OpenAP | FOOK YIK FURNITURE |
| 31_OpenAP | FRANKLIN FOREST PRODUCTS |
| 31_OpenAP | FRED SMITH STORE FIXTURES INC |
| 31_OpenAP | FU SHENG DA FURNITURE (SHENZHEN) |
| 31_OpenAP | GALERIE MEDIA GROUP |

Heritage Home Group, LLC
Conflicts List - Detail Listing

| Creditor_Type | Creditor_Name |
|---|---|
| 31_OpenAP | GLOBAL STAR INT'L LOGISTICS CO LTD |
| 31_OpenAP | GOLDEN FORTUNE VIETNAM CO LTD |
| 31_OpenAP | GREEN RIVER FURNITURE CORP |
| 31_OpenAP | GULF COAST FURN SERV (NAPLE, FL) |
| 31_OpenAP | Guo Hui |
| 31_OpenAP | Hai Lian |
| 31_OpenAP | HIGHTEX CO LTD HONGZHOU |
| 31_OpenAP | HOLZMA U.S. |
| 31_OpenAP | HSM SOLUTIONS |
| 31_OpenAP | HUA CHENG FURNITURE FACTORY |
| 31_OpenAP | IRON MOUNTAIN RECORDS MGMT |
| 31_OpenAP | ITC /HERITAGE HOUSE |
| 31_OpenAP | Jani-king International |
| 31_OpenAP | JIAMEI INTERNATIONAL TRADING CO LTD |
| 31_OpenAP | JMHHG201712B1 |
| 31_OpenAP | JMHHG201712C14 |
| 31_OpenAP | JOHNSON CONTROLS |
| 31_OpenAP | JUSTO DELIVERY***** |
| 31_OpenAP | KAISER 1 FURNITURE INDUSTRY (VIETNAM) CO. |
| 31_OpenAP | LAKE COUNTRY |
| 31_OpenAP | LANDMARK COATINGS INC |
| 31_OpenAP | LATITUDE TREE VIETNAM STOCK CO |
| 31_OpenAP | Leggett & Platt |
| 31_OpenAP | LINE ON PAPER INC |
| 31_OpenAP | Long Xiang |
| 31_OpenAP | LP PRODUCTIONS |
| 31_OpenAP | MAK Design DBA Maison Coco |
| 31_OpenAP | Market Square AC IV, LLC; International Market Centers, LP |
| 31_OpenAP | MEDIA MATTERS INC. THE |
| 31_OpenAP | MIJARES ANGIOTIA CORTES |
| 31_OpenAP | MOORE MEDICAL LLC |
| 31_OpenAP | NICE LINK HOME FURNISHINGS |
| 31_OpenAP | NORTH WALES WATER AUTHORITY |
| 31_OpenAP | OPP FRANCHISING INC/DBA JANI-KING OF IL |
| 31_OpenAP | PACIFIC COAST FEATHER CUSHION |
| 31_OpenAP | Patra Inc dba Opuzen Design |
| 31_OpenAP | PAUL A ROSEN INTERIOR DESIGN |
| 31_OpenAP | PIKE ELECTRIC, INC |
| 31_OpenAP | PINGYUAN COUNTY OAK |
| 31_OpenAP | PK FABRICS/ |
| 31_OpenAP | Polygrace |
| 31_OpenAP | PRECISION MATERIALS LLC |
| 31_OpenAP | PRINT IMAGE LLC |
| 31_OpenAP | PSC INC |
| 31_OpenAP | PT. KAYU MEBEL INDONESIA |
| 31_OpenAP | RICHLOOM FABRICS |
| 31_OpenAP | RYERSONTULL INC. |
| 31_OpenAP | SEABOARD MARINE LTD |
| 31_OpenAP | Shuo Shi |
| 31_OpenAP | STALWART SYSTEMS LLC |
| 31_OpenAP | STI / Brentwood |
| 31_OpenAP | SUN FIBER SALES LLC |
| 31_OpenAP | SUSAN GULICK INTERIORS |
| 31_OpenAP | TESSNEER FORKLIFT INC |
| 31_OpenAP | TOUCH UP SOLUTIONS-REFER T869510 |
| 31_OpenAP | U&I LOGISTICS CORPORATION |
| 31_OpenAP | UNITED FURNITURE INDUSTRIES IN |
| 31_OpenAP | UT METAL CO LIMITED |
| 31_OpenAP | VALLEN DISTRIBUTION INC |
| 31_OpenAP | W & S FRAME CO INC |
| 31_OpenAP | WESTLEY CONTRACT SERVICES LLC |
| 31_OpenAP | WOLSELEY INDUSTRIAL |
| 31_OpenAP | WOMACK ELECTRIC & SUPPLY CO. INC |
| 31_OpenAP | WOOD WIN FURNITURE LIMITED |
| 31_OpenAP | WOODMAX KY INDUSTRIES CORP |
| 31_OpenAP | WOODPARK FURNITURE VIETNAM CO LTD |
| 31_OpenAP | Xin Ao |
| 31_OpenAP | XMO181009001 |
| 31_OpenAP | YANG MING AMERICA CORP |
| 31_OpenAP | ZHONGWANG FABRIC CO LTD |