## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11736 (KG) |
| Debtors. | (Jointly Administered) |
| HERITAGE HOME GROUP, LLC, | |
| Plaintiff, | |
| v. | |
| Angelus Furniture Outlet, Inc.,<br>Cabot House Inc.,<br>Campbell & Co. Inc.,<br>Plum Management LLC,<br>Quality Furniture, LLC,<br>Samalco LLC,<br>The Annex LLC d/b/a Thomasville Drexel,<br>TOW of Wisconsin, Inc., | Adv. Proc. No. 18-50968 (KG)<br>Adv. Proc. No. 19-50000 (KG)<br>Adv. Proc. No. 19-50001 (KG)<br>Adv. Proc. No. 19-50002 (KG)<br>Adv. Proc. No. 19-50003 (KG)<br>Adv. Proc. No. 19-50004 (KG)<br>Adv. Proc. No. 19-50005 (KG)<br>Adv. Proc. No. 19-50006 (KG) |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON APRIL 24, 2019 AT 10:00 A.M. (EASTERN TIME)[2]

**The hearing will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

[2] Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.

## ADJOURNED MATTERS:

1.    Motion of Official Committee of Unsecured Creditors for Entry of an Order Granting
      Standing and Authority to Prosecute and Settle Claims on Behalf of Debtors' Estates
      [Filed 10/9/18] (Docket No. 358)

      Response Deadline:    October 23, 2018 at 4:00 p.m. (ET). Extended solely with respect
                            to the Debtors and the Lenders

      Responses Received:  None at this time.

      Related Documents: None at this time.

      Status: This matter is continued to a date to be determined.

2.    Motion of Official Committee of Unsecured Creditors for Entry of an Order Granting
      Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the
      Debtors' Estates [Filed 12/13/18] (Docket No. 504)

      Response Deadline:    December 27, 2018 at 4:00 p.m. (ET). Extended solely with
                            respect to the Debtors and the Lenders

      Responses Received:  None at this time.

      Related Documents: None at this time.

      Status: This matter is continued to a date to be determined.

3.    First Interim Application of Foley & Lardner LLP for Compensation for Services
      Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee
      of Unsecured Creditors of Heritage Home Group LLC, et al., for the Period of August 8,
      2018 through October 31, 2018 [Filed 12/17/18] (Docket No. 517)

      Response Deadline:    December 31, 2018 at 4:00 p.m. (ET). Extended for the U.S.
                            Trustee to February 1, 2019

      Responses Received:  Informal comments of the U.S. Trustee

      Related Documents:

            A.    Combined First Monthly Application of Foley & Lardner LLP for
                  Compensation for Services Rendered and for Reimbursement of Expenses as
                  Co-Counsel to the Official Committee of Unsecured Creditors of Heritage
                  Home Group LLC, et al., for the Period of August 8, 2018 through September
                  30, 2018 [Filed 11/14/18] (Docket No. 447)

B.  Certificate of No Objection Regarding Combined First Monthly Application of Foley & Lardner LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors of Heritage Home Group LLC, et al., for the Period of August 8, 2018 through September 30, 2018 [Filed 11/30/18] (Docket No. 480)

C.  Second Monthly Application of Foley & Lardner LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors of Heritage Home Group LLC, et al., for the Period of October 1, 2018 through October 31, 2018 [Filed 12/17/18] (Docket No. 515)

D.  Certificate of No Objection Regarding Second Monthly Application of Foley & Lardner LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors of Heritage Home Group LLC, et al., for the Period of October 1, 2018 through October 31, 2018 [Filed 1/3/19] (Docket No. 539)

Status: This matter is continued to a date to be determined.

4.    Pre-trial conferences with respect to the above-captioned adversary proceedings.

Answer Deadline: February 4, 2019. Extended to March 4, 2019

Responses Received:

A.  Motion by Defendant for an Order Enlarging Deadline to Move Pursuant to Rule 12(b)(1)-(7) [Filed 2/4/19] (Various Docket Nos. in each of the above-captioned adversary proceedings)

B.  Defendant's Motion to Dismiss Complaint [Filed 2/26/19] (Various Docket Nos. in each of the above-captioned adversary proceedings)

C.  Memorandum of Law in Support of Motion by Defendant to Dismiss Complaint [Filed 2/26/19] (Various Docket Nos. in each of the above-captioned adversary proceedings)

Related Documents:

A.  Complaint (Adv. Docket No. 1 in each of the above-captioned adversary proceedings)

B.  Amended Complaint (Re Adv. Proc. No. 18-50968) [Filed 1/4/19] (Adv. Docket No. 3)

C.  Summons and Notice (Various Docket Nos. in each of the above-captioned adversary proceedings)

D.  Debtors' Response in Opposition to Motion by Defendant for an Order Enlarging Deadline to Move Pursuant to Rule 12(B)(1)-(7) [Filed 2/19/19] (Various Docket Nos. in each of the above-captioned adversary proceedings)

E.  [Signed] Order Approving Stipulation (I) Extending Defendant's Time To Answer Or Otherwise Respond To Complaint And (II) Setting Briefing Schedule On Defendant's Motion To Dismiss Complaint [Filed 3/1/9] (Various Docket Nos. in each of the above-captioned adversary proceedings)

Status: This matter is continued to a date to be determined.

## UNCONTESTED MATTERS UNDER CNO:

5.      Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to Chapter 7 Trustee, *Nunc Pro Tunc* to March 15, 2019 [Filed 4/3/19] (Docket No. 673)

Response Deadline:    April 17, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Documents:

A.  Certification of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to Chapter 7 Trustee, *Nunc Pro Tunc* to March 15, 2019 [Filed 4/18/19] (Docket No. 701)

Status: A certification of no objection has been filed and counsel respectfully requests entry of the proposed form of order.  No hearing is necessary unless the Court has questions.

6.      Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to March 15, 2019 [Filed 4/3/19] (Docket No. 674)

Response Deadline:    April 17, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

    A.  Certification of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to March 15, 2019 [Filed 4/18/19] (Docket No. 702)

<u>Status</u>:  A certification of no objection has been filed and counsel respectfully requests entry of the proposed form of order.  No hearing is necessary unless the Court has questions.

## **CONTESTED MATTER GOING FORWARD:**

7.    Motion of SB360 Capital Partners, LLC for Entry of an Order (i) Directing Debtors Secured Lender PNC Bank, National Association to Immediately Remit Sale Proceeds Paid to PNC Subject to SB360 Capital Partners, LLCs Right to Payment of Its Fees and Reimbursement of Expenses from Such Proceeds; and (ii) Granting Such Other and Further Relief as the Court Deems Just and Proper [Filed 3/28/19] (Docket No. 661)

<u>Response Deadline</u>:   April 11, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>:

    A.  Objection of PNC Bank, National Association, as Agent, to Motion of SB360 Capital Partners, LLC for Entry of an Order (i) Directing Debtors' Secured Lender PNC Bank, National Association to Immediately Remit Sale Proceeds Paid to PNC Subject to SB360 Capital Partners, LLC's Right to Payment of Its Fees and Reimbursement of Expenses from Such Proceeds; and (ii) Granting Such Other and Further Relief as the Court Deems Just and Proper [Filed 4/11/19] (Docket No. 681)

    B.  Limited Objection and Reservation of Rights of KPS Regarding the Motion of SB360 Capital Partners, LLC for Entry of an Order (I) Directing Debtors' Secured Lender PNC Bank, National Association to Immediately Remit Sale Proceeds Paid to PNC Subject to SB360 Capital Partners LLC's Right to Payment of Its Fees and Reimbursement of Expenses from Such Proceeds and (II) Granting Such Other Further Relief as the Court Deems Just and Proper Filed by KPS Capital Partners, L.P., KPS Special Situations Fund III (A), L.P., KPS Special Situations Fund III (Supplemental), LP, KPS Special Situations Fund III (AIV), LP, and KPS Special Situations Fund II [Filed 4/11/19] (Docket No. 682)

Reply:

    A.  Reply of SB360 Capital Partners, LLC to the Objections of (A) PNC Bank, National Association, as Agent; and (B) KPS Capital Partners, L.P., *et al*., to the Motion of SB360 Capital Partners, LLC for Entry of an Order (i) Directing Debtors Secured Lender PNC Bank, National Association to Immediately Remit Sale Proceeds Paid to PNC Subject to SB360 Capital Partners, LLCs Right to Payment of Its Fees and Reimbursement of Expenses from Such Proceeds; and (ii) Granting Such Other and Further Relief as the Court Deems Just and Proper [Filed 4/19/19] (Docket No. 704)

Related Documents:

    A.  Notice of Hearing [Filed 4/2/19] (Docket No. 672)

Status: This matter is going forward.


Dated:  April 22, 2019          PACHULSKI STANG ZIEHL & JONES LLP

                    */s/ Peter J. Keane*
                    Bradford J. Sandler (DE Bar No. 4142)
                    Colin R. Robinson (DE Bar No. 5524)
                    Peter J. Keane (DE Bar No. 5503)
                    919 N. Market Street, 17th Floor
                    P.O. Box 8705
                    Wilmington, DE 19899 (Courier 19801)
                    Telephone:  (302) 652-4100
                    Facsimile:   (302) 652-4400
                    Email:       bsandler@pszjlaw.com
                                crobinson@pszjlaw.com
                                pkeane@pszjlaw.com

                    *Proposed Counsel to Alfred T. Giuliano,*
                    *Chapter 7 Trustee*