IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 18-11736 (KG) |
| Heritage Home Group, LLC, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hearing Date: 4/30/2019 at 3:00 p.m. |

## NOTICE OF TELEPHONIC HEARING[1]

PLEASE TAKE NOTICE that a telephonic hearing related to the **Motion of SB360 Capital Partners, LLC for Entry of an Order (i) Directing Debtors' Secured Lender PNC Bank, National Association to Immediately Remit Sale Proceeds Paid to PNC Subject to SB360 Capital Partners, LLC's Right to Payment of Its Fees and Reimbursement of Expenses from Such Proceeds; and (ii) Granting Such Other and Further Relief as the Court Deems Just and Proper** [D.I. 661] has been set for April 30, 2019 at 3:00 p.m. (ET) before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware.

Dated: April 25, 2019

**CKR LAW LLP**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 367-7834
Email: mphillips@ckrlaw.com

and

Maura I. Russell (Admitted *Pro Hac Vice*)
1330 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-7300
Email: mrussell@ckrlaw.com

*Counsel to SB360 Capital Partners, LLC*

---

[1] Any person who wishes to appear telephonically at the April 30, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.