**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Heritage Home Group, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br>Case No.: 18-11736 (KG)<br>(Jointly Administered)<br><br>**RE: Docket Nos. 217, 395, 724**<br><br>Hearing Date:  June 17, 2019 at 11:00 a.m.<br>Objection Due by June 10, 2019 at 4:00 p.m. |

**NOTICE OF HEARING UPON HHG IPCO, LLC'S MOTION TO COMPEL COMPLIANCE WITH THE ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT BETWEEN THE DEBTORS AND THE PURCHASER, (II) APPROVING THE SALE OF THE ACQUIRED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF**

**TO ALL PARTIES VIA CM/ECF NOTICE:**

**PLEASE TAKE NOTICE** that upon the motion [D.I. 724] (the "Motion") of HHG IPCo, LLC, for entry of an order, pursuant to sections 105 and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, Rules 2002, 6004 and 9013 of the Federal Rules of Bankruptcy Procedure, and Local Rules 2002-1, 6004-1, and 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, compelling the Trustee (as defined in the Motion) of Heritage Home Group, LLC and its affiliates, the debtors in the above-captioned chapter 7 cases to perform pursuant to the *Order (i) Approving the Asset Purchase Agreement Between the Debtors and the Purchaser, (ii) Approving the Sale of the Acquired Assets Free and Clear of All Liens, Claims, and Encumbrances, (iii) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (iv) Granting*

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150).  The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

*Related Relief* [D.I. 395], HHG IPCo, LLC ("IPCo" or the "Purchaser") will move before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801, on the **17th day of June, 2019 at 11:00 a.m. (ET)** (the "Hearing"), or as soon thereafter as counsel may be heard, for an order granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be made in writing, filed with the Court electronically and served on the undersign counsel so as to be received by June 10, 2019 at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: May 21, 2019
Wilmington, Delaware

**CKR Law LLP**

*/s/ Gilbert R. Saydah, Jr.*
Gilbert R. Saydah, Jr. (No. 4304)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 295-4971
gsaydah@ckrlaw.com

-and-

**COOLEY LLP**
Jay Indyke
Michael Klein
55 Hudson Yards
New York, New York 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
jindyke@cooley.com
mklein@cooley.com

*Counsel for HHG IPCo, LLC*