# EXHIBIT A

**Supplemental Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6707

Writer's E-Mail
pmorgan@ycst.com

Robert Albergotti
1925 Easchester Drive
High Point, NC 27265

Invoice Date:        May 31, 2019
Invoice Number:       50006021
Matter Number:      077066.1001

Re:  Debtor Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 27,253.00 |
| Disbursements | $ | 1,142.95 |
| Total Due This Invoice | $ | 28,395.95 |

Heritage Home Group, LLC

| | |
|---|---|
| Invoice Date: | May 31, 2019 |
| Invoice Number: | 50006021 |
| Matter Number: | 077066.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 03/18/19 | MGIRE | Confer with J. Chapman re: need to serve case conversion order | B001 | 0.10 | 29.50 |
| 03/18/19 | MGIRE | Review and circulate to distribution group Notice of Conversion to Chapter 7 | B001 | 0.10 | 29.50 |
| 03/18/19 | MGIRE | Call from L. Bowers at Court re: claims agent termination in connection with case conversion and Court inquiry sent to KCC and Chapter 7 Trustee | B001 | 0.10 | 29.50 |
| 03/18/19 | PMORG | Emails with counsel for chapter 7 trustee, Sandler, and YCST team re: initial call | B001 | 0.10 | 97.50 |
| 03/19/19 | JCHAP | Call with YCST and chapter 7 trustee teams re: conversion issues and related follow-up | B001 | 0.70 | 420.00 |
| 03/19/19 | KENOS | Call with P. Morgan, J. Chapman, and Trustee counsel re: case issues post-conversion | B001 | 0.50 | 322.50 |
| 03/19/19 | PMORG | Call with Ch. 7 trustee and counsel re: transition (.6); call with J. Saferstein re: same (.1); confer with J. Chapman re: same (.1) | B001 | 0.80 | 780.00 |
| 03/20/19 | PMORG | Confer with J. Chapman re: wind-down issues and Ch. 7 trustee's information requests | B001 | 0.20 | 195.00 |
| 03/21/19 | PMORG | Emails with R. Albergotti, K. Enos, J. Chapman re: transition issues | B001 | 0.10 | 97.50 |
| 03/22/19 | PMORG | Review emails from R. Albergotti and J. Chapman re: winddown issues; confer with J. Chapman re: same | B001 | 0.30 | 292.50 |
| 03/25/19 | PMORG | Review document request from chapter 7 trustee; Email with YCST team re: same | B001 | 0.10 | 97.50 |
| 03/28/19 | MGIRE | Circulate to attorneys docket update with recent pleadings | B001 | 0.10 | 29.50 |
| 04/03/19 | JCHAP | Calls with S. Harnett re: wind-down issues | B001 | 0.50 | 300.00 |
| 04/05/19 | MGIRE | Emails to/from KCC re: 2002 service information | B001 | 0.10 | 29.50 |
| 04/11/19 | MGIRE | Circulate to distribution group docket update with recent pleading | B001 | 0.10 | 29.50 |
| 04/11/19 | MGIRE | Prepare fee service list and labels | B001 | 0.20 | 59.00 |

Heritage Home Group, LLC

| | | Invoice Date: | | | May 31, 2019 |
| | | Invoice Number: | | | 50006021 |
| | | Matter Number: | | | 077066.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|------|---------|-------------|------|-------|--------|
| 04/11/19 | MGIRE | Review Rule 2002 service list and discuss with G. Lee preparation of corresponding service labels; emails from/to G. Lee re: same and revise labels | B001 | 0.20 | 59.00 |
| 04/11/19 | PMORG | Emails with K. Enos and J Chapman re: winddown issues | B001 | 0.10 | 97.50 |
| 04/15/19 | JCHAP | Review and revise Young Conaway final fee application (1.1); calls with P. Morgan re: same (.2) | B001 | 1.30 | 780.00 |
| 04/15/19 | MGIRE | Circulate to distribution group docket update with recent pleadings | B001 | 0.10 | 29.50 |
| 04/16/19 | MGIRE | Circulate to distribution group daily docket update | B001 | 0.10 | 29.50 |
| 04/22/19 | PMORG | Review Agenda for 4/24 hearing; Review emails from R. Albergotti and J. Chapman re: chapter 11 fee issues | B001 | 0.10 | 97.50 |
| 04/29/19 | MGIRE | Circulate to distribution group docket update with administrative bar date motion | B001 | 0.10 | 29.50 |
| 05/01/19 | JCHAP | Revise and finalize schedule of unpaid debts; emails with R. Albergotti and P. Keane re: same | B001 | 1.40 | 840.00 |
| 05/01/19 | MGIRE | Circulate to distribution group docket update with recent pleadings | B001 | 0.10 | 29.50 |
| 05/10/19 | MGIRE | Circulate to attorneys daily docket update with recent pleadings | B001 | 0.10 | 29.50 |
| 05/14/19 | JCHAP | Review and revise omnibus fee order (.8); confer with K. Enos re: same (.5) | B001 | 1.30 | 780.00 |
| 05/14/19 | JCHAP | Analyze and reconcile professional fee escrow account | B001 | 2.20 | 1,320.00 |
| 05/14/19 | PMORG | Review status; Review agenda for 5/16 hearing | B001 | 0.10 | 97.50 |
| 05/15/19 | JCHAP | Further reconcile professional fee escrow account | B001 | 1.40 | 840.00 |
| 05/15/19 | MGIRE | Circulate to distribution group docket update with recent pleadings | B001 | 0.10 | 29.50 |
| 05/16/19 | JCHAP | Reconcile fee escrow and coordinate with various professionals re: final fee order and escrow payments | B001 | 2.40 | 1,440.00 |
| 05/16/19 | JCHAP | Confer with P. Morgan re: final fee order and related issues; confer with M. Girello re: same | B001 | 0.40 | 240.00 |
| 05/16/19 | MGIRE | Circulate to distribution group docket update | B001 | 0.10 | 29.50 |
| 05/16/19 | PMORG | Conference with J. Chapman re: winddown and budget issues | B001 | 0.30 | 292.50 |

Heritage Home Group, LLC

Invoice Date:           May 31, 2019
Invoice Number:       50006021
Matter Number:       077066.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/20/19 | JCHAP | Confer with R. Albergotti and P. Keane re: admin claims | B001 | 0.60 | 360.00 |
| 05/21/19 | JCHAP | Reconcile fee escrow | B001 | 0.60 | 360.00 |
| 05/21/19 | JCHAP | Emails with P. Keane re: 341 meeting | B001 | 0.10 | 60.00 |
| 05/21/19 | JCHAP | Prepare for 341 meeting (.9); confer with K. Enos re: same (.3) | B001 | 1.20 | 720.00 |
| 05/22/19 | JCHAP | Prepare for and attend 341 meeting | B001 | 2.10 | 1,260.00 |
| 05/24/19 | MGIRE | Prepare fee supplement service list and labels | B001 | 0.20 | 59.00 |
| 04/22/19 | MGIRE | Review 4/24 Notice of Agenda | B002 | 0.10 | 29.50 |
| 05/07/19 | MGIRE | Emails to/from J. Malfitano and R. Sandahl re: telephonic appearances for final fee hearing | B002 | 0.10 | 29.50 |
| 05/09/19 | KENOS | Emails with M. Girello and Committee Counsel re: final fee hearing | B002 | 0.20 | 129.00 |
| 05/09/19 | MGIRE | Emails to/from P. Keane re: fee binder index to be used as exhibit to 5/16 Notice of Agenda | B002 | 0.10 | 29.50 |
| 05/10/19 | MGIRE | Prepare 5/16 attorney hearing notebook | B002 | 0.20 | 59.00 |
| 05/14/19 | KENOS | Meet with J. Chapman re: preparations for final fee hearing and follow-up review of final DIP order and YCST Final Fee Application in connection with same | B002 | 0.80 | 516.00 |
| 05/14/19 | MGIRE | Review and circulate to distribution group 5/16 Notice of Agenda | B002 | 0.10 | 29.50 |
| 05/14/19 | MGIRE | Schedule R. Sandahl and J. Malfitano 5/16 telephonic appearances and review/forward dial-in instructions | B002 | 0.10 | 29.50 |
| 05/15/19 | KENOS | Review and comment on final fee order | B002 | 0.20 | 129.00 |
| 04/16/19 | MGIRE | Confer with J. Chapman re: Final Report preparation | B004 | 0.10 | 29.50 |
| 04/18/19 | MGIRE | Draft Final Report and circulate to J. Chapman for review (.6); subsequently revise draft report (.1) | B004 | 0.70 | 206.50 |
| 04/25/19 | MGIRE | Prepare service list and labels for final report and schedule of unpaid debts | B004 | 0.10 | 29.50 |
| 05/01/19 | MGIRE | Emails from/to J. Chapman re: status of draft Final Report; retrieve report filed in Beauty Brands case and follow-up emails with J. Chapman re: same | B004 | 0.10 | 29.50 |

Heritage Home Group, LLC

| | Invoice Date: | May 31, 2019 |
| | Invoice Number: | 50006021 |
| | Matter Number: | 077066.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/02/19 | JCHAP | Emails with P. Keane and S. Reil re: lease issues (.2); review documents re: same (.1) | B005 | 0.30 | 180.00 |
| 04/02/19 | MGIRE | Review email from G. Ibim re: equipment lease inquiry and emails to/from J. Chapman re: same; email to G. Ibim referring inquiry to Chapter 7 Trustee counsel | B005 | 0.10 | 29.50 |
| 04/02/19 | SREIL | Review and respond to requests from trustee for documents related to lease rejections, including emails with J. Mennie, J. Chapman and counsel to trustee | B005 | 0.60 | 276.00 |
| 04/12/19 | SREIL | Emails with Rob Allen re: Synchrony deal | B005 | 0.10 | 46.00 |
| 03/28/19 | CGREA | Email to J. Branam re: case conversion and royalty issues | B006 | 0.10 | 97.50 |
| 03/28/19 | CGREA | Telephone conference with J. Branam re: case conversion and royalty owed to ABG | B006 | 0.10 | 97.50 |
| 04/15/19 | AJACO | Review/revise APS final fee statement | B006 | 1.50 | 795.00 |
| 04/15/19 | MGIRE | Emails from B. Justice re: AP Services Final Compensation and Staffing Report; emails with J. Chapman and A. Jacobs re: same; review email from N. Andrews re: report and confer with A. jacobs re: same | B006 | 0.20 | 59.00 |
| 04/15/19 | MGIRE | Follow-up emails from/to A. Jacobs re: AP Services Final Compensation and Staffing Report (.1); finalize for filing and coordinate service of report (.5) | B006 | 0.60 | 177.00 |
| 04/16/19 | MGIRE | Draft and file Affidavit of Service re: AP Services Final Compensation and Staffing Report | B006 | 0.20 | 59.00 |
| 04/01/19 | MGIRE | Save to file final claims register | B007 | 0.10 | 29.50 |
| 04/23/19 | MGIRE | Emails from/to J. Chapman re: schedule of unpaid debts; research and retrieve sample schedule and forward to J. Chapman; draft notice of schedule of unpaid debts and email to J. Chapman re: same | B007 | 0.30 | 88.50 |
| 05/01/19 | MGIRE | Finalize for filing and coordinate service of Notice of Filing of Schedule of Unpaid Debts | B007 | 0.30 | 88.50 |
| 05/01/19 | MGIRE | Emails from/to J. Chapman re: Notice of Filing of Schedule of Unpaid Debts; review notice and corresponding exhibit | B007 | 0.10 | 29.50 |

Heritage Home Group, LLC

| | Invoice Date: | May 31, 2019 |
|---|---|---|
| | Invoice Number: | 50006021 |
| | Matter Number: | 077066.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/02/19 | MGIRE | Draft and file Affidavit of Service re: Notice of Filing of Schedule of Unpaid Debts | B007 | 0.20 | 59.00 |
| 05/14/19 | MGIRE | Review Administrative Bar Date Order and Notice | B007 | 0.10 | 29.50 |
| 05/23/19 | MGIRE | Review K. Ye email re: administrative claim inquiry; email to K. Ye forwarding administrative bar date notice and referring further inquiries to chapter 7 trustee counsel | B007 | 0.10 | 29.50 |
| 03/28/19 | MGIRE | Review Notice of Chapter 7 Meeting of Creditors | B008 | 0.10 | 29.50 |
| 04/18/19 | MGIRE | Emails to/from J. Chapman re: creditors' meeting status | B008 | 0.10 | 29.50 |
| 04/23/19 | MGIRE | Review docket entry re: rescheduled sec. 341(a) meeting and email to attorneys re: same | B008 | 0.10 | 29.50 |
| 05/21/19 | KENOS | Meet with J. Chapman re: preparations for chapter 7 341 meeting (.3) and follow up assistance related to same (.2) | B008 | 0.50 | 322.50 |
| 05/22/19 | MGIRE | Emails from/to J. Chapman re: Schedules/SOFA binders for sec. 341(a) meeting; retrieve same | B008 | 0.10 | 29.50 |
| 03/22/19 | MGIRE | Emails from/to J. Chapman and KCC re: Removal Extension Order | B011 | 0.10 | 29.50 |
| 04/15/19 | SREIL | Attention to request for documents from Chapter 7 Trustee re: pending adversary proceedings, including multiple emails with C. Crowther and K. Enos re: same | B011 | 1.30 | 598.00 |
| 03/20/19 | MGIRE | Return call to creditor per K. Enos request referring inquiry to chapter 7 trustee counsel | B013 | 0.10 | 29.50 |
| 04/01/19 | JCHAP | Call with B. McLaughlin re: claim | B013 | 0.20 | 120.00 |
| 04/03/19 | MGIRE | Review email from G. Scott re: inquiry as to receipt of recent pleadings; email to G. Scott referring inquiry to Chapter 7 Trustee counsel; follow-up emails from/to G. Scott and J. Chapman re: inquiry | B013 | 0.10 | 29.50 |
| 04/09/19 | MGIRE | Review email from V. Washburn re: claim inquiry; email to V. Washburn re: same and referring further questions to counsel to the Chapter 7 Trustee | B013 | 0.10 | 29.50 |
| 05/23/19 | CGREA | Follow up re: Vanuato signature issues and stock transfer; related emails | B014 | 0.20 | 195.00 |

Heritage Home Group, LLC

Invoice Date:              May 31, 2019
Invoice Number:            50006021
Matter Number:             077066.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 03/20/19 | AJACO | Multiple emails with J. Chapman, P. Keane, and C. Robinson re: interested parties list | B017 | 0.20 | 106.00 |
| 03/20/19 | MGIRE | Emails from/to J. Chapman re: KCC termination as claims agent and review sample certification of counsel and proposed order; draft Certification of Counsel and Order and email to J. Chapman for review | B017 | 0.50 | 147.50 |
| 03/22/19 | JCHAP | Call with S. Tarr re: fee issues | B017 | 0.20 | 120.00 |
| 03/22/19 | JCHAP | Call with R. Albergotti re: fee statements | B017 | 0.30 | 180.00 |
| 04/11/19 | JCHAP | Revise and finalize Houlihan final fee applications | B017 | 1.10 | 660.00 |
| 04/11/19 | MGIRE | Emails from/to J. Chapman re: Houlihan Lokey Final Fee Application and prepare exhibits thereto; draft notice and emails with J. Chapman re: same | B017 | 0.30 | 88.50 |
| 04/11/19 | MGIRE | Finalize for filing and coordinate service of Houlihan Lokey Final Fee Application (entire application to fee notice parties and notice only to Rule 2002 service parties) | B017 | 0.60 | 177.00 |
| 04/12/19 | MGIRE | Draft Notice of Errata re: Houlihan Lokey Final Fee Application and emails to/from J. Chapman re: same (.2); finalize and file Notice of Errata (.1) | B017 | 0.30 | 88.50 |
| 04/12/19 | MGIRE | Emails from/to J. Chapman re: Court request to correct signature page to Houlihan Lokey Final Fee Application; revise same and emails to/from R. Cavello at Court re: Notice of Errata | B017 | 0.20 | 59.00 |
| 04/15/19 | MGIRE | Finalize for filing and coordinate service of Notice of Hearing re: Malfitano Fourth Monthly and Final Fee Application | B017 | 0.30 | 88.50 |
| 04/15/19 | MGIRE | Confer with J. Chapman re: Malfitano Fourth Monthly and Final Fee Application status (.1); subsequent emails from/to J. Chapman re: need to notice application for final fee hearing; draft notice and follow-up emails with J. Chapman re: same (.2) | B017 | 0.30 | 88.50 |
| 04/15/19 | MGIRE | Draft and file Affidavit of Service re: Houlihan Lokey Final Fee Application | B017 | 0.20 | 59.00 |
| 04/16/19 | MGIRE | Draft and file Affidavit of Service re: Notice of Hearing re: Malfitano Fourth Monthly and Final Fee Application | B017 | 0.20 | 59.00 |

Heritage Home Group, LLC

Invoice Date: May 31, 2019
Invoice Number: 50006021
Matter Number: 077066.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/16/19 | MGIRE | Draft and file Affidavit of Service re: YCST Seventh Monthly and Final Fee Application | B017 | 0.20 | 59.00 |
| 04/16/19 | MGIRE | Email to K. Watts re: LEDES file for monthly portion of YCST Seventh Monthly and Final Fee Application | B017 | 0.10 | 29.50 |
| 04/18/19 | MGIRE | Emails to/from K. Watts re: LEDES file for monthly portion of YCST Seventh Monthly and Final Fee Application and save same to file; prepare and send email to L. Richenderfer forwarding LEDES file and corresponding application | B017 | 0.20 | 59.00 |
| 04/18/19 | MGIRE | Retrieve and save to file committee professionals' final fee applications | B017 | 0.10 | 29.50 |
| 04/29/19 | JCHAP | Emails with L. Richenderfer and R. Albergotti re: final fee applications | B017 | 0.30 | 180.00 |
| 04/29/19 | MGIRE | Emails from/to J. Chapman re: expense inquiry re: YCST Seventh Monthly and Final Fee Application | B017 | 0.10 | 29.50 |
| 04/29/19 | MGIRE | Email to P. Morgan, K. Enos, and J. Chapman re: no objections to professionals' final fee applications | B017 | 0.10 | 29.50 |
| 05/02/19 | MGIRE | Emails from/to J. Chapman re: request of chapter 7 trustee counsel to prepare and submit to Court final fee hearing binders | B017 | 0.10 | 29.50 |
| 05/06/19 | MGIRE | Research and identify various professionals' pending fee applications and related pleadings in advance of binder preparation (.2); prepare (.4) and revise (.1) fee binder index; prepare Court's set of fee binders in connection with final fee hearing (1.0) | B017 | 1.70 | 501.50 |
| 05/09/19 | MGIRE | Review and submit to Court fee binders in connection with final fee hearing | B017 | 0.20 | 59.00 |
| 05/09/19 | MGIRE | Emails from/to K. Enos and Committee counsel re: Court submission of fee binders in connection with final fee hearing | B017 | 0.10 | 29.50 |
| 05/14/19 | MGIRE | Review R. Sandahl and J. Chapman emails re: Houlihan fees | B017 | 0.10 | 29.50 |
| 05/14/19 | MGIRE | Emails from/to J. Chapman re: Omnibus Final Fee Order preparation (.1); draft Omnibus Final Fee Order (.6) and email to J. Chapman re: same (.1) | B017 | 0.80 | 236.00 |
| 05/15/19 | JCHAP | Revise and finalize COC and order re: final fees | B017 | 0.90 | 540.00 |

Heritage Home Group, LLC

| | | Invoice Date: | | | May 31, 2019 |
| --- | --- | --- | --- | --- | --- |
| | | Invoice Number: | | | 50006021 |
| | | Matter Number: | | | 077066.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 05/15/19 | MGIRE | Confer with J. Chapman re: Certification of Counsel re: Omnibus Final Fee Order (.1); finalize and file certification and upload proposed Order for Court entry (.2); submit to Court certification (.1) | B017 | 0.40 | 118.00 |
| 05/15/19 | MGIRE | Emails from/to J. Chapman re: Certification of Counsel re: Omnibus Final Fee Order and review revised draft order (.1); draft Certification of Counsel and circulate for review (.2) | B017 | 0.30 | 88.50 |
| 05/16/19 | MGIRE | Emails to/from P. Keane re: service of Omnibus Final Fee Order (.1); coordinate order service (.2) | B017 | 0.30 | 88.50 |
| 05/16/19 | MGIRE | Draft and file Affidavit of Service re: Omnibus Final Fee Order | B017 | 0.20 | 59.00 |
| 05/16/19 | MGIRE | Emails from/to J. Chapman re: Omnibus Final Fee Order entry; retrieve, review and circulate order to distribution group and various professionals; review Amended Agenda re: hearing cancellation | B017 | 0.20 | 59.00 |
| 03/23/19 | PMORG | Review February fee exhibits to ensure protection of privilege and compliance with local rules | B018 | 1.30 | 1,267.50 |
| 04/01/19 | MGIRE | Emails to/from K. Enos re: YCST final fee application preparation | B018 | 0.10 | 29.50 |
| 04/05/19 | MGIRE | Review sample combined monthly and final fee application | B018 | 0.10 | 29.50 |
| 04/08/19 | PMORG | Review March fee exhibits to ensure protection of privilege and compliance with local rules | B018 | 1.00 | 975.00 |
| 04/09/19 | MGIRE | Review fee statement in advance of preparing YCST Seventh Monthly and Final Fee Application | B018 | 0.20 | 59.00 |
| 04/10/19 | MGIRE | Begin to draft YCST Seventh Monthly and Final Fee Application | B018 | 1.70 | 501.50 |
| 04/11/19 | MGIRE | Continue to draft YCST Seventh Monthly and Final Fee Application (1.7) and revise notice thereof (.1) | B018 | 1.80 | 531.00 |
| 04/12/19 | MGIRE | Continue to draft YCST Seventh Monthly and Final Fee Application | B018 | 1.80 | 531.00 |
| 04/14/19 | MGIRE | Continue to draft YCST Seventh Monthly and Final Fee Application; circulate for attorneys' review | B018 | 1.30 | 383.50 |
| 04/14/19 | PMORG | Review and Revise final fee application; emails with K. Enos, J. Chapman, M. Girello re: same | B018 | 0.50 | 487.50 |

Heritage Home Group, LLC

|  |  | Invoice Date: | May 31, 2019 |
|  |  | Invoice Number: | 50006021 |
|  |  | Matter Number: | 077066.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 04/15/19 | MGIRE | Confer with J. Chapman re: status of draft YCST Seventh Monthly and Final Fee Application | B018 | 0.10 | 29.50 |
| 04/15/19 | MGIRE | Emails from/to P. Morgan, J. Chapman, and K. Enos re: YCST Seventh Monthly and Final Fee Application and revise same | B018 | 0.10 | 29.50 |
| 04/15/19 | MGIRE | Finalize for filing and coordinate service of YCST Seventh Monthly and Final Fee Application (entire application served upon fee notice parties, notice only to Rule 2002 service parties) | B018 | 0.70 | 206.50 |
| 04/15/19 | MGIRE | Emails from/to J. Chapman and P. Morgan re: YCST Seventh Monthly and Final Fee Application; prepare corresponding exhibits | B018 | 0.20 | 59.00 |
| 04/15/19 | PMORG | Calls with J. Chapman re: final fee application and mechanic for submitting post-conversion winddown fees; Review revisions to final fee application | B018 | 0.30 | 292.50 |
|  |  | **Total** |  | **54.00** | **$27,253.00** |

Heritage Home Group, LLC

| | |
|---|---|
| Invoice Date: | May 31, 2019 |
| Invoice Number: | 50006021 |
| Matter Number: | 077066.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJACO | Ashley E. Jacobs | Associate | 1.70 | 530.00 | 901.00 |
| CGREA | Craig D. Grear | Partner | 0.40 | 975.00 | 390.00 |
| JCHAP | Jaime L. Chapman | Counsel | 19.50 | 600.00 | 11,700.00 |
| KENOS | Kenneth J. Enos | Partner | 2.20 | 645.00 | 1,419.00 |
| MGIRE | Michael Girello | Paralegal | 22.90 | 295.00 | 6,755.50 |
| PMORG | Pauline K. Morgan | Partner | 5.30 | 975.00 | 5,167.50 |
| SREIL | Shane M. Reil | Associate | 2.00 | 460.00 | 920.00 |
| **Total** | | | **54.00** | | **$27,253.00** |

| Heritage Home Group, LLC | | Invoice Date: | May 31, 2019 |
| | | Invoice Number: | 50006021 |
| | | Matter Number: | 077066.1001 |

**Task Summary**

**Task Code:B001**          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Kenneth J. Enos | Partner | 0.50 | 645.00 | 322.50 |
| Pauline K. Morgan | Partner | 2.20 | 975.00 | 2,145.00 |
| Jaime L. Chapman | Counsel | 16.20 | 600.00 | 9,720.00 |
| Michael Girello | Paralegal | 1.90 | 295.00 | 560.50 |
| **Total** | | **20.80** | | **12,748.00** |

**Task Code:B002**          **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Kenneth J. Enos | Partner | 1.20 | 645.00 | 774.00 |
| Michael Girello | Paralegal | 0.70 | 295.00 | 206.50 |
| **Total** | | **1.90** | | **980.50** |

**Task Code:B004**          **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Michael Girello | Paralegal | 1.00 | 295.00 | 295.00 |
| **Total** | | **1.00** | | **295.00** |

**Task Code:B005**          **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Jaime L. Chapman | Counsel | 0.30 | 600.00 | 180.00 |
| Shane M. Reil | Associate | 0.70 | 460.00 | 322.00 |
| Michael Girello | Paralegal | 0.10 | 295.00 | 29.50 |
| **Total** | | **1.10** | | **531.50** |

**Task Code:B006**          **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Craig D. Grear | Partner | 0.20 | 975.00 | 195.00 |
| Ashley E. Jacobs | Associate | 1.50 | 530.00 | 795.00 |
| Michael Girello | Paralegal | 1.00 | 295.00 | 295.00 |
| **Total** | | **2.70** | | **1,285.00** |

**Task Code:B007**          **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Michael Girello | Paralegal | 1.20 | 295.00 | 354.00 |
| **Total** | | **1.20** | | **354.00** |

| Heritage Home Group, LLC | | | Invoice Date: | | May 31, 2019 |
| | | | Invoice Number: | | 50006021 |
| | | | Matter Number: | | 077066.1001 |

**Task Code:B008**        **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Kenneth J. Enos | Partner | 0.50 | 645.00 | 322.50 |
| Michael Girello | Paralegal | 0.40 | 295.00 | 118.00 |
| **Total** | | **0.90** | | **440.50** |

**Task Code:B011**        **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Shane M. Reil | Associate | 1.30 | 460.00 | 598.00 |
| Michael Girello | Paralegal | 0.10 | 295.00 | 29.50 |
| **Total** | | **1.40** | | **627.50** |

**Task Code:B013**        **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Jaime L. Chapman | Counsel | 0.20 | 600.00 | 120.00 |
| Michael Girello | Paralegal | 0.30 | 295.00 | 88.50 |
| **Total** | | **0.50** | | **208.50** |

**Task Code:B014**        **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Craig D. Grear | Partner | 0.20 | 975.00 | 195.00 |
| **Total** | | **0.20** | | **195.00** |

**Task Code:B017**        **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Jaime L. Chapman | Counsel | 2.80 | 600.00 | 1,680.00 |
| Ashley E. Jacobs | Associate | 0.20 | 530.00 | 106.00 |
| Michael Girello | Paralegal | 8.10 | 295.00 | 2,389.50 |
| **Total** | | **11.10** | | **4,175.50** |

**Task Code:B018**        **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Pauline K. Morgan | Partner | 3.10 | 975.00 | 3,022.50 |
| Michael Girello | Paralegal | 8.10 | 295.00 | 2,389.50 |
| **Total** | | **11.20** | | **5,412.00** |