# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                            :  Chapter 7
In re:                                      :
                                            :  Case No. 18-11736 (KG)
   HERITAGE HOME GROUP LLC, et al.,         :
                                            :  (Jointly Administered)
           Debtors.¹                        :
                                            :  RE: Docket Nos. 694 and 737
                                            :
-------------------------------------------------------------x  Objection Deadline: June 21, 2019 at 4:00 p.m. (ET)
```

### NOTICE OF SUPPLEMENT TO FINAL FILING BY AP SERVICES, LLC OF STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM JULY 30, 2018 THROUGH MARCH 15, 2019

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §§ 105(a) and 363(b) and in accordance with the *Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses of Various Professionals* entered on May 16, 2019 [D.I. 737], AP Services, LLC ("<u>APS</u>") hereby supplements the *Final Filing by AP Services, LLC of Statement of Services Rendered and Expenses Incurred for the Period from July 30, 2018 through March 15, 2019* [D.I. 694] (the "<u>Final Fee Statement</u>") for the period after March 15, 2019 through May 24, 2019 (the "<u>Supplemental Period</u>").  APS has incurred $21,045.00 in fees and $658.22 in expenses for the Supplemental Fee Period.  Attached hereto as **Exhibit A** is a detailed statement of such fees and expenses.

**PLEASE TAKE NOTICE** that a hearing will be held, only if an objection is timely filed and served, before the Honorable Kevin Gross, U.S. Bankruptcy Judge, 824 Market Street, Wilmington, Delaware 19801, at a date and time to be scheduled by the Court.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each debtor's tax identification number, as applicable, are:  Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150).  The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

Dated: June 7, 2019            YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Wilmington, Delaware

*/s/ Jaime Luton Chapman*
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Jaime Luton Chapman (No. 4936)
Ashley E. Jacobs (No. 5635)
Shane M. Reil (No. 6195)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Debtors*

01:24573739.1

**<u>Exhibit A</u>**



May 31, 2019

Pierre de Villemejane
Heritage Home Group, LLC
1925 Eastchester Drive
High Point, NC

Inv. No.:   2113673
Client:       011387                                                    Federal Tax ID 38-3637158

For Professional Services:    through May 28, 2019

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert D Albergotti | Managing Director | 20.40 | 1,015.00 | 20,706.00 |
| Yernar Kades | Vice President | 0.60 | 565.00 | 339.00 |
| **Total Hours & Fees** | | **21.00** | | **21,045.00** |
| Expenses | | | | 658.22 |
| **Total Amount Due** | | | | **USD   21,703.22** |

**Please reference the invoice number noted above on any payment remittance.  Thank You.**

**Send check remittance to:**   **If Remitting in USD:**              **If Remitting in any other Currency:**

AP Services LLC                      Account Name:  AP Services LLC       Account Name:  AP Services LLC

P.O. Box 5838                         Account Number:  004-62643          IBAN:  GB56 DEUT 4050 8189 012611

Carol Stream, IL 60197-5838    Bank Name:  Deutsche Bank            Bank Name:  Deutsche Bank AG London

                                              ABA:   021-001-033                     SWIFT:  DEUTGB2LXXX

                                              SWIFT:  BKTRUS33XXX

2000 Town Center        **T** 248.358.4420
Suite 2400                   **F** 248.262.1969
Southfield, MI 48075    **alixpartners.com**



Pierre de Villemejane
Heritage Home Group, LLC
1925 Eastchester Drive
High Point, NC

| Project Code | Description | Amount |
|---|---|---|
| 011387.00103 | CRO Duties | 21,045.00 |
| **Total Fees Incurred** | | **21,045.00** |

| Expenses | Amount |
|---|---|
| Airfare Service Charge | 46.00 |
| Cab Fare/Ground Transportation | 232.32 |
| Lodging | 372.90 |
| Meals & Tips | 7.00 |
| **Total Disbursements** | **658.22** |



Pierre de Villemejane
Heritage Home Group, LLC
1925 Eastchester Drive
High Point, NC

| Invoice # | 2113673-1 |
|---|---|
| Re: | Travel & Expense - Billable |
| Client/Matter # | 011387.00102 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 05/15/19 | Cab Fare/Ground Transportation Robert Albergotti Office to Hotel | 5.00 |
| 05/15/19 | Cab Fare/Ground Transportation Robert Albergotti Office to IAH | 41.00 |
| 05/15/19 | Cab Fare/Ground Transportation Robert Albergotti Office to IAH | 5.00 |
| 05/16/19 | Airfare Service Charge Robert Albergotti | 9.00 |
| 05/21/19 | Lodging Robert Albergotti Residence Inns - Wilmington 05/21/2019 - 05/22/2019 | 372.90 |
| 05/21/19 | Meals & Tips Robert Albergotti - Dinner | 3.00 |
| 05/21/19 | Meals & Tips Robert Albergotti - Dinner | 4.00 |
| 05/22/19 | Cab Fare/Ground Transportation Robert Albergotti Wilmington to PHL | 44.87 |
| 05/22/19 | Cab Fare/Ground Transportation Robert Albergotti PHL to Wilmington | 5.00 |
| 05/22/19 | Cab Fare/Ground Transportation Robert Albergotti PHL to Wilmington | 83.88 |
| 05/23/19 | Airfare Service Charge Robert Albergotti | 9.00 |
| 05/23/19 | Airfare Service Charge Robert Albergotti | 9.00 |
| 05/23/19 | Airfare Service Charge Robert Albergotti | 9.00 |
| 05/23/19 | Cab Fare/Ground Transportation Robert Albergotti IAH to Hotel | 2.00 |
| 05/23/19 | Cab Fare/Ground Transportation Robert Albergotti IAH to Hotel | 57.16 |
| 05/24/19 | Cab Fare/Ground Transportation Robert Albergotti Office to IAH | (11.59) |
| 05/25/19 | Airfare Service Charge Robert Albergotti | 10.00 |
| | **Total Disbursements** | **658.22** |



Pierre de Villemejane
Heritage Home Group, LLC
1925 Eastchester Drive
High Point, NC

| | |
|---|---|
| Invoice # | 2113673-1 |
| Re: | Travel & Expense - Billable |
| Client/Matter # | 011387.00102 |

**Disbursement Recap:**

| Description | Amount |
|---|---|
| Airfare Service Charge | 46.00 |
| Cab Fare/Ground Transportation | 232.32 |
| Lodging | 372.90 |
| Meals & Tips | 7.00 |
| **Total Disbursements** | **658.22** |

2000 Town Center    **T** 248.358.4420
Suite 2400    **F** 248.262.1969
Southfield, MI 48075    **alixpartners.com**



Pierre de Villemejane
Heritage Home Group, LLC
1925 Eastchester Drive
High Point, NC

Invoice #              2113673-2

Re:                    CRO Duties
Client/Matter #        011387.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/18/19 | RDA | Follow up on open issues related to ch 7 conversion. draft communications to advisors and former hhg staff | 1.20 |
| 03/19/19 | RDA | Conference call with ch 7 advisors | 1.50 |
| 03/19/19 | RDA | Respond to data requests and information from ch 7 advisors.  call with PNC regarding the same | 1.90 |
| 03/20/19 | RDA | Conference call with ch 7 advisors regarding transition. Follow up on data requests | 1.60 |
| 03/21/19 | RDA | Transition related activities for Trustee and FA | 2.60 |
| 03/22/19 | RDA | Follow up with transition items for HHG (call with advisors, follow up with PNC) | 0.30 |
| 03/26/19 | YK | Prepared documents re Ch 7 trustee request | 0.60 |
| 04/25/19 | RDA | Follow up calls with Ch. 7 Trustee | 0.80 |
| 05/20/19 | RDA | Prepared for 341 hearing | 0.90 |
| 05/21/19 | RDA | Travel from IAH to PHL for 341 | 1.50 |
| 05/21/19 | RDA | Prepare for 341 meeting | 1.40 |
| 05/21/19 | RDA | Review HHG and affiliate chapter 11 schedules / statements | 1.50 |
| 05/22/19 | RDA | Travel from PHL to IAH | 2.50 |
| 05/22/19 | RDA | HHG Chapter 7 341 meeting | 1.50 |
| 05/22/19 | RDA | Review chapter 11 plan / disclosure statement and assets available for sale at conversion | 1.20 |
| | | **Total Hours** | **21.00** |

2000 Town Center          T 248.358.4420
Suite 2400                F 248.262.1969
Southfield, MI 48075      alixpartners.com



Pierre de Villemejane
Heritage Home Group, LLC
1925 Eastchester Drive
High Point, NC

Invoice #                 2113673-2

Re:                       CRO Duties
Client/Matter #           011387.00103

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Yernar Kades | 0.60 | 565.00 | 339.00 |
| Robert D Albergotti | 20.40 | 1,015.00 | 20,706.00 |
| **Total Hours & Fees** | **21.00** | | **21,045.00** |

2000 Town Center        **T** 248.358.4420
Suite 2400              **F** 248.262.1969
Southfield, MI 48075    **alixpartners.com**