# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11736 (KG) |
| Debtors. | (Jointly Administered) |
| HERITAGE HOME GROUP, LLC, | |
| Plaintiff, | |
| v. | |
| Angelus Furniture Outlet, Inc., | Adv. Proc. No. 18-50968 (KG) |
| Cabot House Inc., | Adv. Proc. No. 19-50000 (KG) |
| Campbell & Co. Inc., | Adv. Proc. No. 19-50001 (KG) |
| Plum Management LLC, | Adv. Proc. No. 19-50002 (KG) |
| Quality Furniture, LLC, | Adv. Proc. No. 19-50003 (KG) |
| Samalco LLC, | Adv. Proc. No. 19-50004 (KG) |
| The Annex LLC d/b/a Thomasville Drexel, | Adv. Proc. No. 19-50005 (KG) |
| TOW of Wisconsin, Inc., | Adv. Proc. No. 19-50006 (KG) |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 17, 2019 AT 11:00 A.M. (EASTERN TIME)[2]

**The hearing will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**ADJOURNED MATTERS:**

1. Motion of Official Committee of Unsecured Creditors for Entry of an Order Granting Standing and Authority to Prosecute and Settle Claims on Behalf of Debtors' Estates

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

[2] Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.

DOCS_DE:224107.1

[Filed 10/9/18] (Docket No. 358)

Response Deadline:  October 23, 2018 at 4:00 p.m. (ET). Extended solely with respect to the Debtors and the Lenders

Responses Received:  None at this time.

Related Documents: None at this time.

Status: This matter is continued to a date to be determined.

2. Motion of Official Committee of Unsecured Creditors for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Debtors' Estates [Filed 12/13/18] (Docket No. 504)

Response Deadline:  December 27, 2018 at 4:00 p.m. (ET). Extended solely with respect to the Debtors and the Lenders

Responses Received:  None at this time.

Related Documents: None at this time.

Status: This matter is continued to a date to be determined.

3. Pre-trial conferences with respect to the above-captioned adversary proceedings.

Answer Deadline: February 4, 2019. Extended to March 4, 2019

Responses Received:

   A. Motion by Defendant for an Order Enlarging Deadline to Move Pursuant to Rule 12(b)(1)-(7) [Filed 2/4/19] (Various Docket Nos. in each of the above-captioned adversary proceedings)

   B. Defendant's Motion to Dismiss Complaint [Filed 2/26/19] (Various Docket Nos. in each of the above-captioned adversary proceedings)

   C. Memorandum of Law in Support of Motion by Defendant to Dismiss Complaint [Filed 2/26/19] (Various Docket Nos. in each of the above-captioned adversary proceedings)

Related Documents:

   A. Complaint (Adv. Docket No. 1 in each of the above-captioned adversary proceedings)

    B. Amended Complaint (Re Adv. Proc. No. 18-50968) [Filed 1/4/19] (Adv. Docket No. 3)

    C. Summons and Notice (Various Docket Nos. in each of the above-captioned adversary proceedings)

    D. Debtors' Response in Opposition to Motion by Defendant for an Order Enlarging Deadline to Move Pursuant to Rule 12(B)(1)-(7) [Filed 2/19/19] (Various Docket Nos. in each of the above-captioned adversary proceedings)

    E. [Signed] Order Approving Stipulation (I) Extending Defendant's Time To Answer Or Otherwise Respond To Complaint And (II) Setting Briefing Schedule On Defendant's Motion To Dismiss Complaint [Filed 3/1/9] (Various Docket Nos. in each of the above-captioned adversary proceedings)

Status: This matter is continued to a date to be determined.

**CONTESTED MATTER GOING FORWARD:**

4. HHG IPCo, LLC's Motion to Compel Compliance with the Order (i) Approving the Asset Purchase Agreement Between the Debtors and the Purchaser, (ii) Approving the Sale of the Acquired Assets Free and Clear of All Liens, Claims, and Encumbrances, (iii) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (iv) Granting Related Relief [Filed 5/10/19] (Docket No. 724)

Response Deadline: June 10, 2019 at 4:00 p.m. (ET).

Responses Received:

    A. Limited Objection of PNC Bank, National Association, as Agent, to HHG IPCo, LLC's Motion to Compel Compliance with the Order (i) Approving the Asset Purchase Agreement Between the Debtors and the Purchaser, (ii) Approving the Sale of the Acquired Assets Free and Clear of All Liens, Claims, and Encumbrances, (iii) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (iv) Granting Related Relief [Filed 6/7/19] (Docket No. 772)

    B. Objection of Alfred T. Giuliano, Chapter 7 Trustee, to HHG IPCo, LLC's Motion to Compel Compliance with the Order (i) Approving the Asset Purchase Agreement between the Debtors and the Purchaser, (ii) Approving the Sale of the Acquired Assets Free and Clear of All Liens, Claims, and Encumbrances, (iii) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (iv) Granting Related Relief [Filed 6/7/19] (Docket No. 776)

Reply:

A. Omnibus Reply To Objections To HHG IPCo, LLCs Motion To Compel Compliance With The Order (I) Approving The Asset Purchase Agreement Between The Debtors And The Purchaser, (II) Approving The Sale Of The Acquired Assets Free And Clear Of All Liens, Claims, And Encumbrances, (III) Authorizing The Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief [Filed 6/12/19] (Docket No. 781)

Related Documents:

A. Declaration of Jeffrey Branman in Support of HHG IPCo, LLC's Motion to Compel Compliance with the Order (i) Approving the Asset Purchase Agreement between the Debtors and the Purchaser, (ii) Approving the Sale of the Acquired Assets Free and Clear of All Liens, Claims, and Encumbrances, (iii) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (iv) Granting Related Relief [Filed 5/10/19] (Docket No. 726)

B. Notice of Hearing Upon HHG IPCo, LLC's Motion to Compel Compliance with the Order (i) Approving the Asset Purchase Agreement Between the Debtors and the Purchaser, (ii) Approving the Sale of the Acquired Assets Free and Clear of All Liens, Claims, and Encumbrances, (iii) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (iv) Granting Related Relief [Filed 5/21/19] (Docket No. 750)

Status: This matter will be going forward.

Dated:  June 13, 2019               PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:     bsandler@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*