IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>HERITAGE HOME GROUP LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11736 (KG)<br>(Jointly Administered)<br><br>**Ref. Docket Nos. 733 & 735** |

## REQUEST FOR ALLOWANCE AND PAYMENT OF
## ADMINISTRATIVE EXPENSES BY SYNCHRONY BANK

Synchrony Bank ("Synchrony") submits this request ("Request") for payment of actual, necessary costs and expenses of administering the bankruptcy cases, and preserving the estates, of Heritage Home Group LLC and its affiliated debtors (the "Debtors"), including obligations arising under or in connection with the Retailer Program Agreement dated January 1, 2016, as amended from time to time (the "Program Agreement"). Synchrony submits this request in accordance with the Court's May 14, 2019 order [D.I. 733] (the "Admin Bar Date Order") setting July 1, 2019 as the deadline for filing certain administrative-expense claims, together with the affiliated notice of the Admin Bar Date Order filed May 15, 2019 [D.I. 735] (the "Admin Bar Date Notice"). Pursuant to the Admin Bar Date Order and Admin Bar Date Notice, this Request is being filed without notice or the scheduling of a hearing.

1.  Under the Program Agreement, Synchrony made credit available to qualified consumer customers of the Debtors ("Card Customers") to purchase products and services from the Debtors. Card Customers were authorized to purchase products and services using the private-label credit cards issued pursuant to the Program Agreement (collectively, the "Cards").

2.  The Program Agreement authorized the Debtors to accept the Cards for payment of certain goods and services, and provides for daily settlement of amounts due to and from Synchrony and the Debtors to each other, including, by way of example, for consumer charges,

charge-backs, and fees. The daily settlement was calculated by reference to, and after taking into account, net obligations. Under the Program Agreement, Synchrony has the right to net, setoff, and recoup any amounts due to it under the Program Agreement for purposes of calculating amounts owed to the Debtors under the Program Agreement.

3. On July 29, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware. The Debtors' cases are jointly administered under Case No. 18-11736. The Debtors continued to accept the Cards pursuant to the Program Agreement after the Petition Date. The Debtors substantially benefitted from the Cards because they allowed Card Customers to purchase the Debtors' products and services.

4. The Debtors are obligated to reimburse Synchrony for chargebacks, refunds, and other amounts but the amounts owed remain contingent and unliquidated. Any amounts owed to Synchrony as a result of post-bankruptcy activities by the Debtors or that otherwise consist of actual, necessary costs of preserving the Debtors' estates are entitled to priority as administrative expenses under section 507(a)(2) of the Bankruptcy Code.

5. The Program Agreement requires the Debtors to hold certain amounts in trust for Synchrony, including in-store payments and amounts received by the Debtors from customers. Any such funds belong to Synchrony or, alternatively, are subject to a lien in favor of Synchrony giving rise to a secured claim.

6. As of June 24, 2019, Synchrony maintained $731,411.19 in a non-interest-bearing reserve account on its books pursuant to the Program Agreement (the "Reserve Account") to recoup amounts owed by the Debtors to Synchrony. Under to the Program Agreement, Synchrony is entitled to maintain all funds held in the Reserve Account until January 15, 2020, which is one

year after the termination of the Debtors' participation in the Program (as defined in the Agreement), and to net against the Debtors' obligations to Synchrony. If not otherwise subject to rights of recoupment, Synchrony has a secured claim to the extent of the Reserves by rights of setoff.

7. Synchrony submits this request for payment to preserve all its rights, including any rights of setoff, any rights of recoupment, and rights that are unmatured or that may be contingent, unliquidated, or unknown. Synchrony reserves the right to amend or supplement this request for payment, including by (a) specifying the dollar amount of any part of the request for payment that is not stated in specific amounts herein, (b) specifying the amounts owed to Synchrony to the extent not set forth herein, including indemnification rights, and (c) specifying additional amounts owed, including attorneys' fees. By filing this request for payment, Synchrony is not waiving any jury-trial right nor any right to object to the entry of final orders and judgments by the U.S. Bankruptcy Court for the District of Delaware.

8. A copy of the Program Agreement is not included with this request for payment because the Program Agreement is confidential and the Debtors already have a copy. Synchrony filed a timely proof of claim to preserve its rights under the Program Agreement and otherwise.

* * *

WHEREFORE, Synchrony requests allowance and payment of all administrative claims relating to Synchrony's actual and necessary costs of preserving the Debtors' estates, and that all of Synchrony's rights, including any rights of setoff, any rights of recoupment, and rights that are unmatured, or that may be contingent, unliquidated or unknown, be expressly preserved, and that all of Synchrony's rights to amend or supplement this request for payment, including by (a) specifying the dollar amount of any part of the Request that is not stated in specific amounts herein, (b) specifying the amounts owed to Synchrony to the extent not set forth herein, includ-

ing indemnification rights, and (c) specifying additional amounts, including attorneys' fees, be expressly reserved and preserved.

| | |
|---|---|
| Dated: June 24, 2019 | **MORRIS JAMES LLP** |
| | /s/ Carl N. Kunz, III |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: ckunz@morrisjames.com |
| | and |
| | Hugh McCullough, Esq. |
| | Davis Wright Tremaine LLP |
| | 920 Fifth Avenue, Suite 3300 |
| | Seattle, WA 98104-1610 |
| | Telephone: (206) 622-3150 |
| | E-mail: hughmccullough@dwt.com |
| | *Attorneys for Synchrony Bank* |