IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*, | Case No. 18-11736 (KG) |
| Debtors. | (Jointly Administered) |

**H. THOMAS KELLER & ASSOCIATES, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE**

H. Thomas Keller & Associates, LLC ("**HT Keller**"), by and through its counsel, files this Motion for Allowance of Administrative Expense Claim Pursuant to Section 503(b) of the Bankruptcy Code (the "**Application**"):

**JURISDICTION**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334.

2. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A)-(B) and (O).

**BACKGROUND**

3. HT Keller is a North Carolina limited liability company engaged in the business of product design, which has included the design of furniture for Thomasville Furniture Industries, Inc. ("**Thomasville**"), Broyhill Furniture Industries, Inc. ("**Broyhill**"), and Drexel Heritage, a division of HDM Furniture Industries, Inc. ("**Drexel**"), and in connection with the brand name Henredon ("**Henredon**").

4. On or about January 10, 2018, HT Keller and Heritage Home Group, LLC ("**Heritage**") entered into a Design Services Agreement (the "**Agreement**") whereby HT Keller agreed and affirmed that it would provide design services to Heritage, and would grant

23003832v.3

rights to certain furniture and accessory designs to Heritage for the brand names of Thomasville, Broyhill, Drexel, and Henredon.

5. Pursuant to the Agreement, Heritage was obligated to (1) compensate HT Keller for its services and certain acquired intellectual property rights by means of royalty payments from the sales of products utilizing HT Keller's designs, and (2) provide a monthly statement detailing sales and royalty calculations ("**Statements**").

6. On July 29, 2018 (the "**Petition Date**"), Heritage and certain affiliated entities (collectively, the "**Debtors**") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.,* as amended (the "**Bankruptcy Code**").

7. During the course of the Debtors' Chapter 11 bankruptcy proceedings, Heritage continued to sell products designed by HT Keller and continued to provide Statements through January 2019; however, Heritage failed to pay HT Keller royalties for periods after October 2018 and did not provide Statements after January 2019.

8. Heritage failed to pay royalties to HT Keller for post-petition sales in the total amount of at least $93,012.08 as shown on the Statements for the months of October 2018, November 2018, and January 2019, (collectively, the "**Post-Petition Statements**") which were sent to HT Keller and identifiable as follows:

| Statement Date | Period Covered | Statement Amount of Royalties | Royalties Paid |
|---|---|---|---|
| 12/14/2018 | November 2018 | $27,747.51 | $0.00 |
| 01/14/2019 | December 2018 | $45,866.21 | $0.00 |
| 02/19/2019 | January 2019 | $19,399.08 | $0.00 |
| | **TOTALS** | **$93,012.08** | **$0.00** |

True and correct copies of the Post-Petition Statements are attached hereto as **Exhibit A**.

23003832v.3

9. Heritage failed to provide a Statement for any month after January 2019 (the "**Missing Statements**"). Despite the failure to provide the Missing Statements, Heritage is obligated to pay royalties to HT Keller for all sales that occurred after January 2019.

10. On March 15, 2019 (the "**Conversion Date**"), the Court entered an Order converting the Debtors' Chapter 11 cases to cases under Chapter 7 of the Bankruptcy Code and appointed Alfred T. Giuliano as the Chapter 7 Trustee (the "**Trustee**").

## RELIEF REQUESTED

11. HT Keller requests that this Honorable Court grant HT Keller an allowed administrative expense in the amount of $93,012.08 plus amounts due and owing for the Missing Statements pursuant to Section 503(b)(1)(A) of the Bankruptcy Code.

12. Section 503(b)(1)(A) of the Bankruptcy Code provides that:

> After notice and a hearing, there shall be allowed, administrative expenses, other than claims allowed under section 502(f) of this title, including — (1)(A) the actual, necessary costs and expenses of preserving the estate ...

11 U.S.C. § 503(b)(1)(A).

13. HT Keller is entitled to an allowed administrative expense for the value of the continued post-petition use of HT Keller's designs. As evidenced by the Post-Petition Statements, $93,012.08 is the actual cost incurred by Debtors for the use of HT Keller's designs for the months of November 2018, December 2018 and January 2019.

14. HT Keller is also entitled to an allowed administrative expense for the time periods that Heritage and/or the Trustee sold products but failed to provide HT Keller with a Statement. To determine the full amount owing to HT Keller, the Trustee should provide a Statement for the periods after January2019.

15. HT Keller's designs were needed to continue and maintain Debtors' business during the Chapter 11 proceedings and were necessary to preserve Debtors' estate.

## **RESERVATION OF RIGHTS**

16. HT Keller reserves its right to seek additional information and records from the Debtors and Trustee in support of its administrative expense claims and to amend and/or supplement this Motion as additional information becomes available. HT Keller further reserves its right to seek payment from Debtors and/or the Trustee for royalties or other debts not addressed in this Motion but owed by Debtors to HT Keller.

WHEREFORE, creditor HT Keller respectfully requests that the Court enter an order granting HT Keller an allowed administrative expense claim in the amount of $93,012.08 plus amounts due for the Missing Statements, order the Trustee to pay such administrative expense pursuant to Section 503(b)(1)(A), without prejudice to HT Keller's right to request payment from the Trustee upon further application to this Court, and granting such additional relief as this Court deems just and proper.

Respectfully,

Dated: June 28, 2019

 /s/ Marc S. Casarino
By: Marc S. Casarino, Esq.(DE #3613)
WHITE AND WILLIAMS LLP
600 North King Street, Suite 800
Wilmington, DE 19801-3722
Telephone: 302-467-4520
Facsimile: 302-467-4550
E-mail: casarinom@whiteandwilliams.com

*Attorneys for H. Thomas Keller & Associates, LLC*

23003832v.3