**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11736 (KG) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: Nov. 18, 2019 at 4:00 p.m. (ET)**<br>**Hearing Date: Nov. 26, 2019 at 1:00 p.m. (ET)** |

**AMENDED APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a), BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO CHAPTER 7 TRUSTEE**

Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), hereby respectfully submits this amended application (the "Amended Application") for Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm") as counsel to the Trustee, pursuant to sections 327 and 328 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). This Amended Application seeks to amend the terms of payment to PSZ&J for its work in these cases relating to the collection of chapter 5 avoidance actions (the "Preference Work"), so that PSZ&J will be paid for such services on a 25% contingency fee basis for the Preference Work instead of at its standard hourly rates. In support of the relief sought in the Amended Application, the Trustee submits the

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

declaration of Bradford J. Sandler, a partner of the Firm (the "Sandler Declaration"), attached hereto as Exhibit A and incorporated herein by reference. In further support of this Amended Application, the Trustee respectfully submits as follows:

## Jurisdiction and Venue

1. This Court has jurisdiction over this Amended Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The Trustee confirms his consent pursuant to Local Rule 9013-1(f) to the entry of a final order by the Court in connection with this Amended Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue of this proceeding and this Amended Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1.

## Introduction

4. On July 29, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

5. On March 15, 2019, the Court entered an order converting the chapter 11 cases to chapter 7 [Docket No. 644], and Alfred T. Giuliano was appointed as the chapter 7 trustee [Docket No. 645].

6. On April 3, 2019, the Trustee filed the *Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Nunc Pro Tunc to March 15, 2019* [Docket No. 674] (the "Original Application"). On April 22, 2019, the Court entered an order approving the Original Application [Docket No. 707] (the "Original Retention Order")

**Relief Requested**

7. By this Amended Application, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, the Trustee seeks entry of an order authorizing revised terms of compensation for PSZ&J for the Preference Work, so that PSZ&J will be paid for such services on a 25% contingency fee basis.

**Basis for Relief Requested**

8. Section 327(a) of the Bankruptcy Code provides that a chapter 7 trustee may employ an attorney to represent or assist the trustee in carrying out the trustee's duties only if that attorney is disinterested as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the estate.

9. Section 328(a) of the Bankruptcy Code empowers a chapter 7 trustee appointed under section 701 of the Bankruptcy Code to employ, subject to court approval, an attorney to perform services for a chapter 7 trustee under any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis.

10. As set forth in the Original Application, PSZ&J does not (i) hold an adverse interest in connection with the Debtors' cases; and does not (ii) represent any other

entity having an adverse interest in connection with the Debtors' cases, except as disclosed in the Sandler Declaration.

11. The Trustee believes that the amended terms of compensation for PSZ&J for the Preference Work is reasonable and appropriate.

12. All other representations in the Original Application remain true and accurate, and the Trustee is not seeking to change the terms of Original Application, except as set forth in this Amended Application.

**Notice**

13. The Trustee has provided notice of this Amended Application to: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtor; and (c) those persons who have requested notice pursuant to Bankruptcy Rule 2002. The Trustee submits that no other or further notice is necessary or required.

WHEREFORE, the Trustee respectfully requests that this Court enter an order, substantially in the form of the order annexed hereto, granting the relief requested in the Amended Application and granting such other and further relief as is just or proper.

Dated: 11/4, 2019

/s/
Alfred T. Giuliano
Chapter 7 Trustee for the Estates of
Heritage Home Group, LLC, *et al.*