**<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11736 (KG) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF BRADFORD J. SANDLER IN SUPPORT OF AMENDED APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a), BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO CHAPTER 7 TRUSTEE

I, Bradford J. Sandler, Esquire, being duly sworn according to law, hereby declare as follows:

1.      I am a partner of Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), which maintains offices for the practice of law at 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801.  I am duly admitted and in good standing to practice law in the State of Delaware and the United States District Court for the District of Delaware, among other jurisdictions.

2.      I am authorized to submit this declaration (the "Declaration") in support of the *Amended Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

*Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Nunc Pro Tunc to March 15, 2019* (the "Amended Application").[2]

3.      Neither I, the Firm, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or any other parties in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

4.      Bankruptcy Rule 2014 requires that an application for employment under section 327 disclose all connections with the Debtors, the estates, the professionals and the Office of the Trustee.  The Firm, therefore, represents that it is not aware of any conflict of interest that exists relating to its role as counsel to the Trustee in the above-captioned cases, except as otherwise set forth or disclosed in the Original Application.

5.      The Amended Application seeks to modify the compensation for PSZ&J for its work in these cases relating to the collection of chapter 5 avoidance actions (the "Preference Work"), so that PSZ&J will be paid for such services on a 25% contingency fee basis for the Preference Work instead of at its standard hourly rates.

6.      I believe the amended terms of compensation for PSZ&J for the Preference Work is reasonable and appropriate.

7.      All other representations in the Original Application remain true and accurate, and the Trustee is not seeking to change the terms of Original Application, except as set forth in the Amended Application.

---

[2]  Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Application.

DOCS_DE:223221.4 31270/001

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 4, 2019                              */s/ Bradford J. Sandler*
                                                      Bradford J. Sandler

3