# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11736 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 876** |

## ORDER GRANTING MOTION OF
## ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, FOR AUTHORITY
## TO SETTLE PREFERENCE CLAIM CONTROVERSIES PURSUANT TO
## BANKRUPTCY RULE 9019(b) AND MODIFY COMPROMISE PROCEDURES

Upon consideration of *Motion for Authority to Settle Preference Claim Controversies Pursuant to Bankruptcy Rule 9019(b) and Modify Compromise Procedures* (the "Motion") filed by Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and the Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that notice of and opportunity for a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

2

hearing on the Motion were appropriate; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Trustee may settle, before or after a complaint is filed, any Preference Claims[2] pursuant to the terms set forth as follows (the "<u>Settlement Procedures</u>"):

- For Preference Claims in which the "Disputed Amount"[3] does not exceed $50,000.00, the Trustee may settle the matter without further Court approval or notice to any party;

- For Preference Claims in which the Disputed Amount is greater than $50,000.00, the Trustee may settle the matter without further Court approval or notice to any party as long as the amount recovered is 50% or more of the Disputed Amount; and it is further

ORDERED that all Preference Claims settled pursuant to the Settlement Procedures are approved by the Court without the need for further action by any party.

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: July 13th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**

---

[2] Defined terms not described herein shall have those meanings ascribed to them in the Motion.

[3] The term "Disputed Amount" is defined as the dollar amount to be sought by the Trustee against a particular vendor after consideration of the potential Section 547(c) defenses of ordinary course of business and subsequent new value