# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Heritage Home Group LLC, *et al.*, | ) | Case No. 18-11736 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that SULLIVAN · HAZELTINE · ALLINSON LLC, counsel to DH JAX, LLC ("DH JAX"), has relocated its Wilmington, Delaware office and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given to DH JAX be given and served upon the undersigned counsel at the address listed below:

William D. Sullivan, Esq.
William A. Hazeltine, Esq.
Elihu E. Allinson, III, Esq.
SULLIVAN · HAZELTINE · ALLINSON LLC
919 North Market Street, Suite 420
Wilmington, DE 19801

Date: September 30, 2020
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ E.E. Allinson III*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com
zallinson@sha-llc.com

*Attorneys for DH JAX, LLC*