UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

* * * * *

FILED
2020 DEC 21  AM 10: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re                                              )
HERITAGE HOME GROUP LLC ET AL        In Bankruptcy
LANE HOME FURNITURE                  ) Bankruptcy No. DE--18-11736-KG    -Ch 11

             Debtor.                 )
                                     )

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSES

1. Creditor:     BRIANA JOHNSON
                 CLARK COUNTY ASSESSOR
                 500 S. GRAND CENTRAL PKWY
                 LAS VEGAS, NV  89155
                 (702) 455-4967

2. **Account Number by Which Creditor Identifies Debtor:**
   183150-

3. **Date Debt Was Incurred:**
   7/1/2019

4. **Classification of Claim:**
   SECURED/ADMINISTRATIVE EXPENSE, 1ST PRIORITY
   PERSONAL PROPERTY TAX CLAIM PURSUANT TO 11 USC
   507 (a) (1) AND 503 (a), (b), (i) AND (c) AND NRS 361.450.

5. **Total Amount Of Claim At Time This Request Filed:**
   $87.37

                      * Supporting documents attached (      TAX INVOICES      )

DATED:  12/15/2020     Name of Creditor: BRIANA JOHNSON
                                         CLARK COUNTY ASSESSOR
                       Signature and Title: [signature]
                                            TINA POFF, MANAGER

**PENALTY FOR PRESENTING FRAUDULENT CLAIM:**
Fine of up to $500,000 or imprisonment for up to five (5) years, or both, 18 U.S.C. $$ 152 and 3571.

# UNSECURED PROPERTY TAX BILL - BUSINESS
## Clark County Nevada
### Briana Johnson, Assessor
500 S. Grand Central Pkwy, 2nd Floor, Las Vegas, NV 89155
www.ClarkCountyNV.gov/Assessor

| | |
|---|---|
| Bill No.: | 1094987 |
| Rev Acct.: | 00000115052 |
| Phone: | (702) 455-3882 |
| Date: | 12/14/2020 |



| Fiscal Year | Account | Tax District | Tax Rate | Property Location and Description |
|---|---|---|---|---|
| 2019/2020 | 183150 | 203 | 3.2782 | 475 S GRAND CENTRAL PKWY #B1262<br>LAS VEGAS |

| Assessed Valuation | | |
|---|---|---|
| Property Value | 1,268 | Miscellaneous Personal Property |

| Name | Exemption Values |
|---|---|
| HERITAGE HOME GROUP LLC<br>C/O TAX DEPT<br>1925 EASTCHESTER DR<br>HIGH POINT NC 27265-1404 | |
| | Total Exemption  0 |

**Sale or disposal of this property after July 1, 2019 does not relieve the obligation to pay this tax.**

| | |
|---|---|
| Property Value Ad Valorem Tax | 41.56 |
| Abatement Amount | 0.00 |
| *Abatement Applied Limits Increase To 4.80% | |
| Net Ad Valorem Tax | 41.56 |
| New Property Value Outside CAP | 0.00 |
| Adjusted Tax Amount | 0.00 |
| Exemption Amount | 0.00 |
| Recapture Amount | 0.00 |
| Net Tax Amount | 41.56 |
| Penalties | 4.16 |
| Miscellaneous Fees | 0.00 |
| Veteran's Home Donation | 0.00 |
| Total Amount Billed | 45.72 |
| Less Payments Applied | 0.00 |
| Balance Remaining | 45.72 |
| Prior Year Delinquencies | 0.00 |
| Total Balance Owing | $45.72 |

### Current Year Tax Distribution

| Agency | Rate | Amount |
|---|---|---|
| Clark County Capital | 0.0500 | 0.17 |
| Clark County Family Court | 0.0192 | 0.06 |
| Clark County General Operating | 0.4599 | 1.54 |
| County School Debt (Bonds) | 0.5534 | 7.02 |
| County School Maintenance & Operation | 0.7500 | 2.51 |
| Indigent Accident Fund | 0.0150 | 0.05 |
| Las Vegas City | 0.6765 | 2.26 |
| Las Vegas City Fire Safety | 0.0950 | 1.20 |
| LV/Clark County Library | 0.0942 | 0.32 |
| LVMPD Emergency 911 | 0.0050 | 0.02 |
| LVMPD Manpower Supplement LV | 0.2800 | 2.80 |
| Medical Asst to Indigent Persons | 0.1000 | 0.33 |
| State Cooperative Extension | 0.0100 | 0.03 |
| State of Nevada | 0.1700 | 0.69 |
| Las Vegas Redevelopment - #203 | 0.0000 | 22.56 |
| Totals | 3.2782 | 41.56 |

### Detail of Amount Due

| Description | Total Due | Minimum Due |
|---|---|---|
| Tax Year 2019/2020 | 45.72 | 45.72 |
| Total | 45.72 | 45.72 |

### Payment Installment(s)

| Description | Due Date | Amount Due |
|---|---|---|
| Installment 1 | 01/10/2020 | 45.72 |
| Installment 2 | | 0.00 |
| Installment 3 | | 0.00 |
| Installment 4 | | 0.00 |

Payments received will be applied to the oldest charge first.
To avoid penalties, payments must be postmarked by due date.
Penalties are 10% of the tax amount due.

All delinquent amounts are due immediately.

If property is protected by bankruptcy, this is for your information. Do not consider this an attempt to collect.

**Estimated assessment per NRS 361.265**

---

**Cut Here** ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return this portion with your payment.  Date: 12/14/2020

| | | |
|---|---|---|
| Make checks payable to:<br>**Clark County Assessor** | Fiscal Year: 2019/2020<br>Pay Immediately | Account Number: 183150<br>Rev. Acct.: 00000115052<br>Tax District: 203 |
| Mail to:<br>500 S. Grand Central Pkwy., 2nd Floor<br>PO Box 551401<br>Las Vegas, NV 89155-1401 | | Tax Amount: $41.56<br>Penalty: $4.16<br>Misc. Fee: $0.00<br>Minimum Due: $45.72<br>To Pay In Full: $45.72 |
| Name: HERITAGE HOME GROUP LLC<br>Description: Miscellaneous Personal Property<br>Location: 475 S GRAND CENTRAL PKWY #B1262 | | |

2020183150000000000040000000045720000000045728

## UNSECURED PROPERTY TAX BILL - BUSINESS
### Clark County Nevada
### Briana Johnson, Assessor
500 S. Grand Central Pkwy, 2nd Floor, Las Vegas, NV 89155
www.ClarkCountyNV.gov/Assessor

| | |
|---|---|
| Bill No.: | 1182305 |
| Rev Acct.: | 00000115052 |
| Phone: | (702) 455-3882 |
| Date: | 12/14/2020 |

| Fiscal Year | Account | Tax District | Tax Rate | Property Location and Description |
|---|---|---|---|---|
| 2020/2021 | 183150 | 203 | 3.2782 | 475 S GRAND CENTRAL PKWY #B1262<br>LAS VEGAS |

| Assessed Valuation | | |
|---|---|---|
| Property Value | 1,155 | Miscellaneous Personal Property |

| Name | Exemption Values |
|---|---|
| HERITAGE HOME GROUP LLC<br>C/O TAX DEPT<br>1925 EASTCHESTER DR<br>HIGH POINT NC 27265-1404 | |
| | Total Exemption    0 |

**Sale or disposal of this property after July 1, 2020 does not relieve the obligation to pay this tax.**

| | | | | |
|---|---|---|---|---|
| Property Value Ad Valorem Tax | 37.86 | | | |
| Abatement Amount | 0.00 | | | |
| *Abatement Applied Limits Increase To 6.70% | | | | |
| Net Ad Valorem Tax | 37.86 | | | |
| New Property Value Outside CAP | 0.00 | | | |
| Adjusted Tax Amount | 0.00 | | | |
| Exemption Amount | 0.00 | | | |
| Recapture Amount | 0.00 | | | |
| Net Tax Amount | 37.86 | | | |
| Penalties | 3.79 | | | |
| Miscellaneous Fees | 0.00 | | | |
| Veteran's Home Donation | 0.00 | | | |
| Total Amount Billed | 41.65 | | | |
| Less Payments Applied | 0.00 | | | |
| Balance Remaining | 41.65 | | | |
| Prior Year Delinquencies | 0.00 | | | |
| Total Balance Owing | $41.65 | | | |

| Current Year Tax Distribution | | |
|---|---|---|
| Agency | Rate | Amount |
| Clark County Capital | 0.0500 | 0.15 |
| Clark County Family Court | 0.0192 | 0.06 |
| Clark County General Operating | 0.4599 | 1.36 |
| County School Debt (Bonds) | 0.5534 | 6.39 |
| County School Maintenance & Operation | 0.7500 | 2.22 |
| Indigent Accident Fund | 0.0150 | 0.04 |
| Las Vegas City | 0.6765 | 2.00 |
| Las Vegas City Fire Safety | 0.0950 | 1.10 |
| LV/Clark County Library | 0.0942 | 0.28 |
| LVMPD Emergency 911 | 0.0050 | 0.01 |
| LVMPD Manpower Supplement LV | 0.2800 | 2.55 |
| Medical Asst to Indigent Persons | 0.1000 | 0.30 |
| State Cooperative Extension | 0.0100 | 0.03 |
| State of Nevada | 0.1700 | 0.61 |
| Las Vegas Redevelopment - #203 | 0.0000 | 20.76 |
| Totals | 3.2782 | 37.86 |

| Detail of Amount Due | | |
|---|---|---|
| Description | Total Due | Minimum Due |
| Tax Year 2020/2021 | 41.65 | 41.65 |
| Total | 41.65 | 41.65 |

| Payment Installment(s) | | |
|---|---|---|
| Description | Due Date | Amount Due |
| Installment 1 | 11/30/2020 | 41.65 |
| Installment 2 | | 0.00 |
| Installment 3 | | 0.00 |
| Installment 4 | | 0.00 |

Payments received will be applied to the oldest charge first.
To avoid penalties, payments must be postmarked by due date.
Penalties are 10% of the tax amount due.

All delinquent amounts are due immediately.

If property is protected by bankruptcy, this is for your information. Do not consider this an attempt to collect.

---

Cut Here ✂ ------------------------------------------------------------

**Please return this portion with your payment.**     Date: 12/14/2020

| | |
|---|---|
| Make checks payable to:<br>**Clark County Assessor** | Fiscal Year: 2020/2021<br>Pay Immediately |
| Mail to:<br>500 S. Grand Central Pkwy., 2nd Floor<br>PO Box 551401<br>Las Vegas, NV 89155-1401 | |

| | |
|---|---|
| Account Number: | 183150 |
| Rev. Acct.: | 00000115052 |
| Tax District: | 203 |
| Tax Amount: | $37.86 |
| Penalty: | $3.79 |
| Misc. Fee: | $0.00 |
| Minimum Due: | $41.65 |
| To Pay In Full: | $41.65 |

Name: HERITAGE HOME GROUP LLC
Description: Miscellaneous Personal Property
Location: 475 S GRAND CENTRAL PKWY #B1262

20211831500000000000400000000041650000000041656

*361.450.  Liens for taxes; Attachment; superiority; expiration of lien on mobile or manufacutred home.

1.  Except as otherwise provided in subsection 3, every tax levied under the provisions of or authority of this chapter is a perpetual lien against the property assessed until the tax and any penalty charges and interest which may accrue theron are paid.  Notwithstanding the provisions of any other specific statute, such a lien is superior to all other liens, claims, encumbrances and titles on the property, including, without limitation, interests secured pursuant to the provisions of the chapter 104 of NRS, whether or not the lien was filed or perfected first in time.

2.  Except as otherwise provided in this subsection and NRS 361.739, the lien attaches on July 1 of the year for which the taxes are levied, upon all property then within the county.  The lien attaches upon all migratory property, as described in NRS 361.505, on the day it is moved into the county.  If real and personal property are assessed against the same owner, a lien attaches upon such real property also for the tax levied upon the personal property within the county.  A lien for taxes on personal property also attaches upon real property assessed against the same owner in any other county of the State from the date on which a certified copy of any unpaid property assessment is filed for record with the county recorder in the county in which the real property is situated.

3.  All liens for taxes levied under this chapter which have already attached to a mobile or manufactured home expire on the date when the mobile or manufactured home is sold, except the liens for personal property taxes due in the county in which the mobile or manufactured home was

4.  All special taxes levied for city, town, school, road or other purposes throughout the different counties of this state are a lien on the property so assessed, and must be assessed and collected by the same officer at the same time and in the same manner as the state and county taxes are assessed and collected. (1953, p. 599; 1955, p. 399; 1977, p. 1000; 1981, p. 801; 1983, p. 1615; 2001, ch. 331, § 25, p. 1553; 2003, ch. 300, § 22, p. 1624; 2003, ch. 451, § 29, p. 2768.)

## CERTIFICATE OF MAILING

I hereby certify that on Wednesday, December 16, 2020 I deposited in the United States Mail postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope, a copy of the above and foregoing ADMINISTRATIVE CLAIM addressed as follows:

DISTRICT OF DELAWARE
CLERK OF THE US BANKRUPTCY COURT
824 MARKET ST 5TH FLOOR
WILMINGTON DE  19801

PAULINE K MORGAN
YOUNG CONAWAY STRGATT TAYLOR LLP
1000 NORTH KING ST
WILMINGTON DE  19801

FILED
2020 DEC 21  AM 10: 19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

*KIMBERLY WINN*
*CLARK COUNTY DEPUTY ASSESSOR*