IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | ) | Case No. 18-11736 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: February 15, 2021 at 4:00 p.m. ET**
**Hearing Date: March 3, 2021 at 9:15 a.m. ET**

## SECOND INTERIM APPLICATION (CONTINGENT FEE MATTERS) FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM MARCH 15, 2019 THROUGH DECEMBER 31, 2020

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee |
| Date of Retention: | Effective *nunc pro tunc* to March 15, 2019, by order signed on or about April 22, 2019, and amended by order signed on or about November 20, 2019 |
| Period for which Compensation and Reimbursement is Sought: | March 15, 2019 through December 31, 2020[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $136,032.42 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 10,887.24 |

This is an:       monthly       x  interim       final application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
|  | 03/15/19 – 12/31/20 | $302,173.00 | $16,316.77 | Pending | Pending |

## SUMMARY OF RECOVERIES

| Defendant | Recovery Amount | 25% of Recovery |
|---|---|---|
| ARTCRAFT PRESS, INC. | $ 3,000.00 | $ 750.00 |
| ACCOUNTING PRINCIPALS, INC. | $15,615.05 | $ 3,903.76 |
| ATLANTIC CORPORATION | $ 7,500.00 | $ 1,875.00 |
| BARROW INDUSTRIES INC. | $ 5,500.00 | $ 1,375.00 |
| BOISE CASCADE WOOD PRODUCTS, L.L.C. | $ 5,000.00 | $ 1,250.00 |
| BROOKS-DEHART FURNITURE XPRESS, INC. | $15,000.00 | $ 3,750.00 |
| COOKE TRUCKING COMPANY, INC. | $ 5,000.00 | $ 1,250.00 |
| Diana Parrish Consulting, Inc. d/b/a Diana Parrish Design & Photo | $16,000.00 | $ 4,000.00 |
| EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION | $ 7,500.00 | $ 1,875.00 |
| FRED SMITH STORE FIXTURES INC | $30,000.00 | $ 7,500.00 |
| HARRIS HOUSE FURNITURE INDUSTRIES INC. | $25,000.00 | $ 6,250.00 |
| HOME FURNITURE SOLUTIONS LLC | $ 8,500.00 | $ 2,125.00 |
| KUEHNE + NAGEL INC | $ 4,000.00 | $ 1,000.00 |
| LINEA PENINSULAR, INC. | $ 6,500.00 | $ 1,625.00 |
| PIEDMONT PACKAGING INC. | $ 5,000.00 | $ 1,250.00 |
| PRO Z GLOBAL, INC. f/k/a PZG INC | $15,000.00 | $ 3,750.00 |
| SNYDER PAPER CORPORATION | $70,000.00 | $17,500.00 |
| STEIN FIBERS, LTD. | $ 4,500.00 | $ 1,125.00 |
| UFI ROYAL DEVELOPMENT, LLC/UFI | $20,000.00 | $ 5,000.00 |
| SPECIALTY TEXTILES INC | $16,045.60 | $ 4,011.40 |
| VALLEY FORGE FABRICS, INC. | $20,000.00 | $ 5,000.00 |
| VISIONARY SLEEP, LLC | $15,000.00 | $ 3,750.00 |
| WILSONART INTERNATIONAL, INC. | $20,000.00 | $ 5,000.00 |
| WATKINS AND SHEPARD TRUCKING, INC. | $10,000.00 | $ 2,500.00 |
| J. G. EDELEN COMPANY, INC. | $42,469.03 | $10,617.26 |
| HICKORY SPRINGS MANUFACTURING COMPANY d/b/a HSM SOLUTIONS | $30,000.00 | $ 7,500.00 |
| SUNBELT FURNITURE XPRESS, INC. | $52,500.00 | $13,125.00 |
| BCL-ED NEWCO LLC | $31,500.00 | $ 7,875.00 |
| AKZO NOBEL COATINGS INC. | $38,000.00 | $ 9,500.00 |
| TOTALS: | $544,129.68 | $136,032.42 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| CourtLink | | $    3.91 |
| Delivery/Courier Service | Advita | $    7.50 |
| Express Mail | Federal Express | $    9.89 |
| Filing Fee | USBC | $8,750.00 |
| Legal Research | Lexis/Nexis | $1,196.64 |
| Court Research | Pacer | $  209.80 |
| Postage | US Mail | $   67.50 |
| Reproduction Expense | | $  330.50 |
| Reproduction/ Scan Copy | | $  311.50 |

---

[3] PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | ) | Case No. 18-11736 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: February 15, 2021 at 4:00 p.m. ET**
**Hearing Date: March 3, 2021 at 9:15 a.m. ET**

### SECOND INTERIM APPLICATION (CONTINGENT FEE MATTERS) FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM MARCH 15, 2019 THROUGH DECEMBER 31, 2020

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel for the Chapter 7 Trustee, hereby submits its Second Interim Application (Contingent Fee Matters) for Compensation and for Reimbursement of Expenses for the Period from March 15, 2019 through December 31, 2020 (the "Application").

By this Application PSZ&J seeks an interim allowance of compensation in the amount of $136,032.42 and actual and necessary expenses in the amount of $10,887.24 for a total allowance of $146,919.66, and payment of the unpaid amount of such fees and expenses,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

for the period March 15, 2019 through December 31, 2020 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

### Background

1. On July 29, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The cases were converted to Chapter 7 proceedings by order entered March 15, 2019. Alfred T. Giuliano ("Chapter 7 Trustee") was appointed as the Chapter 7 Trustee in these cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. The retention of PSZ&J, as counsel to the Chapter 7 Trustee, was approved *nunc pro tunc* to March 15, 2019 by this Court's "Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to March 15, 2019," signed on or about April 22, 2019 [Docket No. 707]. On or about November 4, 2019 the Firm filed an amended retention application [Docket No. 838] seeking a court order authorizing revised terms of compensation for PSZ&J services in recovering avoidable transfers ("Preference Recovery Work") on a 25% contingency basis. The Court approved the amended application by order dated November 20, 2019 [Docket No. 846]. Preference Recovery Work is the subject of this fee application.

**PSZ&J's APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

4. All services for which PSZ&J requests compensation were performed for or on behalf of the Chapter 7 Trustee.

5. PSZ&J has received no payment and no promises for payment from any source other than the Chapter 7 Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case.

**Actual and Necessary Expenses**

6. A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto as part of Exhibit A. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

7. PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is

reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Chapter Trustee for the receipt of faxes in this case.

8. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

9. PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

10. The total amount of reasonable and necessary costs incurred and to be reimbursed to PSZ&J is $10,887.24.

### Summary of Services Rendered

11. PSZ&J has performed its work as counsel in assisting the Chapter 7 Trustee with the recovery of assets, and performed all necessary professional services pursuant to the terms of its retention.

12. The reasonable value of the services rendered by PSZ&J for the Chapter 7 Trustee during the Interim Period (comprising 25% of the amounts recovered) is $136,032.42.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, PSZ&J respectfully requests that, for the period March 15, 2019 through December 31, 2020, an interim allowance be made to PSZ&J for compensation in the amount of $136,032.42 and actual and necessary expenses in the amount of $10,887.24 for a total allowance of $146,919.66; that payment of such allowed amounts be authorized on an interim basis; and for such other and further relief as this Court may deem just and proper.

Dated:  February 1, 2021           PACHULSKI STANG ZIEHL & JONES LLP

 */s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:   bsandler@pszjlaw.com
             crobinson@pszjlaw.com
             pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

## CERTIFICATION PURSUANT TO LOCAL RULE 2016-2(g)

Bradford J. Sandler certifies as follows:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies with such Rule.

*/s/ Bradford J. Sandler*
Bradford J. Sandler