### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*, | Case No. 18-11736 (BLS) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

**DATE**          **TIME**

March 3, 2021    9:15 a.m. Eastern Time (Omnibus Hearing)


**Dated: February 1st, 2021**  
**Wilmington, Delaware**

BRENDAN L. SHANNON  
UNITED STATES BANKRUPTCY JUDGE