**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*, | Case No. 18-11736 (BLS) |
| Debtors. | (Jointly Administered) |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

**DATE**           **TIME**

July 21, 2021     9:45 a.m. Eastern Time (Omnibus Hearing)

**Dated: June 16th, 2021**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**