**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11726 (BLS) |
| Debtors. | **Re: D.I. 959** |

**ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE,**
**AND THE FBI WIND DOWN, INC. LIQUIDATING TRUST**

Upon consideration of the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve the Stipulation with the FBI Wind Down, Inc. Liquidating Trust* (the "Motion") of Alfred T. Giuliano, chapter 7 trustee (the "HHG Trustee") to the estates of the above-captioned debtors (the "Debtors"), for entry of an order (this "Order"), pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019, approving a settlement agreement stipulation (the "Stipulation") entered into by and between the HHG Trustee, on behalf of the Debtors' estates, and the Liquidating Trustee of the FBI Wind Down, Inc. Liquidating Trust (the "FBI Trust"), a copy of which Stipulation is attached to this Order as Exhibit 1; and the Court having reviewed the Motion and the Stipulation and having considered the record with respect to the Motion; the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution**,** (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion was sufficient under the circumstances and in full compliance with Bankruptcy Rule 2002 and the local rules of this Court, (d) the Stipulation (i) is

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150).

the product of good faith, arms' length negotiations among the Parties, without collusion, (ii) is fair, reasonable, appropriate and in the best interests of the Debtors' estates and (iii) represents a sound exercise of the HHG Trustee's business judgment and (e) each of the parties to the Stipulation provided sufficient consideration for the transactions contemplated by the Stipulation; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The terms of the Stipulation attached hereto as <u>Exhibit 1</u> are APPROVED in their entirety pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019.

3. The parties to the Stipulation are hereby authorized to take such additional actions or execute such additional documents as are necessary or appropriate to implement the terms of the Stipulation.

4. The Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of the Stipulation or this Order.

**Dated: July 1st, 2021**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**