**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x    Chapter 7

In re:                             :    Case No. 18-11736 (BLS)

HERITAGE HOME GROUP LLC, *et al.*,    :    Jointly Administered

Debtors.[1]                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF WITHDRAWAL OF REQUEST**
**OF KPS FOR ALLOWANCE AND PAYMENT OF CHAPTER 11**
**ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. SECTION 503(b)**

PLEASE TAKE NOTICE that, pursuant to the Settlement Agreement and Mutual Release approved by the *Order Granting Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreement with KPS* [Dkt. No. 967], KPS Capital Partners, L.P., KPS Special Situations Fund III (A), L.P., KPS Special Situations Fund III (Supplemental), LP, KPS Special Situations Fund III (AIV), LP, KPS Special Situations Fund III, LP, and KPS Cayman Management III, Ltd. hereby withdraw the *Request of KPS for Allowance and Payment of Chapter 11 Administrative Expense Claims Pursuant to 11 U.S.C. Section 503(b)* [Dkt. No. 803] filed on July 1, 2019 at Docket No. 803.

---

[1] The debtors in these chapter 7 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

Dated: July 22, 2021
       Wilmington, Delaware

/s/ *Mark E. Felger*

**COZEN O' CONNOR**
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2000
mfelger@cozen.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Jeffrey D. Saferstein (admitted *pro hac vice*)
Jacob A. Adlerstein (admitted *pro hac vice*)
Sarah Harnett (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel to KPS*

LEGAL\53450865\1