# **EXHIBIT A**

Our rates for services range as shown below:

Senior Member….……………………………………… $725.00

Managers……….…………………………………………..$575.00

Senior Staff ……..…………………………… $475.00 - $500.00

Staff ……..…………………………………….$315.00 - $400.00

Paraprofessionals ….….……………………............. $260.00

Effective January 1, 2022.  These rates are subject to periodic change.