# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street  
17th Floor  
Wilmington, DE 19801

Alfred T. Giuliano  
Giuliano Miller & Co.  
140 Bradford Drive # C  
West Berlin, NJ  08091

December 31, 2021  
Invoice   129272  
Client    31270  
Matter    00002  
**PJK**

RE:  Contingent Preference Actions

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   12/31/2021**

| | |
|---|---|
| EXPENSES | $3,543.86 |
| **TOTAL CURRENT CHARGES** | **$3,543.86** |
| **BALANCE FORWARD** | **$10,887.24** |
| **TOTAL BALANCE DUE** | **$14,431.10** |

Pachulski Stang Ziehl & Jones LLP  
Giuliano, Alfred T. (Heritage)  
31270   -00002

Page:    2  
Invoice 129272  
December 31, 2021

### Summary of Expenses

| Description | Amount |
|---|---|
| Delivery/Courier Service | $22.50 |
| Lexis/Nexis- Legal Research [E | $163.86 |
| Outside Services | $3,250.00 |
| Pacer - Court Research | $39.20 |
| Reproduction Expense [E101] | $0.40 |
| Reproduction/ Scan Copy | $67.90 |
|  | $3,543.86 |

Pachulski Stang Ziehl & Jones LLP     Page: 3
Giuliano, Alfred T. (Heritage)     Invoice 129272
31270   - 00002     December 31, 2021

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/22/2021 | DC  | 31270.00002 Advita Charges for 01-22-21 | 7.50 |
| 01/22/2021 | LN  | 31270.00002 Lexis Charges for 01-22-21 | 1.32 |
| 01/22/2021 | LN  | 31270.00002 Lexis Charges for 01-22-21 | 14.95 |
| 01/25/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 01/25/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/02/2021 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 02/04/2021 | LN  | 31270.00002 Lexis Charges for 02-04-21 | 2.34 |
| 02/04/2021 | LN  | 31270.00002 Lexis Charges for 02-04-21 | 1.55 |
| 02/04/2021 | LN  | 31270.00002 Lexis Charges for 02-04-21 | 32.95 |
| 02/16/2021 | LN  | 31270.00002 Lexis Charges for 02-16-21 | 0.78 |
| 02/16/2021 | LN  | 31270.00002 Lexis Charges for 02-16-21 | 0.78 |
| 02/16/2021 | LN  | 31270.00002 Lexis Charges for 02-16-21 | 10.99 |
| 03/01/2021 | RE  | ( 1 @0.10 PER PG) | 0.10 |
| 03/18/2021 | LN  | 31270.00002 Lexis Charges for 03-18-21 | 12.77 |
| 03/23/2021 | DC  | 31270.00002 Advita Charges for 03-23-21 | 7.50 |
| 03/23/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/23/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/08/2021 | LN  | 31270.00002 Lexis Charges for 04-08-21 | 85.43 |
| 04/16/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/16/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/16/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/16/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/16/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/16/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/16/2021 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 04/16/2021 | RE2 | SCAN/COPY ( 108 @0.10 PER PG) | 10.80 |
| 04/16/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/03/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 05/10/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP  Page:     4
Giuliano, Alfred T. (Heritage)  Invoice 129272
31270   - 00002  December 31, 2021

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/10/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/10/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/18/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/18/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/18/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/24/2021 | DC | 31270.00002 Advita Charges for 05-24-21 | 7.50 |
| 05/24/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/02/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/30/2021 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 06/30/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/30/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/30/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/30/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/30/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 06/30/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/30/2021 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 06/30/2021 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 07/07/2021 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 07/07/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/07/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page:     5 |
| Giuliano, Alfred T. (Heritage) | | | Invoice 129272 |
| 31270   - 00002 | | | December 31, 2021 |

| | | | |
|---|---|---|---|
| 07/15/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 07/20/2021 | OS  | Faegre Drinker Biddle & Reath LLP, SWG | 3,250.00 |
| 07/20/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/31/2021 | PAC | Pacer - Court Research | 39.20 |

**Total Expenses for this Matter**            **$3,543.86**