**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | Case No. 18-11736 (BLS) (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

        I, Peter J. Keane, hereby certify that on the 26th day of January, 2022, I caused a copy of the documents listed below to be served on the individuals on the attached service list in the manner indicated:

**Third Interim Application (Contingent Fee Matters) for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from January 1, 2021 through December 31, 2021**

Dated:  January 26, 2022        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Peter J. Keane*
        Peter J. Keane (DE Bar No. 5503)
        919 N. Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899 (Courier 19801)
        Telephone:  (302) 652-4100
        Facsimile:   (302) 652-4400
        Email:  pkeane@pszjlaw.com

        *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

Heritage Home Group, LLC – 2002 Service List (**Email/FCM**)
Case No.  18-11736 (BLS)
Document No.  232418
02 – First Class Mail
01 – Foreign First Class Mail
92 – Electronic Mail


(Counsel for Alfred T. Giuliano, as Chapter 7 Trustee)
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705
**Email:  bsandler@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com**

*FIRST CLASS MAIL*
Centralized Insolvency Operation
Internal Revenue Service
PO Box 7346
2970 Market St (19104)
Philadelphia, PA  19101-7346

*FIRST CLASS MAIL*
(Attorney for the Missouri Department of Revenue)
Steven A. Ginther, Esquire
Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO  65105-0475

*FOREIGN FIRST CLASS MAIL*
(Interested Party)
IBM Corporation
International Business Machines Corporation
Attn Marie-Josee Dube
275 Viger East
Montreal, QC  H2X 3R7
CANADA

*ELECTRONIC MAIL*
Linda Richenderfer, Esquire
Office of the United States Trustee Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
**Email:  Linda.richenderfer@usdoj.gov**

*ELECTRONIC MAIL*
Kathy Jennings, Esquire
Delaware Attorney General
Carvel State Office Building
820 N French Street
Wilmington, DE  19801
**Email:  attorney.general@state.de.us**

*ELECTRONIC MAIL*
David C. Weiss, Esquire
US Attorney for Delaware
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899-2046
**Email:  usade.ecfbankruptcy@usdoj.gov**

*ELECTRONIC MAIL*
(Counsel to United Furniture Industries, Inc.)
David W. Carickhoff, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE  19801
**Email:  dcarickhoff@archerlaw.com**

*ELECTRONIC MAIL*
(Counsel to FBI Wind Down, Inc. Liquidating Trust)
David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE  19801
**Email:  dklauder@bk-legal.com**

*ELECTRONIC MAIL*
(Attorneys for Federal Realty Investment Trust and PS Court Associates, L.P. and Acadia Realty Limited Partnership)
Leslie Heilman, Esquire
Laurel D. Roglen, Esquire
Chantelle McClamb, Esquire
Ballard Spahr LLP
919 Market Street, 11th Floor
Wilmington, DE  19801
**Email:  heilmanl@ballardspahr.com
roglenl@ballardspahr.com
mcclambc@ballardspahr.com**

*ELECTRONIC MAIL*
(Counsel to the Pre-Petition Agent, DIP Agent, and PNC Bank, National Association)
Regina Stango Kelbon, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801
**Email:  kelbon@blankrome.com;
tarr@blankrome.com**

*ELECTRONIC MAIL*
(Attorney for CPT Creekside Town Center, LLC)
Karen M. Grivner, Esquire
Clark Hill PLC
824 N. Market Street, Suite 710
Wilmington, DE  19801
**Email:  kgrivner@clarkhill.com**

*ELECTRONIC MAIL*
(Counsel to RPAI Oak Brook Promenade I, LLC (Landlord))
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE  19801
**Email: kbifferato@connollygallagher.com;
kconlan@connollygallagher.com**

*ELECTRONIC MAIL*
(Counsel to the Pre-Petition Term Agent and KPS)
Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
**Email:  mfelger@cozen.com**

*ELECTRONIC MAIL*
(Counsel to Piedmont Packaging, Inc.)
Amy D. Brown, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
**Email:  abrown@gsbblaw.com**

*ELECTRONIC MAIL*
(Counsel to Hickory Springs Manufacturing Company, HS Manufacturing, LLC, HS Foam Fabricators, LLC, and Thomasville-Dexel, Inc.)
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
**Email:  mbusenkell@gsbblaw.com**

*ELECTRONIC MAIL*
(Attorneys for HHP Raleigh LLC)
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE  19801
**Email:  skaufman@skaufmanlaw.com**

*ELECTRONIC MAIL*
(Counsel to Westchester Fire Insurance Company)
Gary D. Bressler, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue, Suite 1014
Wilmington, DE  19801
**Email:  gbressler@mdmc-law.com**

*ELECTRONIC MAIL*
(Attorney for KIR Maple Grove, L.P., Swann Investments, LLP and *Waste Management*)
Rachel B. Mersky, Esquire
Monzack Mersky Browder and Hochman, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
**Email:  rmersky@monlaw.com**

*ELECTRONIC MAIL*
(Attorneys for Synchrony Bank)
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899-2306
**Email:  ckunz@morrisjames.com**

*ELECTRONIC MAIL*
(Counsel for Hickory Chair LLC)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
**Email:  dabbott@mnat.com**

*ELECTRONIC MAIL*
(Counsel to Leggett & Platt, Incorporated, L&P, Financial Services Co., Hanes Industries, Hanes Converting Company, and Hanes Companies, Inc.)
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Ave., Suite 1101
Wilmington, DE  19801
**Email:  skatona@polsinelli.com**

*ELECTRONIC MAIL*
(Attorneys for Innovative Delivery Systems, Inc., DH JAX, LLC)
Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allison LLC
919 N. Market Street, Suite 420
Wilmington, DE  19801
**Email:  zallinson@sha-llc.com**

*ELECTRONIC MAIL*
(Counsel for the Official Committee of Unsecured Creditors)
Christopher M. Samis, Esquire
L. Katherine Good, Esquire
Aaron H. Stulman, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE  19801
**Email:  csamis@wtplaw.com;**
**kgood@wtplaw.com;**
**astulman@wtplaw.com**

*ELECTRONIC MAIL*
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE  19903
**Email:  dosdoc_bankruptcy@state.de.us**

*ELECTRONIC MAIL*
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Centralized Insolvency Operation
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201
**Email: SBSE.Insolvency.Balt@irs.gov**

*ELECTRONIC MAIL*
G Jeffrey Boujoukos Regional Director
Securities & Exchange Commission
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
**Email: philadelphia@sec.gov**

*ELECTRONIC MAIL*
Secretary of the Treasury
Securities & Exchange Commission
100 F Street NE
Washington, DC 20549
**Email: SECBankruptcy-OGC-ADO@SEC.GOV**

*ELECTRONIC MAIL*
Andrew Calamari Regional Director
Securities & Exchange Commission NY Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
**Email: bankruptcynoticeschr@sec.gov**

*ELECTRONIC MAIL*
(Attorneys for United Furniture Industries, Inc.)
Jerrold S. Kulback, Esquire
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
**Email: jkulback@archerlaw.com**

*ELECTRONIC MAIL*
(Counsel for the Texas Comptroller of Public Accounts)
Courtney J. Hull, Assistant Attorney General
Attorney General's Office
c/o Sherri K. Simpson, Paralegal
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Email: bk-chull@oag.texas.gov; sherri.simpson@oag.texas.gov**

*ELECTRONIC MAIL*
(Counsel for Acadia Realty Limited Partnership)
Dustin P. Branch, Esquire
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
**Email: branchd@ballardspahr.com**

*ELECTRONIC MAIL*
(Counsel to PNC Bank, National Association)
Michael C. Graziano, Esquire
Christopher A. Manion, Esquire
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
**Email: Graziano@BlankRome.com; CManion@BlankRome.com**

*ELECTRONIC MAIL*
(Attorneys for SAP America, Inc.)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 N. Broad Street, Suite 100
Woodbury, NJ 08096
**Email: dludman@brownconnery.com**

*ELECTRONIC MAIL*
(Attorneys for Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
**Email:  schristianson@buchalter.com**

*ELECTRONIC MAIL*
(Attorneys for Yash Technologies Private Limited)
James S. Zmuda, Esquire
Califf & Harper, P.C.
506 15th Street, Suite 600
Moline, IL  61265
**Email:  jzmuda@califf.com**

*ELECTRONIC MAIL*
(Counsel to Thomasville-Dexel, Inc.)
Britton C. Lewis, Esquire
Carruthers & Roth, P.A.
235 N. Edgeworth Street
PO Box 540
Greensboro, NC  27401
**Email:  bcl@crlaw.com**

*ELECTRONIC MAIL*
(Attorneys for Campbell & Co.)
Richard J. McCord, Esquire
Robert D. Nosek, Esquire
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY  11554
**Email:  rmccord@certilmanbalin.com;
rnosek@certilmanbalin.com**

*ELECTRONIC MAIL*
(Attorney for CPT Creekside Town Center, LLC)
David M. Blau, Esquire
Clark Hill PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, MI  48009
**Email:  dblau@clarkhill.com**

*ELECTRONIC MAIL*
(Counsel for for HHG IPCo., LLC)
Jay R. Indyke, Esquire
Michael Klein, Esquire
Cooley LLP
The Grace Building
1114 Avenue of the Americas, 46th Floor
New York, NY  10036-7798
**Email:  jindyke@cooley.com;
mklein@cooley.com**

*ELECTRONIC MAIL*
(Attorneys for Synchrony Bank)
Ragan L. Powers, Esquire
Hugh R. McCullough, Esquire
Davis Wright Tremaine LLP
920 5th Ave Ste 3300
Seattle, WA  98104-1610
**Email:  raganpowers@dwt.com;
hughmccullough@dwt.com**

*ELECTRONIC MAIL*
(Counsel for the Official Committee of Unsecured Creditors)
Maria Burgess, Esquire
Foley & Lardner LLP
Washington Harbour
3000 K Street, NW, Suite 600
Washington, DC  20007-5109
**Email:  mburgess@foley.com**

*ELECTRONIC MAIL*
(Counsel for the Official Committee of Unsecured Creditors)
Richard J. Bernard, Esquire
Kiesha Hill, Esquire
Foley & Lardner LLP
90 Park Avenue
New York, NY  10016-1314
**Email:  rbernard@foley.com;
khill@foley.com**

*ELECTRONIC MAIL*
(Counsel for International Market Centers, LP)
Ronald E. Gold, Esquire
A.J. Webb, Esquire
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH  45202
**Email:  rgold@fbtlaw.com; awebb@fbtlaw.com**

*ELECTRONIC MAIL*
(Counsel to Grapevine-Colleyville ISD)
c/o Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, TX  76010
**Email:  ecobb@pbfcm.com**

*ELECTRONIC MAIL*
(Counsel to Harris House Furniture Industries Inc.)
R. Tony Hill, Esquire
Richard D. Hovis, Esquire
Hill & Hovis, P.L.L.C
500 East Green Drive, Suite 200
PO Box 2603
High Point, NC  27261
**Email:  TonyHill@northstate.net; RDH@northstate.net**

*ELECTRONIC MAIL*
(Attorneys for Miller Hill Lenoir, LLC)
Amy Hunt, Esquire
Horack, Talley, Pharr & Lowndes
301 S. College Street, Suite 2600
Charlotte, NC  28202-6038
**Email:  Ahunt@horacktalley.com**

*ELECTRONIC MAIL*
(Attorneys for Regency Centers, L.P.)
Robert L. LeHane, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
**Email:  KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com;**

*ELECTRONIC MAIL*
(Counsel to Tarrant County and Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207
**Email:  dallas.bankruptcy@publicans.com**

*ELECTRONIC MAIL*
(Counsel to Harris County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253-3064
**Email:  houston_bankruptcy@publicans.com**

*ELECTRONIC MAIL*
(Counsel to Westchester Fire Insurance Company)
Michael Morano, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Ave.
Morristown, NJ  07960
**Email:  mmorano@mdmc-law.com**

*ELECTRONIC MAIL*
(Counsel for Hickory Chair LLC)
Scott P. Vaughn, Esquire
McGuirewoods LLP
201 N. Tryon Street
Suite 3000
Charlotte, NC  28202-2146
**Email:  svaughn@mcguirewoods.com**

*ELECTRONIC MAIL*
(Counsel for Sun Life Assurance Company of Canada)
Paul W. Carey, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA  01608
**Email:  pcarey@mirickoconnell.com**

*ELECTRONIC MAIL*
(Counsel for Deer Creek Lot 4 07 A, LLC)
Timothy M. Swanson, Esquire
Moye White LLP
1400 16th Street, Suite 600
Denver, CO  80202
**Email: tim.swanson@moyewhite.com**

*ELECTRONIC MAIL*
(Counsel to Piedmont Packaging, Inc.)
Karie Rankine
Nelson Mullins Riley & Scarborough LLP
Glen Lake One
4140 Parklake Avenue, Suite 200
Raleigh, NC  27612
**Email:  karie.rankine@nelsonmullins.com**

*ELECTRONIC MAIL*
(Counsel to the Pre-Petition Term Agent and KPS)
Jeffrey D. Saferstein, Esquire
Jacob A. Adlerstein, Esquire
Sarah Harnett, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019
**Email:  jsaferstein@paulweiss.com; jadlerstein@paulweiss.com; sharnett@paulweiss.com**

*ELECTRONIC MAIL*
(Counsel to Leggett & Platt, Incorporated, L&P, Financial Services Co., Hanes Industries, Hanes Converting Company, and Hanes Companies, Inc.)
Nicholas A. Griebel, Esquire
Polsinelli PC
100 S. Fourth Street, Suite 1000
St. Louis, MO  63102
**Email:  ngriebel@polsinelli.com**

*ELECTRONIC MAIL*
(Attorney for Creditor, St. Michael Investments)
Phillip G. Vermont, Esquire
Randick O'Dea & Tooliatos, LLP
5000 Hopyard Road, Suite 225
Pleasanton, CA  94588
**Email:  pvermont@randicklaw.com**

*ELECTRONIC MAIL*
(Attorney for Simon Property Group, Inc. and its Related Entities)
Attn: Ronald M. Tucker, Esquire
Simon Property Group, LP
225 W. Washington Street
Indianapolis, IN  46204
**Email:  rtucker@simon.com**

*ELECTRONIC MAIL*
(Attorneys for EEB Kirk, LLC)
Howard S. Smotkin, Esquire
Stone, Leyton & Gershman, a Professional Corporation
7733 Forsyth Boulevard, Suite 500
St. Louis, MO  63105
**Email:  hss@stoneleyton.com**

*ELECTRONIC MAIL*
(Counsel for Swan Investments, LLLP)
Victor W. Newmark, Esquire
Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, GA  30060-7946
**Email:  bankruptcy@evict.net**

*ELECTRONIC MAIL*
(Interested Party)
Attn: T Feil
BMC Group VDR, LLC
3732 W. 120th Street
Hawthorne, CA  90250
**Email:  tfeil@bmcgroup.com; ecfbk@bmcgroup.com**

*ELECTRONIC MAIL*
(Authorized Agent Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania)
Attn: Deb Secrest
Office of Unemployment Compensation Tax Services (UCTS), Commonwealth of Pennsylvania, Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA  17121
**Email:  ra-li-ucts-bankrupt@state.pa.us**

*ELECTRONIC MAIL*
c/o TN Attorney General's Office,
Bankruptcy Division
TN Dept of Revenue
PO Box 20207
Nashville, TN  37202-0207
**Email:  AGBankDelaware@ag.tn.gov**

*ELECTRONIC MAIL*
(Attorneys for Hickory Furniture Mart, Inc. and Marvin J. Perry, Inc.)
William A. Hazeltine, Esquire
Sullivan Hazeltine Allison LLC
919 N. Market Street, Suite 420
Wilmington, DE  19801
**Email:  whazeltine@sha-llc.com**

*ELECTRONIC MAIL*
(Counsel to the Debtors and Debtors in Possession)
Pauline K. Morgan, Esquire
Kenneth J. Enos, Esquire
Jaime L. Chapman, Esquire
Ashley E. Jacobs, Esquire
Shane M. Reil, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
**Email:  pmorgan@ycst.com; kenos@ycst.com; jchapman@ycst.com; ajacobs@ycst.com; sreil@ycst.com**

*ELECTRONIC MAIL*
*(Counsel to Benchmark Glades Square Associates, LLC)*
John A. Mueller
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY  14202-2216
**Email: jmueller@lippes.com**

***ELECTRONIC MAIL***
*(Counsel to Ocean Network Express (North America) Inc., general agents for Ocean Network Express Pte. Ltd.)*
Rick A. Steinberg, Esquire
Price Meese Shulman & D'Arminio, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ  07677
**Email: rsteinberg@pricemeese.com**


**ELECTRONIC MAIL**
(Counsel to the Commonwealth of Pennsylvania, Department of Revenue)
Josh Shapiro, Esquire
c/o Christopher R. Momjian, Esquire
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA  19103
E-mail: crmomjian@attorneygeneral.gov