IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HERITAGE HOME GROUP, LLC, *et al.*,[1] | ) | Case No. 18-11736 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Ref. Docket No. 980** |

**ORDER GRANTING THIRD INTERIM APPLICATION
(CONTINGENT FEE MATTERS) FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG
ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE,
FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH DECEMBER 31, 2021**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned case, filed a Third Interim Application (Contingent Fee Matters) for allowance of compensation and reimbursement of expenses for January 1, 2021 through December 31, 2021 (the "Third Interim Application"). The Court has reviewed the Third Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Third Interim Application, and any hearing on the Third Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Interim Application. Accordingly, it is hereby

ORDERED that the Third Interim Application is GRANTED, on an interim basis. Fees in the amount of $63,000.00, and costs in the amount of $3,543.86, are allowed on an

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

interim basis. The Chapter 7 Trustee in the above case shall pay to PSZ&J the sum of $63,000.00 as compensation and $3,543.86 as reimbursement of expenses, for a total of $66,543.86 for services rendered and disbursements incurred by PSZ&J for the period January 1, 2021 through December 31, 2021.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: February 15th, 2022**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**