# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | Case No. 18-11780 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. No. 979** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 979

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Debtors' Seventh (7th) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts* Nunc Pro Tunc *to January 15, 2019* [Docket No. 979] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on January 11, 2019.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on January 25, 2019.

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515), and Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

01:24116350.1

| | | |
|---|---|---|
| Dated: | Wilmington, Delaware | |
| | January 29, 2019 | */s/ Andrew L. Magaziner* |

        YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Michael R. Nestor (No. 3526)
        Sean M. Beach (No. 4070)
        Andrew L. Magaziner (No. 5426)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Tel:    (302) 571-6600
        Fax:   (302) 571-1253
        Email:  mnestor@ycst.com
                 sbeach@ycst.com
                 amagaziner@ycst.com

        -and-

        GIBSON, DUNN & CRUTCHER LLP
        Matthew J. Williams
        David M. Feldman
        Matthew K. Kelsey
        Keith R. Martorana
        Jason Zachary Goldstein
        200 Park Avenue
        New York, New York 10166
        Tel:    (212) 351-4000
        Fax:   (212) 351-4035
        Email:  mjwilliams@gibsondunn.com
                 dfeldman@gibsondunn.com
                 mkelsey@gibsondunn.com
                 kmartorana@gibsondunn.com
                 jgoldstein@gibsondunn.com

        *Counsel to the Debtors and Debtors in Possession*