# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| J & M Sales, Inc., *et al.*, [1] | Case No. 18-11801 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: January 28, 2019 at 2:00 p.m. (ET)** |
| | **Obj. Deadline: January 23, 2019 at 4:00 p.m. (ET)** |
| | **Re: D.I. 1106** |

### JOINDER OF SELDAT, INC., IN THE OBJECTIONS OF VARIOUS ADMINISTRATIVE CREDITORS TO MOTION OF GORDON BROTHERS FINANCE COMPANY TO CONVERT DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, PURSUANT TO 11 U.S.C. §§ 105 AND 1112

Seldat, Inc. ("Seldat"), by and through its undersigned counsel, hereby joins in the objections of various administrative creditors (the "Admin Creditors' Objections") to the *Motion of Gordon Brothers Finance Company to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. §§ 105 and 1112* [D.I. 1106] (the "Motion to Convert"), and respectfully states as follows:

1. Seldat joins in and adopts as its own the legal and factual arguments made in the Admin Creditors' Objections to the extent applicable.

2. On January 11, 2019, Seldat filed its *Motion of Seldat, Inc. for Allowance and Immediate Payment of an Administrative Claim Pursuant to Section 503(b)(1) of the Bankruptcy*

---

[1] The Chapter 11 Debtors are, along with the last four digits of each Debtor's Federal Tax Identification number, are as follows: are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

{00024852. }

*Code* (the "Motion") [D.I. 1149].  The hearing on the Motion is scheduled to be held on February 12, 2019.

3. Seldat reserves the right to assert other and further objections at the hearing.

**WHEREFORE**, Seldat respectfully requests that the Court refrain from granting the Motion to Convert until Seldat has been paid all administrative expenses owed, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: January 23, 2019
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE #3995)
Jason A. Gibson (DE #6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone:  (302) 777-1111
Email:  rosner@teamrosner.com
          gibson@teamrosner.com

-and-

**BAKER & HOSTETLER LLP**
Elizabeth A. Green
SunTrust Center
200 South Orange Avenue | Suite 2300
Orlando, FL 32801-3432
Tel.: (407) 649-4036
Email: egreen@bakerlaw.com

*Counsel to Seldat, Inc.*

{00024852. }